# **EXHIBIT A**

DIDA Fabric Wallet (88603) - DIDA NEW YORK Handbags

Page 1 of 1

Case: 1:13-cv-07165 Document #: 1-1 Filed: 10/06/13 Page 2 of 2 PageID #:20

Home
New Arrival
Handbag»
Wallet & Clutche»
About Dida»



Home  >  DIDA Fabric Wallet (88603)

**DIDA FABRIC WALLET (88603)**



Move your mouse over image

Fabric wallet, 3 color avaliable.

Pick a color:

$29.99

Color :   Apricot

Quantity :   1

Add to cart

Fabric wallet, 3 color avaliable.
L7.75" X W 4" X H 1"