# **EXHIBIT B**



Home
New Arrival
Handbag»
Wallet & Clutche»
About Dida»

Home > Messenger Bag > DIDA Printed Fabric Crossbody (C85606)

**DIDA PRINTED FABRIC CROSSBODY (C85606)**



Move your mouse over image



Display all pictures

Nlyon strap.

Nlyon strap.

Pick a color:

$39.99

Color : Apricot

Quantity : 1

Add to cart