IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

COACH, INC. and COACH SERVICES, INC.,

        Plaintiffs,

    v.                                    **Case No. 13-cv-7165**

DI DA IMPORT AND EXPORT INC. (D/B/A DI    **JURY DEMANDED**
DA NEW YORK),

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## PLAINTIFFS' RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. Rule 7.1(a) and Local Rule 3.2, Plaintiffs Coach, Inc. and Coach Services, Inc. by their attorneys, state the following:

1. Coach, Inc. is a publicly-held Maryland corporation. There is no parent corporation to it, and no publicly-held company owns 10% or more of its Stock.

2. Coach Services, Inc. is a privately-held Maryland corporation; its parent corporation is Coach, Inc., and Coach, Inc., a publicly-held company, owns 10% or more of its Stock.

Dated: October 6, 2013                Respectfully submitted,

                                              BRYAN CAVE LLP

                                              By: _/s/ __S. Patrick McKey____
                                              S. Patrick McKey, #6201588
                                              Donald A. Cole, #6299318
                                              161 North Clark Street, Suite 4300
                                              Chicago, Illinois 60601
                                              Tel: (312) 602-5000
                                              Fax: (312) 602-5050
                                              *Attorneys for Coach, Inc. and Coach Services, Inc.*

250777