AO 121 (6/90)

| TO: | |
|---|---|
| COMMISSIONER OF PATENTS AND TRADEMARKS (USPTO)<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OF DETERMINATION OF AN ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the Act of July 19, 1952 (66 Stat. 814; 35 U.S.C. 290) you are hereby advised that a court action has been filed on the following patent(s) in the U.S. District Court:

| DOCKET<br>13-cv-07165 | DATE FILED<br>10/6/2013 | UNITED STATES DISTRICT COURT,<br>NORTHERN DISTRICT OF ILLINOIS,<br>EASTERN DIVISION |
|---|---|---|
| **PLAINTIFF** Coach Inc. and Coach Services, Inc. | | **DEFENDANT** Di Da Import and Export Inc. d/b/a Di Da New York |

| PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|
| 2,088,706 | September. 19, 1997 | Coach |
| 3,157,972 | October 17, 2006 | Coach |
| 751,493 | June 23, 1963 | Coach |
| 2,451,168 | May 15, 2001 | Coach |
| 2,537,004 | February 5, 2002 | Coach |
| 1,846,801 | July 26, 1994 | Coach |
| 3,439,871 | June 3, 2008 | Coach |
| 2,061,826 | May 13, 1997 | Coach |
| 2,231,001 | March 9, 1999 | Coach |
| 2,836,172 | April 27, 2004 | Coach |
| 2,939,127 | April 12, 2005 | Coach |
| 3,354,448 | December 11, 2007 | Coach |
| 2,446,607 | April 24, 2001 | Coach |
| 2,291,341 | November 9, 1999 | Coach |
| 1,071,000 | August 9, 1977 | Coach |
| 3,633,302 | June 2, 2009 | Coach |
| 3,908,558 | January 18, 2011 | Coach |
| 3,812,170 | June 29, 2010 | Coach |
| 2,534,429 | January 29, 2002 | Coach |
| 3,363,873 | January 1, 2008 | Coach |

| | | |
|---|---|---|
| 2,252,847 | June 15, 1999 | Coach |
| 2,291,368 | November 9, 1999 | Coach |
| 2,534,429 | January 29, 2002 | Coach |
| 2,169,808 | June 30, 1998 | Coach |
| 2,045,676 | March 18, 1997 | Coach |
| 1,070,999 | August 9, 1977 | Coach |
| 1,309,779 | December 19, 1984 | Coach |
| 2,035,056 | February 4, 1997 | Coach |
| 2,983,654 | August 9, 2005 | Coach |
| 2,626,565 | September 24, 2002 | Coach |
| 2,822,318 | March 16, 2004 | Coach |
| 2,832,589 | April 13, 2004 | Coach |
| 2,592,963 | July 9, 2002 | Coach |
| 2,822,629 | March 16, 2004 | Coach |
| 3,012,585 | November 8, 2005 | Coach |
| 3,396,554 | March 11, 2008 | Coach |
| 3,784,814 | May 4, 2010 | Coach |
| 3,779,466 | April 20, 2010 | Coach |
| 3,696,470 | October 13, 2009 | Coach |
| 3,251,315 | June 12, 2007 | Coach |
| 3,413,536 | April 15, 2008 | Coach |
| 3,441,671 | June 3, 2008 | Coach |
| 1,664,527 | November 12, 1991 | Coach |
| 3,338,048 | November 11, 2007 | Coach |
| 3,149,330 | September 26, 2006 | Coach |
| 2,162,303 | June 2, 1998 | Coach |
| 2,088,707 | August 19, 1997 | Coach |

In the above-entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>[ ] Amendment    [ ] Answer    [ ] Cross Bill    [ ] Other Pleading | |
|---|---|---|
| **PATENT NO.** | **DATE OF PATENT** | **PATENT** |
| | | |
| | | |

In the above-entitled case, the following decision has been rendered or judgment issued:

DECISION/JUDGMENT:

| CLERK | DEPUTY CLERK: | DATE: |
|---|---|---|
| Thomas G. Bruton | Maria G. Hernandez | October 10, 2013 |