# AFFIDAVIT OF SPECIAL PROCESS SERVER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

CASE NO.: 13-CV-7165

_Dominic DellaCorte_, being first duly sworn on oath deposes and states that he/she is not a party to and has no interest in this matter and that he/she attempted service of the following: **Summons and Complaint** to **Di Da Import & Export Inc.** at **7416 Grand Avenue, Elmhurst, NY 11373** resulting in:

**X** Authorized service to an individual of the company willing and able to accept on behalf of the subject/respondent/witness on the _11TH_ day of _October_, 2013 at _10:36_ _A_.M.
Name: _Amy Shi_    Title: _Manager_

____ Non-Service for the following reasons with the DATE and TIME of each attempt listed:

_____
_____
_____

A description of the person with whom the documents were left is as follows:

Sex: _Female_         Hair Color/Style: _Brown_
Race: _Asian_         Height (approx.): _5'6"_
Age (approx.) _38_    Weight (approx.): _130_

Notable Features/Notes: _____

Signed and Sworn to before me
This _11_ day of _October_, 2013.

_____
Notary Public

Served By: _____

_____
Title

EVAN COHAN
NOTARY PUBLIC & ATTORNEY AT LAW
NO. 02CO4998577
QUALIFIED IN ROCKLAND COUNTY
CERTIFICATE FILED IN NEW YORK COUNTY
COMMISSION EXPIRES JUNE 29, 2014

Service was completed by an independent contractor retained by It's Your Serve, Inc.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Coach, Inc. and Coach Services, Inc., Plaintiffs,

13-cv-7165

CASE NUMBER:

V.

ASSIGNED JUDGE: Samuel Der-Yeghiayan

Di Da Import and Export Inc. (D/B/A Di Da New York)

DESIGNATED
MAGISTRATE JUDGE: Daniel G. Martin

TO: (Name and address of Defendant)
Di Da Import & Export Inc.
1205 Broadway 203 Room
New York, NY 10001

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Donald A. Cole
Bryan Cave LLP
161 N. Clark Street, Ste. 4300
Chicago, IL 60601

an answer to the complaint which is herewith served upon you, within **21** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

(By) DEPUTY CLERK

THOMAS G. BRUTON, CLERK

(By) DEPUTY CLERK

DATE

October 7, 2013

DATE