IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COACH, INC. and COACH SERVICES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> DI DA IMPORT AND EXPORT INC. d/b/a DI DA NEW YORK, <br><br> Defendant. | Civil Action No.: 13-cv-7165 <br><br> Judge Der-Yeghiayan <br> Magistrate Judge Martin |

## AGREED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT

Defendant, Di Da Import And Export Inc., hereby moves this Court for a twenty-one (21) day extension of time, up to and including November 22, 2013, for Defendant to respond to the Complaint in the above-captioned action. One of the attorneys for Plaintiff, Donald A. Cole, agreed to this motion in an email to the undersigned counsel for Defendant on November 22, 2013, and had previously consented on behalf of Plaintiffs to a three-week extension of time for Defendant to file and serve its response to the Complaint.

The Affidavit of Service of the Complaint states that service of the Complaint was effected on October 11, 2013, making Defendant's response to the Complaint due November 1, 2013 under Rule 12(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Defendant is a New York corporation with its principal place of business in New York City, and retained the undersigned New York counsel to represent it in this action. Defendant's counsel asked Plaintiffs' attorneys for the courtesy of a three-week extension of time, to November 22, 2013, to respond to the Complaint so that Defendant's New York counsel could retain local counsel in the Northern District of Illinois and so that the parties could begin

settlement discussions. Mr. Donald Cole, one of Plaintiffs' attorneys of record, consented to the three-week extension of time on November 1, 2013, writing in an email to the undersigned counsel: "Yes, this confirms our agreement to grant defendant an additional 21 days in which to file its response to the Complaint." Mr. Cole agreed to the present motion on November 22, 2013 in an email to Defendant's undersigned counsel. Defendant, through this motion, seeks an order approving the extension of time agreed to by the parties.

During the extension of time which Plaintiffs agreed to, Defendant has retained the local counsel set forth below, filed and served its Answer to the Complaint, and transmitted documents to Plaintiffs' attorneys to initiate settlement discussions.[1]

For the foregoing reasons, Defendant requests that the Court grant this motion for extension of time for Defendant to respond to the Complaint.

//
//
//
//
//
//
//
//
//
//
//

---

[1] I declare under penalty of perjury under 28 U.S.C. § 1746 that the facts set forth herein are true and correct. Executed on November 22, 2013.

By making this appearance, it is agreed that the Defendant does not waive personal jurisdiction or any other defenses available to it.

Respectfully submitted,

Dated: November 22, 2013         /s/ Ying Liu
Ying Liu
LIU & SHIELDS LLP
41-60 Main Street, Suite 208A
Flushing, NY 11355
shieldscj524@gmail.com

Attorneys for Defendant
DI DA IMPORT AND EXPORT INC.
d/b/a DI DA NEW YORK

Local Counsel:
Brian J. Lum, Esq.
ICE MILLER LLP
200 West Madison Street, Suite 3500
Chicago, IL 60606
312-726-8129
brian.lum@icemiller.com