# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| COACH, INC. and COACH SERVICES, INC., | ) ) ) |
| Plaintiffs, | ) Civil Action No.: 13-cv-7165 ) ) Judge Der-Yeghiayan |
| v. | ) Magistrate Judge Martin ) |
| DI DA IMPORT AND EXPORT INC. d/b/a DI DA NEW YORK, | ) ) ) |
| Defendant. | ) ) |

## NOTICE OF MOTION

To: S. Patrick McKey
Donald A. Cole
BRYAN CAVE LLP
161 North Clark Street, Suite 4300
Chicago, Illinois 60601

Please take notice that, on Tuesday, December 3, 2013 at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned attorneys for Defendant shall appear before the Honorable Judge Der-Yeghiayan, or any judge sitting in his stead in the courtroom usually occupied by him at the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and then and there present Defendant's AGREED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT, a copy of which is hereby served upon you. By making this appearance, it is agreed that the Defendant does not waive personal jurisdiction or any other defenses available to it.

                                        Respectfully submitted,

Dated: November 22, 2013           */s/ Ying Liu*
                                        Ying Liu
                                        LIU & SHIELDS LLP
                                        41-60 Main Street, Suite 208A
                                        Flushing, NY 11355
                                        shieldscj524@gmail.com

                                        Attorneys for Defendant
                                        DI DA IMPORT AND EXPORT INC.
                                        d/b/a DI DA NEW YORK

                                        Local Counsel:
                                        Brian J. Lum, Esq.
                                        ICE MILLER LLP
                                        200 West Madison Street, Suite 3500
                                        Chicago, IL 60606
                                        312-726-8129
                                        brian.lum@icemiller.com

**CERTIFICATE OF SERVICE**

I hereby certify that true and correct copies of Defendant's foregoing NOTICE OF MOTION and AGREED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT were served on attorneys for Plaintiffs, on November 22, 2013, by first-class mail, and through the ECF system, as follows:

S. Patrick McKey
Donald A. Cole
BRYAN CAVE LLP
161 North Clark Street, Suite 4300
Chicago, Illinois 60601

                                                        */s/ Ying Liu*
                                                        Ying Liu