## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Coach, Inc., et al.

                               Plaintiff,

v.                                                             Case No.: 1:13−cv−07165
                                                                      Honorable Samuel Der−Yeghiayan

Di Da Import and Export Inc.

                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 12, 2013:

      shall be filed by September 12, 2014; response(s) shall be filed by October 3, 2014; replies, if any, shall be filed by October 17, 2014. A further status hearing is set for August 12, 2014 at 9:00 a.m. Mailed notice(cdh, )MINUTE entry before the Honorable Samuel Der−Yeghiayan: Motion hearing held. The defendant's agreed motion for an extension of time for defendant to respond to complaint [11] is granted. In the event, the defendant chooses to file a motion to strike, the anticipated motion shall be noticed up for presentment on December 17, 2014 at 9:00 a.m. All fact discovery to be completed by May 30, 2014. All expert discovery to be completed by August 1, 2014. Any dispositive motion(s)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.