IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Coach, Inc., et al. <br> Plaintiff <br> <br> v. <br> <br> Di Da Import and Export Inc. <br> Defendant | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No: 13 C 7165 <br> <br> Judge: Samuel Der-Yeghiayan |

**ORDER**

Ying Liu's motion for leave to appear pro hac vice for Defendant [8] is granted.

Date: January 16, 2014     /s/ _____
                           Samuel Der-Yeghiayan
                           U.S. District Court Judge