IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

COACH, INC. and COACH SERVICES, INC.,

      Plaintiffs,    **Case No. 13-cv-7165**

  v.    **Honorable Samuel Der-Yeghiayan**

DI DA IMPORT AND EXPORT INC. (D/B/A DI DA NEW YORK),

      Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**JOINT MOTION TO EXTEND DISCOVERY**

  Plaintiffs Coach, Inc. and Coach Services, Inc. ("Coach") and Defendant Di Da Import and Export Inc. ("Defendant") (collectively, the "Parties"), by their respective counsel, respectfully request that this Court enter an order extending the fact discovery deadline in this case to July 31, 2014 and extending the expert discovery deadline in this case to October 1, 2014. In support of their motion, the Parties state as follows:

  1.  On December 12, 2013, this Court entered an order providing that fact discovery is to be completed by May 30, 2014 and that expert discovery is to be completed by August 1, 2014. (*See* Dkt. No. 15).

  2.  Since that time, the Parties have been working diligently towards meeting the Court's discovery deadlines, with the Parties having already propounded and responded to certain written discovery requests.

  3.  Nevertheless, in order to more fully address the factual and legal matters at issue in this case, the Parties request additional time in which to complete fact and expert discovery.

The additional time will also allow the Parties to continue exploring the possibility of settlement in this matter.

4. This motion is made in good faith and is not being brought for purposes of delay and is the first request for an extension of discovery by either Coach or Defendant.

WHEREFORE, Plaintiffs Coach, Inc. and Coach Services, Inc. and Defendant Di Da Import and Export Inc. respectfully request that the Court grant their motion and enter an order extending the deadline for fact discovery to July 31, 2014 and extending the deadline for expert discovery to October 1, 2014.

Dated: May 9, 2014

Respectfully submitted,

| COACH, INC. AND COACH SERVICES, INC. | DI DA IMPORT AND EXPORT INC. |
|---|---|
| By:    /s/ Lauren J. Caisman<br>S. Patrick McKey, #6201588<br>Donald A. Cole, #6299318<br>Lauren J. Caisman, #6312465<br>BRYAN CAVE LLP<br>161 N. Clark St., Suite 4300<br>Chicago, Illinois 60601<br>Telephone: (312) 602-5000<br>Facsimile: (312) 602-5050 | By:    /s/ Ying Liu (with permission)<br>Ying Liu<br>Carolyn Shields<br>LIU & SHIELDS LLP<br>41-60 Main St., Suite 208A<br>Flushing, NY 11355<br><br>Brian J. Lum<br>ICE MILLER LLP<br>200 W. Madison St., Suite 3500<br>Chicago, IL, 60606 |

2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 9th day of May 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Defendant Di Da Import and Export Inc. through their counsel of record.

Respectfully submitted,

___/s/ Lauren J. Caisman
Lauren J. Caisman, # 6312465
BRYAN CAVE LLP
161 North Clark Street, Suite 4300
Chicago, Illinois 60601
Tel: (312) 602-5000
Fax: (312) 602-5050

*Counsel for Plaintiffs Coach, Inc. and Coach Services, Inc.*