**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

COACH, INC. and COACH SERVICES, INC.,

                Plaintiffs,

v.

DI DA IMPORT AND EXPORT INC. (D/B/A DI DA NEW YORK),

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Case No. 13-cv-7165**

**Honorable Samuel Der-Yeghiayan**

## NOTICE OF MOTION

To:    Attached Certificate of Service

PLEASE TAKE NOTICE that on **Wednesday, May 14, 2014, at 9:00 a.m.**, the undersigned shall appear before the Honorable Samuel Der-Yeghiayan, in courtroom 1903 in the United States Courthouse, 219 South Dearborn, Chicago, Illinois, and shall then and there present their ***Joint Motion to Extend Discovery***, a copy of which is enclosed herewith and served upon you.

Dated: May 9, 2014

      Respectfully submitted,

| COACH, INC. AND COACH SERVICES, INC. | DI DA IMPORT AND EXPORT INC. |
|---|---|
| By:   /s/ Lauren J. Caisman<br>S. Patrick McKey, #6201588<br>Donald A. Cole, #6299318<br>Lauren J. Caisman, #6312465<br>BRYAN CAVE LLP<br>161 N. Clark St., Suite 4300<br>Chicago, Illinois 60601 | By:   /s/ Ying Liu (with permission)<br>Ying Liu<br>Carolyn Shields<br>LIU & SHIELDS LLP<br>41-60 Main St., Suite 208A<br>Flushing, NY 11355 |

1

| | |
|---|---|
| Telephone: (312) 602-5000<br>Facsimile: (312) 602-5050 | Brian J. Lum<br>ICE MILLER LLP<br>200 W. Madison St., Suite 3500<br>Chicago, IL, 60606 |

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on this 9th day of May 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Defendant Di Da Import and Export Inc. through their counsel of record.

        Respectfully submitted,

        ___/s/ Lauren J. Caisman
        Lauren J. Caisman, # 6312465
        BRYAN CAVE LLP
        161 North Clark Street, Suite 4300
        Chicago, Illinois 60601
        Tel: (312) 602-5000
        Fax: (312) 602-5050

        *Counsel for Plaintiffs Coach, Inc. and Coach Services, Inc.*