## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Coach, Inc., et al.

                              Plaintiff,

v.                                          Case No.: 1:13−cv−07165
                                            Honorable Samuel Der−Yeghiayan

Di Da Import and Export Inc.

                              Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 13, 2014:

      MINUTE entry before the Honorable Samuel Der−Yeghiayan: Joint motion for extension of time to complete discovery [17] is granted as follows: All fact discovery to be completed by 07/31/14. All expert discovery to be completed by 10/01/14. Any dispositive motion(s) shall be filed by 11/14/14 response(s) shall be filed by 12/05/14; replies, if any, shall be filed by 12/19/14. Status hearing reset to 10/01/14 at 9:00 a.m. Noticed motion date of 05/14/14 and status hearing date of 08/12/14 are stricken. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.