IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| COACH, INC. and COACH SERVICES, INC., | : : : | |
| Plaintiffs, | : : | Case No. 13-cv-7165 |
| v. | : : | Honorable Samuel Der-Yeghiayan |
| DI DA IMPORT AND EXPORT INC. (D/B/A DI DA NEW YORK), | : : : : | |
| Defendant. | : | |

## SECOND JOINT MOTION TO EXTEND DISCOVERY

Plaintiffs Coach, Inc. and Coach Services, Inc. ("Coach") and Defendant Di Da Import and Export Inc. ("Defendant") (collectively, the "Parties"), by their respective counsel, respectfully request that this Court enter an order extending the fact discovery deadline in this case to October 1, 2014 and extending the expert discovery deadline in this case to December 5, 2014. In support of their motion, the Parties state as follows:

1. On December 12, 2013, this Court entered an order providing that fact discovery is to be completed by May 30, 2014 and that expert discovery is to be completed by August 1, 2014. (*See* Dkt. No. 15).

2. Upon joint motion by the Parties, on May 13, 2014, this Court entered an order extending the fact discovery deadline until July 31, 2014 and extending the expert discovery deadline until October 1, 2014. (*See* Dkt. No. 19).

3. Since that time, the Parties have been working diligently towards meeting the Court's discovery deadlines. Both Parties have responded to certain written discovery requests,

and conducted several Rule 37.2 conferences, after which Defendant provided supplemental responses to Coach's written discovery requests. As recently as July 11, 2014, Defendant has responded to Coach's third set of written discovery requests.

4. Nevertheless, in order to more fully address the factual and legal matters at issue in this case, the Parties request additional time in which to complete fact and expert discovery. The additional time will also allow the Parties to continue exploring the possibility of settlement in this matter, as well as to conduct depositions.

5. This motion is made in good faith and is not being brought for purposes of delay.

WHEREFORE, Plaintiffs Coach, Inc. and Coach Services, Inc. and Defendant Di Da Import and Export Inc. respectfully request that the Court grant their motion and enter an order extending the deadline for fact discovery to October 1, 2014 and extending the deadline for expert discovery to December 5, 2014.

Dated: July 15, 2014

Respectfully submitted,

| COACH, INC. AND COACH SERVICES, INC. | DI DA IMPORT AND EXPORT INC. |
|---|---|
| By: __/s/ Lauren J. Caisman__<br>S. Patrick McKey, #6201588<br>Donald A. Cole, #6299318<br>Lauren J. Caisman, #6312465<br>BRYAN CAVE LLP<br>161 N. Clark St., Suite 4300<br>Chicago, Illinois 60601<br>Telephone: (312) 602-5000<br>Facsimile: (312) 602-5050 | By: __/s/ Ying Liu (with permission)__<br>Ying Liu<br>Carolyn Shields<br>LIU & SHIELDS LLP<br>41-60 Main St., Suite 208A<br>Flushing, NY 11355<br><br>Brian J. Lum<br>ICE MILLER LLP<br>200 W. Madison St., Suite 3500<br>Chicago, IL, 60606 |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 15th day of July 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Defendant Di Da Import and Export Inc. through their counsel of record.

        Respectfully submitted,

           /s/ Lauren J. Caisman
        Lauren J. Caisman, # 6312465
        BRYAN CAVE LLP
        161 North Clark Street, Suite 4300
        Chicago, Illinois 60601
        Tel: (312) 602-5000
        Fax: (312) 602-5050

        *Counsel for Plaintiffs Coach, Inc. and Coach Services, Inc.*