UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Coach, Inc., et al.

          Plaintiff,

v.               Case No.: 1:13−cv−07165
                Honorable Samuel Der−Yeghiayan

Di Da Import and Export Inc.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 21, 2014:

   MINUTE entry before the Honorable Samuel Der−Yeghiayan: Second joint motion for extension of time to extend discovery [20] is granted as follows: All fact discovery to be completed by 10/01/14. All expert discovery to be completed by 12/05/14. Any dispositive motion(s) shall be filed by 01/23/15 response(s) shall be filed by 02/13/15; replies, if any, shall be filed by 02/27/15. Status hearing reset to 12/09/14 at 9:00 a.m. Noticed motion date of 07/22/14 and status hearing date of 10/01/14 are stricken. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.