# McKey, Patrick

| | |
|---|---|
| **From:** | McKey, Patrick |
| **Sent:** | Monday, August 25, 2014 5:18 PM |
| **To:** | 'carolyn shields'; Cole, Donald; Caisman, Lauren |
| **Cc:** | Schnurr, Richard; Lum, Brian J. |
| **Subject:** | Coach v. DIDA |

Carolyn –

As discussed during your clients' truncated deposition in New York on Friday, please advise as to when you can hold our meet and confer tomorrow to address your clients' discovery deficiencies, and the scheduling and costs related to your clients' 30 (b)(6) deposition.    Thanks.

**S. Patrick McKey | BRYAN CAVE LLP**
**Partner**
161 North Clark Street, Suite 4300 | Chicago, Illinois 60601
312.602.5102 direct line |  312.698.7502 fax
patrick.mckey@bryancave.com



Americas | Asia | Europe

1