# McKey, Patrick

| | |
|---|---|
| **From:** | McKey, Patrick |
| **Sent:** | Tuesday, August 26, 2014 3:21 PM |
| **To:** | 'carolyn shields'; Cole, Donald; Caisman, Lauren |
| **Cc:** | 'Schnurr, Richard'; 'Lum, Brian J.' |
| **Subject:** | RE: Coach v. DIDA |

Carolyn –

As noted on page 180 of Ms. Shi's deposition, you indicated that you were available to meet and confer today on the issues raised in my follow up email of yesterday. However, you have failed to contact me, respond to that email or otherwise advise me of your availability to meet and confer. Please do so. Thank you.

**S. Patrick McKey | BRYAN CAVE LLP**
**Partner**
161 North Clark Street, Suite 4300 | Chicago, Illinois 60601
312.602.5102 direct line | 312.698.7502 fax
patrick.mckey@bryancave.com



Americas | Asia | Europe

---

**From:** McKey, Patrick
**Sent:** Monday, August 25, 2014 5:18 PM
**To:** 'carolyn shields'; Cole, Donald; Caisman, Lauren
**Cc:** Schnurr, Richard; Lum, Brian J.
**Subject:** Coach v. DIDA

Carolyn –

As discussed during your clients' truncated deposition in New York on Friday, please advise as to when you can hold our meet and confer tomorrow to address your clients' discovery deficiencies, and the scheduling and costs related to your clients' 30 (b)(6) deposition. Thanks.

**S. Patrick McKey | BRYAN CAVE LLP**
**Partner**
161 North Clark Street, Suite 4300 | Chicago, Illinois 60601
312.602.5102 direct line | 312.698.7502 fax
patrick.mckey@bryancave.com



Americas | Asia | Europe

1