## McKey, Patrick

| | |
|---|---|
| **From:** | McKey, Patrick |
| **Sent:** | Thursday, August 28, 2014 2:29 PM |
| **To:** | 'carolyn shields'; 'shieldscj@earthlink.net'; 'whinnyliu@gmail.com' |
| **Cc:** | 'Schnurr, Richard'; 'Lum, Brian J.'; Cole, Donald; Caisman, Lauren |
| **Subject:** | RE: Coach v. DIDA |

Carolyn –

You are now leaving us with no alternative but to involve the court due to your refusal to meet and confer on the open discovery issues we have previously addressed. *See* below. At the time you suspended Ms. Shi's deposition, you also committed to holding a meeting and confer conference this past Tuesday. You have failed to do so and have not responded to our requests for such a conference, let alone provided alternative dates for a conference. Your immediate attention is required. Thank you.

**S. Patrick McKey | BRYAN CAVE LLP**
**Partner**
161 North Clark Street, Suite 4300 | Chicago, Illinois 60601
312.602.5102 direct line |  312.698.7502 fax
patrick.mckey@bryancave.com



Americas | Asia | Europe

---

**From:** McKey, Patrick
**Sent:** Tuesday, August 26, 2014 3:21 PM
**To:** 'carolyn shields'; Cole, Donald; Caisman, Lauren
**Cc:** 'Schnurr, Richard'; 'Lum, Brian J.'
**Subject:** RE: Coach v. DIDA

Carolyn –

As noted on page 180 of Ms. Shi's deposition, you indicated that you were available to meet and confer today on the issues raised in my follow up email of yesterday. However, you have failed to contact me, respond to that email or otherwise advise me of your availability to meet and confer. Please do so. Thank you.

**S. Patrick McKey | BRYAN CAVE LLP**
**Partner**
161 North Clark Street, Suite 4300 | Chicago, Illinois 60601
312.602.5102 direct line |  312.698.7502 fax
patrick.mckey@bryancave.com



Americas | Asia | Europe

1

**From:** McKey, Patrick
**Sent:** Monday, August 25, 2014 5:18 PM
**To:** 'carolyn shields'; Cole, Donald; Caisman, Lauren
**Cc:** Schnurr, Richard; Lum, Brian J.
**Subject:** Coach v. DIDA

Carolyn –

As discussed during your clients' truncated deposition in New York on Friday, please advise as to when you can hold our meet and confer tomorrow to address your clients' discovery deficiencies, and the scheduling and costs related to your clients' 30 (b)(6) deposition.   Thanks.


**S. Patrick McKey | BRYAN CAVE LLP**
**Partner**
161 North Clark Street, Suite 4300 | Chicago, Illinois 60601
312.602.5102 direct line |  312.698.7502 fax
patrick.mckey@bryancave.com



Americas | Asia | Europe

2