IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

COACH, INC. and COACH SERVICES, INC.,

     Plaintiffs,

  v.

DI DA IMPORT AND EXPORT INC. (D/B/A DI DA NEW YORK),

     Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Case No. 13-cv-7165**

**Honorable Samuel Der-Yeghiayan**

## NOTICE OF MOTION

To: Attached Certificate of Service

PLEASE TAKE NOTICE that on **September 30, 2014, at 9:00 a.m.**, the undersigned shall appear before the Honorable Samuel Der-Yeghiayan, in courtroom 1903 in the United States Courthouse, 219 South Dearborn, Chicago, Illinois, and shall then and there present *Plaintiffs' Motion to Compel DiDa Import and Export Inc. to Produce Additional Rule 30(b)(6) Witnesses and Pay Fees and Costs*, a copy of which is enclosed herewith and served upon you.

Dated: September 24, 2014       Respectfully submitted,

                 BRYAN CAVE LLP

                 By: /s/ S. Patrick McKey
                 S. Patrick McKey, #6201588
                 Donald A. Cole, #6299318
                 Lauren J. Caisman, # 6312465
                 161 North Clark Street, Suite 4300
                 Chicago, Illinois 60601
                 Tel: (312) 602-5000
                 Fax: (312) 602-5050

                                                            patrick.mckey@bryancave.com
                                                            donald.cole@bryancave.com
                                                            lauren.caisman@bryancave.com

*Attorneys for Coach, Inc. and Coach Services, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 24th day of September 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Defendant Di Da Import and Export Inc. through its counsel of record.

                              Respectfully submitted,

                              ___/s/ S. Patrick McKey__
                                S. Patrick McKey