## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
## Eastern Division

Coach, Inc., et al.

                         Plaintiff,

v.                                          Case No.: 1:13–cv–07165
                                              Honorable Samuel Der–Yeghiayan

Di Da Import and Export Inc.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 30, 2014:

      MINUTE entry before the Honorable Samuel Der–Yeghiayan: Motion hearing held. As stated on the record, Plaintiffs' motion to compel production of witness [23] is granted. Plaintiffs' request for fees and costs is denied without prejudice to request it at a later date. Fact discovery is extended to and including 11/03/14. All other dates previously set on 07/21/14 are to stand. Mailed notice(mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.