## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Coach, Inc., et al. | ) | |
|     Plaintiffs | ) | Case No: 13 C 7165 |
| | ) | |
| v. | ) | |
| | ) | Judge: Samuel Der-Yeghiayan |
| Di Da Import and Export Inc. | ) | |
|     Defendant | ) | |
| | ) | |

## **ORDER**

Carolyn Shields's motion for leave to appear pro hac vice for Defendant [26] is granted.

Date: November 4, 2014

/s/ _Samuel Der-Yeghiayan_
Samuel Der-Yeghiayan
U.S. District Court Judge