# <u>EXHIBIT C</u>

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION


COACH, INC. and COACH
SERVICES, INC.,

            Plaintiffs,

       vs.                Case No.
                       13-cv-7165(SDY)

DI DA IMPORT AND EXPORT INC.
(d/b/a DI DA NEW YORK),

            Defendant.
----------------------------)



VIDEOTAPED DEPOSITION OF LONG ZHU

New York, New York

Wednesday, October 29, 2014






Reported by:
SHAUNA STOLTZ-LAURIE, RPR, CLR
CSR NO. 810490
JOB NO. 12786

Page 2

```
 1

 2

 3

 4

 5                        October 29, 2014

 6                        10:06 a.m.

 7

 8           Videotaped deposition of LONG ZHU,

 9      held at the offices of Bryan Cave LLP,

10      1290 Avenue of the Americas, New York,

11      New York, pursuant to 30(b)(6) Notice,

12      before Shauna Stoltz-Laurie,  Registered

13      Professional Reporter, Certified

14      Realtime Reporter, and a Notary Public

15      of the State of New York.

16

17

18

19

20

21

22

23

24

25
```

```
1                    Long Zhu
2        A.    Pardon?  I didn't understand.
3        Q.    You understand that -- you
4   understand that you're answering on behalf of
5   the corporation, not as an individual.
6        A.    Yes.
7        Q.    Okay.  All right.  What is your
8   title with Di Da?
9        A.    I am the vice-chairman.
10       Q.    The vice-chairman of Di Da?
11       A.    Yes.
12       Q.    Is that an executive position with
13  Di Da?
14       A.    Yes.
15             There's the Chair, and I'm the
16  vice-chair.
17       Q.    What other positions are there
18  within Di Da?
19       A.    Are you referring to me?
20             THE INTERPRETER:  The interpreter
21       said no.
22       Q.    What other positions does Di Da
23  have?
24       A.    There's the chairperson, two
25  vice-chair people, a -- someone in charge of
```

Page 73

```
1                  Long Zhu
2       A.   Generally speaking, the initial
3  payment would be --
4            (Interpreter confers with the
5       witness.)
6       A.    -- would be -- the initial payment
7  would be 20 to 30 percent to the factory
8  owner, and then three to five months later
9  the balance would be paid.
10      Q.   Okay.  How would you pay that 20 to
11 30 percent?
12      A.   In cash, in RMBs.
13      Q.   Or what?
14      A.   Remnibi.
15           THE INTERPRETER:  Chinese currency,
16      RMBs.
17           MR. COLE: Okay.
18      Q.   Where would you get the cash from?
19      A.   I sold property in 2010, property
20 that was in China.  That's where I got the
21 cash.
22      Q.   You sold property.
23      A.   Yes.
24           It was mine.
25      Q.   Okay.  So did you purchase -- did
```

Page 74

1                    Long Zhu
2   you loan the money to the company?
3       A.   Yes.
4            I invested the money in -- in the
5   merchandise.
6       Q.   Is there any documentation showing
7   that you gave a loan to the company in 2010?
8            MS. SHIELDS:   Objection.
9       A.   There's no documentation.
10      Q.   How much money did you loan the
11  company in 2010?
12           MS. SHIELDS:   Objection.
13      A.   No, I did not lend money to the
14  company.  I yielded 200,000 U.S. dollars from
15  -- from selling the property, and that money
16  was spent all on -- that money was spent on
17  -- on merchandise.
18           (Discussion off the record.)
19      Q.   Do you have an ownership interest
20  in Di Da?
21      A.   No.
22      Q.   How many owners -- how many owners
23  does Di Da have?
24      A.   You mean owners, shareholders?
25      Q.   Sure.

1                    Long Zhu

2        A.    One.

3        Q.    And who is that?

4        A.    My son, Sam.

5        Q.    So in exchange for -- for

6    purchasing $200,000 in goods for Di Da, you

7    receive approximately $12,000 a year; is that

8    correct?

9        A.    No, no.

10             That's separate.  That's my --

11   those are my -- that's my salary, the 12,000.

12       Q.    Do you expect to be repaid the

13   $200,000 that you used to buy merchandise for

14   the company?

15       A.    The company is not making a profit

16   yet.  When it does, I'm positive that I will

17   be repaid.

18       Q.    So it is a loan.  So you did give a

19   loan of $200,000 to the company.

20             MS. SHIELDS:  Objection.

21       A.    Yes.  Yes.

22       Q.    Okay.  Do you make any -- do you

23   defer all decision-making for the company to

24   your son, Sam?

25       A.    Yes.

1              Long Zhu

2        Q.   Has the company repaid you any of

3   the $200,000 that you've loaned it to date?

4             MS. SHIELDS:  Objection.

5        A.   Not yet.

6             MR. COLE:  Let's take a break.

7             THE VIDEOGRAPHER:  The time is

8   12:39 p.m. and we're going off the

9   record.

10            (Luncheon recess taken.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                                        Page 84

1                      Long Zhu

2    last year.

3          Q.   Okay.  Has anyone from the company

4    ever asked you to look at -- look in your --

5    your files or to do any investigation with

6    respect to anything related to this -- to

7    this lawsuit?

8          A.   No.

9          Q.   Do you have -- do you have files or

10   documents or other -- other information in

11   your -- in your possession, custody or

12   control?

13              MS. SHIELDS:  Objection.

14         A.   No.

15         Q.   So you don't have any documents at

16   all related to your one -- one responsibility

17   of selecting designs and -- and placing

18   orders.  You have zero documents in your

19   possession, custody or control.

20         A.   No, I don't have any of those.

21         Q.   Do you have an office?

22         A.   I don't.

23         Q.   Where do you keep your files?

24              MS. SHIELDS:  Objection.

25         A.   I don't have any -- I don't have

```
1                    Long Zhu
2    any files.
3            They're all at the -- at the
4    factory, and -- and the factory -- and the
5    factory came up with the designs.
6        Q.   That's not my question.
7            My question is do you have an
8    office.
9        A.   I don't.
10       Q.   Okay.  Is there anyplace in your
11   home or at your office in Di Da where you
12   maintain notes, records, anything related to
13   your job?
14       A.   No.
15       Q.   And you understand that you're
16   testifying under oath, don't you?
17       A.   Yes.
18       Q.   And it's your testimony here today
19   that you are the only business person in the
20   world who has zero files related to your job.
21           MS. SHIELDS:  Objection.
22       A.   I don't have it.  It's the factory
23   that maintains it.
24       Q.   Well, earlier you testified that
25   when you make your selections and you come --
```

1                    Long Zhu

2          Q.    Did you have a discussion with --

3    did you have a discussion with anyone at

4    Di Da before you decided to invest your

5    $200,000 into the company?

6          A.    Yes.

7          Q.    And who did you have -- have that

8    discussion with?

9          A.    With my son, Sam.

10         Q.    And was anyone else involved?

11         A.    Other people were aware of it.

12         Q.    What other people?

13         A.    Hong Zhu and Amy were both aware of

14    it.

15         Q.    And what was your understanding?

16               Or what was -- excuse me.  Yeah.

17               What was your understanding?

18         A.    My understanding was that once the

19    goods had been manufactured, I would be

20    paying the manufacturers.

21         Q.    And you had this discussion with

22    your son Sam, and others understood -- and

23    others were aware.  My question is what

24    discussion did you have with your son with

25    respect to your being repaid.

                    Long Zhu

1

2        A.    The arrangement was that once the

3   company makes a profit, then I would be

4   repaid.

5        Q.    Are there any terms, such as

6   interest rate being charged?

7        A.    No. No, nothing.

8        Q.    How about the -- the length of the

9   loan; how long does Da have to pay you back?

10        A.    It wasn't discussed.

11        Q.    Okay.  Is there an understanding as

12   to how long Di Da has until you're required

13   to paid back $200,000?

14        A.    It wasn't mentioned.

15        Q.    Do you expect to receive a certain

16   percentage or, excuse me, a certain -- a

17   certain interest rate on -- return on your

18   investment?

19        A.    I have no expectation.  I have no

20   expectation.

21              Because Sam is my son.  I should be

22   helping him.  Yeah, I should be helping him.

23        Q.    Was there any documentation

24   whatsoever documenting your -- your

25   200,000-dollar loan to the company?

```
 1                  Long Zhu
 2        A.    There is no document.
 3        Q.    Okay.  Earlier you testified that
 4   Amy Shi never contacted you regarding her
 5   preparation for her deposition in August; is
 6   that correct?
 7        A.    Correct.
 8        Q.    So if Amy testified that she had
 9   spoken with the relevant employees of Di Da
10   in preparation for her deposition, is that a
11   lie?
12        A.    I don't know.
13              I was in China.
14        Q.    Right.
15              But if you're the only person
16   responsible for the design and creation and
17   manufacturing of Di Da's products, and if she
18   didn't talk to you, how is it -- who -- who
19   else would she have spoken -- spoken with?
20        A.    I don't know.
21        Q.    I mean could she have spoken with
22   anyone else at Di Da to properly prepare
23   herself to discuss Di Da's design, creation
24   and manufacturing of its products if it
25   wasn't you?
```

1          Long Zhu

2     goods, how has Di Da purchased its goods

3     since?

4          A.    No, I did that starting in 2011,

5     not 2012.

6          Q.    Okay.

7          A.    I paid for the first shipment of

8     goods with that money.

9          Q.    Okay.  Since that first shipment of

10    goods, how have you paid for the -- for

11    Di Da's goods?

12         A.    You mean how the factory owners

13    were paid?

14         Q.    Yes.

15         A.    Well, this would be paid in -- in

16    several installments to the -- to the -- to

17    the factory, in several installments.

18              Say, for instance, if the goods

19    cost 300,000 RMB, part of it would be paid

20    off in small chunks before ship -- before

21    shipment.  And say the remaining balance is

22    90,000.  That would be paid off when the

23    goods are shipped.

24         Q.    And my question is where does Di Da

25    get the money from to pay that initial

Page 171

```
 1              Long Zhu
 2  downpayment for the goods.
 3      A.   Well, that's from the proceeds from
 4  selling my property in China.
 5      Q.   Even today you're still using that
 6  money?
 7      A.   Yes.  Yes.  It's -- it's been a
 8  constant -- it's facilitated a constant cash
 9  flow.
10      Q.   So where does the -- Di Da's
11  revenue -- over the last three years, where
12  has that revenue gone, if you were using your
13  own money to purchase the goods?
14      A.   Up til now there has been no --
15  there has been no profit.  There's only been
16  loss -- losses, and the -- all the money is
17  invested in the goods, tied up with it.
18           MR. COLE: Okay, we're going to take
19      a short break, and then we're going to
20      wrap up.  We need to change out the
21      tape.  And we'll -- I'll take a quick
22      look at some -- something, and we'll be
23      done.
24           THE VIDEOGRAPHER:  The time is
25      5:01 p.m. and we're going off the
```

Page 172

1                     Long Zhu

2          record.

3              (Recess taken.)

4              THE VIDEOGRAPHER:  The time is

5      5:15 p.m. and we're back on the record.

6      This also begins tape number five.

7          Q.   Mr. Zhu, just a few more questions.

8      I do appreciate -- by the way, I do

9      appreciate your patience and your -- and your

10     time here.  So just a few more questions, and

11     we'll get through.

12         A.   Thank you.

13         Q.   Are you aware of -- of any real

14     estate or any property that's owned by Di Da?

15         A.   Are you talking about the company?

16         Q.   Yes.

17         A.   It doesn't have any.

18         Q.   Earlier you testified that you had

19     not been repaid any of the loan that you

20     provided to Di Da; is that correct?

21         A.   Correct.

22         Q.   Now, is there only one loan that

23     you've made in 2011?  Is there one loan that

24     we're talking about, or are there multiple

25     loans?

```
 1                    Long Zhu
 2        A.    Yes, just this one loan.
 3        Q.    For $200,000.
 4        A.    Yes.
 5        Q.    Would it strike you as odd if I
 6   were to -- if I were to say that Di Da's
 7   documentation shows that it has actually
 8   repaid a significant portion of loans to its
 9   shareholders and to its general accounts
10   payable?
11        A.    Yes, it strikes me as odd.
12        Q.    If there is money that's been
13   repaid, it's not been to you.
14        A.    What monies have been repaid?
15        Q.    I don't know.
16              Are you aware of any other loans --
17        A.    In any case, I haven't received my
18   own -- any of my own money.
19        Q.    Are you aware of any loans -- any
20   loans by other individuals other than
21   yourself to Di Da?
22        A.    No, except that we still owe money
23   for goods to the factory.
24        Q.    And how many shareholders are
25   there?
```

Page 174

1                    Long Zhu

2        A.    You mean people with shares?

3        Q.    Yes.

4        A.    Just my son.

5        Q.    And what's the basis for your

6    knowledge?

7        A.    Because the share owners -- share

8    ownership -- he just wrote that down

9    yesterday -- he came from China.

10       Q.    Where did he write that down?

11             What do you mean?

12       A.    At the attorney's office.

13       Q.    At Ms. Shields's office yesterday?

14       A.    Yes.

15       Q.    Okay.  And what document are you

16    saying that he executed yesterday?

17       A.    Oh, the share certificate, because

18    it was not written down before, because it

19    had been -- he had forgotten to -- to do that

20    all along until yesterday.

21       Q.    Okay.  Did you witness this share

22    -- Certificate of Shares -- Share being

23    actually executed?

24       A.    Yes.  I was present.

25             MR. COLE:  Okay. Counsel what's

1                    Long Zhu

2          been produced to us as DD 3978 is a --

3          appears to be a Certificate of Shares

4          Issued, but it is not executed.

5     REQ      If you would, please provide us

6     with the executed version.

7              MS. SHIELDS:  I thought it was

8          executed.

9              MR. COLE:  Well, it does not appear

10         to be fully executed.  There's no date

11         filled in, or anything of that nature.

12             MS. SHIELDS:  Okay.

13             MR. COLE:  And just for the record,

14         I'm referring to the documents that were

15         produced to us yesterday evening, on

16         Tuesday, October 28th at 7:00 p.m. by

17         your office.

18         Q.   Do you have -- you said that you

19    witnessed this document being executed

20    yesterday, and the reason is that you believe

21    -- the reason you believe it was only

22    executed yesterday was because he forgot to

23    execute it before; is that correct?

24         A.   Yeah.

25         Q.   And how long has Di Da been

1                    Long Zhu

2    purportedly incorporated by the laws of the

3    State of New York?

4         A.   So it was incorporated in May of

5    2010 up till now, so that would be -- yeah,

6    so it would be at least four years.

7         Q.   Does Di Da have a board of

8    directors?

9         A.   That would be the family members.

10        Q.   Okay.  And for clarity, are you

11   referring to yourself, to Amy --  sorry --

12   Shi, your son Sam?

13        A.   And Hong Zhu.

14        Q.   Who was the director of the Board?

15        A.   My son, Sam.  Sam.

16        Q.   So there are four members of the

17   Board?

18        A.   Yes.

19        Q.   Does each member hold a 25 percent

20   voting right or voting share?

21        A.   Are you talking about a share

22   ownership?

23        Q.   No.

24             So there are four members of the

25   Board.  Is each vote equal?

1                  Long Zhu

2        A.    Yes.

3        Q.    Okay.  Does Di Da hold regular

4   Board meetings?

5        A.    Yes, often.

6        Q.    I'm not talking about staff

7   meetings, which I think is what we refer --

8   which is what we were talking about earlier.

9   Now I'm talking specifically about Board

10  meetings.

11       A.    You mean with the four people.

12       Q.    Yes.

13       A.    Well, my son -- my son is in China,

14  so every four days or every week he would be

15  on the phone, and we will have a meeting.

16       Q.    Does someone keep minutes of those

17  meetings?

18       A.    No.

19       Q.    Prior to the meetings being held,

20  is there an agenda sent out?

21       A.    No.  It was just conveyed orally.

22       Q.    Okay.  Does -- does Di Da's counsel

23  attend those meetings or participate?

24       A.    No.

25       Q.    Okay.  Has -- has this lawsuit ever