# **EXHIBIT D**

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

COACH, INC. and COACH
SERVICES, INC.,

             Plaintiffs,

        vs.                Case No.
                           13-cv-7165(SDY)

DI DA IMPORT AND EXPORT INC.
(d/b/a DI DA NEW YORK),

             Defendant.
--------------------------)

Volume I

VIDEOTAPED DEPOSITION OF AMY XU SHI

New York, New York

Friday, August 22, 2014

Reported by:
SHAUNA STOLTZ-LAURIE, RPR, CLR
CSR NO. 810490
JOB NO. 12372

Page 2

```
 1

 2

 3

 4

 5                      August 22, 2014

 6                        9:28 a.m.

 7

 8            Videotaped deposition of AMY XU

 9      SHI, held at the offices of Bryan Cave

10      LLP, 1290 Avenue of the Americas, New

11      York, New York, pursuant to 30(b)(6)

12      Notice and Subpoena, before Shauna

13      Stoltz-Laurie,  Registered Professional

14      Reporter, Certified Realtime Reporter,

15      and a Notary Public of the State of New

16      York.

17

18

19

20

21

22

23

24

25
```

```
 1                    Shi

 2           Q.    Okay.   Anybody else?

 3           A.    No.

 4           Q.    Okay.   Who is Hong Zhu?

 5           A.    My mom.

 6           Q.    And who is Long Zhu?

 7           A.    My uncle.

 8           Q.    And Sam Zhu?

 9           A.    My cousin.

10           Q.    And are Hong Zhu, Long Zhu and Sam

11     Zhu all employees of Di Da?

12           A.    Yes.

13           Q.    What is Hong Zhu's role with Di Da?

14           A.    She's taking care of the inventory

15     warehouse --

16           Q.    Um-hm?

17           A.    -- and -- well, sometimes I discuss

18     with her about the sales and stuff.

19           Q.    Okay.

20           A.    It's like a family business, so --

21           Q.    Does she have a title?

22           A.    We don't really have a title.

23           Q.    Nobody has a title at Di Da?

24           A.    No.

25                 I'm -- I'm an officer for sales.
```

1                     Shi

2          I'm doing the sales work --

3              Q.   Okay.  You --

4              A.   -- and --

5              Q.   You mentioned you're an officer.

6          What is -- what is your role as an officer.

7          What's your title?

8              A.   Oh.  I take care of most of the

9          sales work --

10             Q.   Okay.

11             A.   -- the sales parts.

12             Q.   You just testified you're an

13         officer.

14             A.   Yeah.

15             Q.   What is your title as an officer

16         with Di Da?

17             A.   I don't understand that question.

18             Q.   You just mentioned that --

19             A.   Um-hm?

20             Q.   -- you called yourself an officer.

21             A.   Officer, yes.

22             Q.   Okay.  An officer has a role.

23             A.   Um-hm?

24             Q.   Typically has a title.

25             A.   Um-hm?

```
 1                      Shi
 2           Q.   Well, let me ask it a different
 3      way.  What do you understand an officer of Di
 4      Da to mean?
 5           A.   Like you do a lot of paper works,
 6      and then -- an officer's general title, and
 7      you can do sales, too.  You can go sometimes
 8      work at warehouse, too.
 9           Q.   Um-hm?
10           A.   Like it's a general.  Like it's not
11      like I'm only taking care of the sales part.
12      Sometimes I'm help -- go to the warehouse and
13      help them, too.
14           Q.   Okay.  Is there a president of Di
15      Da?
16           A.   Sam Zhu will be the president.
17           Q.   He will be, or he is?
18           A.   He -- he -- yes, the president.
19           Q.   And he officially has the title of
20      President?
21           A.   Yes.
22           Q.   Okay.  Does Long Zhu have a role as
23      an officer of Di Da?
24           A.   Long Zhu is taking care of most of
25      the work in China --
```

```
1                        Shi
2              Q.    Um-hm?
3              A.    -- and that's -- he's the one
4      who -- yeah.
5              Q.    Okay.  My question is does he have
6      a title.
7              A.    No.
8                    We -- we don't really have a title.
9              Q.    Well, but that's not true, because
10     you just said Sam Zhu is the president --
11             A.    President, but --
12             Q.    -- so he has a title.
13             A.    Yeah.
14             Q.    So you do have titles.
15             A.    Yeah.  A few (speaking
16     simultaneously) --
17             Q.    So it's not true that you don't
18     have titles.
19             A.    Okay.
20             Q.    Okay?
21                   So my question to you is --
22             A.    Um-hm?
23             Q.    -- does Long Zhu have a title with
24     Di Da.
25             A.    He's the manager of China part --
```

```
 1                    Shi
 2        A.   Yeah.  That's the part of my mostly
 3     (unintelligible), is the sales.
 4               THE COURT REPORTER:  "Mostly" what?
 5        A.   (Continuing) My work, like I'm
 6     doing mostly the marketing and stuff.
 7        Q.   Okay.  And -- and -- and what
 8     you're doing -- and maybe we're just having a
 9     disconnect here -- you're describing what you
10     do.
11        A.   Yeah, because like if you assume,
12     if you want me to give myself a title, I give
13     base on the work I do --
14        Q.   Um-hm?
15        A.   -- and I call it as a sales, yeah.
16        Q.   Are you on the board of directors
17     of Di Da?
18        A.   What is that?  I don't understand
19     that, no.
20        Q.   Okay.
21             Does Di Da have a board of
22     directors?
23        A.   No.
24        Q.   Okay.  Could you look at Deposition
25     Exhibit number 2, please?
```

1                          Shi

2              to like it.  Call your local if you want

3              to.

4              A.   I'm sorry?

5              Q.   Who are the officers of Di Da?

6              A.   Me, Hong Zhu, Long Zhu, Sam Zhu.

7              Q.   Okay.  Any others?

8              A.   No.

9              Q.   What are their titles?

10             A.   I'm the sales.

11             Q.   Sales what?

12             A.   Sales of what?  What -- what do you

13       mean?

14             Q.   Okay.  Do you know what an officer

15       of a corporation is?

16             A.   Is that a general employees?

17             Q.   I'm not here to answer your

18       questions.

19                  Do you know what an officer of a

20       corporation is?

21             A.   Well, I know based on what I -- I

22       assume.

23             Q.   What do you assume?

24             A.   It's just for the people who work

25       in the corporations.

                              Shi

1

2          Q.    So officers are employees?

3          A.    Yes.

4          Q.    Okay.  Are employees officers?

5          A.    That's what -- yes.

6          Q.    Okay.  All right.  So you've done

7     nothing in particular to be able to answer

8     the question.  You've --

9              MR. McKEY:  Strike that.

10         Q.    You've done nothing to determine

11    who the officers of Di Da are, correct?

12         A.    Yes.

13         Q.    That's correct.

14               Is that correct?

15         A.    Yes.

16         Q.    Yes.

17               Okay. Who are the investors of Di

18    Da?

19         A.    Investors?  Hong Zhu and Long Zhu.

20         Q.    Okay.  How do you know that?

21         A.    Because this is a family business,

22    so I -- I just know they put the money in the

23    company.

24         Q.    How do you know that?

25         A.    Because --

```
1                    Shi
2     so occasionally if we are sitting on the
3     table, we just have conversation sometimes --
4          Q.   Okay.
5          A.   -- so --
6          Q.   -- what did Hong Zhu and Long Zhu
7     say to you specifically about their
8     investment in Di Da?
9          A.   They didn't mentioned specifically.
10         Q.   Okay.  Do you know how much each
11    one of them invested in Di Da?
12         A.   No.
13         Q.   Okay.  Do you know when each one of
14    them invested in Di Da?
15         A.   No.
16         Q.   Do you know what type of
17    corporation Di Da is?
18         A.   Incorporation.
19         Q.   It's an incorporation.
20         A.   Yes.
21         Q.   Do you know where Di Da is
22    incorporated?
23         A.   Where?
24         Q.   Where.
25         A.   New York.  New York.
```

```
 1                    Shi
 2        Q.   New York, okay.
 3             And who incorporated Di Da?
 4        A.   Sam.
 5        Q.   Sam --
 6        A.   Zhu.
 7        Q.   -- Zhu.
 8             Okay. He did it himself.
 9        A.   That I -- I don't know, because at
10   that time, I'm still in college.
11        Q.   Okay.  Do you know if Di Da is a
12   partnership?
13        A.   No.
14        Q.   Do you know if Di Da is a limited
15   liability corporation?
16        A.   I don't know.
17        Q.   Do you know if Di Da is a limited
18   liability partnership?
19        A.   No, I don't know.
20        Q.   Okay.  Do you know if Di Da is a
21   d/b/a?
22        A.   I don't -- I don't understand what
23   d/b/a is.
24        Q.   So you don't know the answer to
25   that question.
```

```
1                     Shi
2          A.    Yeah.
3          Q.    So you don't know the incorporation
4      format of Di Da, correct?
5          A.    Yes.
6          Q.    Okay.  Are there any partners in
7      Di Da?
8          A.    No.
9          Q.    No partners.
10         A.    No partners.
11         Q.    What did you do to determine if
12     there are any partners in Di Da?
13         A.    Because there's no one else besides
14     Long Zhu and Hong Zhu who invest money.
15              MR. McKEY:   So can you read back to
16         my question.
17         Q.    Listen to my question, please.
18         A.    Okay.
19              (Record read, as follows:
20              "What did you do to determine if
21         there are any partners in Di Da?")
22         A.    Because --
23              What do I do to determine?
24              Because there's no one else who
25     invest the money besides them.
```

1                    Shi

2    who will have the best knowledge of what's

3    most going on.

4            Q.   Okay.

5            A.   Yes.

6            Q.   So within Di Da, you would be the

7    person who has the best knowledge of who the

8    directors are in Di Da.

9            A.   Yes.

10           Q.   Okay.  Who are they?

11           A.   Director?  Okay.  Sam Zhu and Long

12   Zhu.

13           Q.   Why did you just say Sam Zhu and

14   Long Zhu?

15           A.   Because what I think you mean by

16   director is the ones who -- who is leading

17   the company.

18           Q.   You don't know if they're

19   directors, do you?

20           A.   Yeah.  Because we're a family

21   business.

22           Q.   Family businesses are still

23   businesses --

24           A.   Yes.

25           Q.   -- right?

```
 1                    Shi
 2          A.   But we don't divide the job like
 3     that clear.
 4          Q.   Does Di Da ever hold a board of
 5     directors meetings?
 6          A.   We don't have meetings.
 7          Q.   Does Di Da ever keep minutes of its
 8     board of directors meetings?
 9          A.   Keep minutes?
10          Q.   Minutes.
11          A.   I don't understand.
12          Q.   Do you know what minutes are?
13          A.   Time?
14          Q.   Well, yeah, that's one definition.
15               Do you know what minutes of a
16     meeting are?
17          A.   No.
18          Q.   Okay.  Do you know if Di Da is
19     required to hold board of directors meetings
20     because it's a corporation in New York?
21          A.   No.
22          Q.   Do you know if Di Da's required to
23     maintain minutes because it's a corporation
24     in New York?
25          A.   No.
```

1                          Shi

2          A.   No.

3          Q.   Okay.  Do you know if corporations

4     in New York are required to hold board of

5     directors meetings?

6          A.   No.

7          Q.   Do you know if Di Da ever held a

8     board of directors meetings -- meeting?

9          A.   We have conversation on the phone.

10    Does that consider -- I don't know if that

11    consider board of director meetings.

12         Q.   It's not what I consider.

13         A.   So no.

14         Q.   No.

15              Okay.  Do you know if there's a

16    requirement in Di Da's State of Incorporation

17    to hold an annual board of directors meeting?

18              MS. SHIELDS:  Objection to form.

19              MR. McKEY:  Can you read back the

20         question, please?

21              (Record read, as follows:

22              "Do you know if there's a

23         requirement in Di Da's state of

24         incorporation to hold an annual board of

25         directors meeting?")

1                    Shi

2          A.    No.

3          Q.    Okay.  But you're the 30(b)(6)

4    designee here today to testify about item

5    number nine --

6          A.    Um-hm.

7          Q.    -- on Deposition Exhibit number 2,

8    correct?

9          A.    Yes.

10         Q.    Okay.  And you did nothing to

11   prepare to respond to the issues raised in

12   item number nine in Deposition Exhibit

13   number 2; is that correct?

14         A.    I don't think there's anything I

15   have to be prepare about for deposition

16   number nine (sic).

17              MR. McKEY:  Carolyn, we're

18              reserving all our rights on this

19              deposition to re-call, re-notice.  She

20              did nothing to prepare.

21              MS. SHIELDS:  We've -- we've given

22              you the person most knowledgeable about

23              number nine.

24              MR. McKEY:  It -- it -- it -- it's

25              not just random knowledge.  They need to

```
 1                    Shi
 2       be prepared to answer the issues in the
 3       rider.  Nothing was objected to in the
 4       rider.
 5            She's not able to answer even the
 6       most basic questions about the
 7       corporation, who the officers are, who
 8       the directors are, how it's formed,
 9       whether they have minutes, whether they
10       have meetings.  You can't put somebody
11       up for this who did nothing to prepare.
12            MS. SHIELDS:  She answered that it
13       was an Inc. incorporated under New York
14       law.
15            MR. McKEY:  No.  You just testified
16       that it's an Inc.
17            MS. SHIELDS:  She testified.  That
18       was her answer.
19            MR. McKEY:  We'll let the record
20       stand for itself.  Okay?
21       Q.   Okay.  Who are the managerial
22       employees of Di Da?
23       A.   Like I said, it is a family
24       business, so we really don't have the titles.
25            Managerial?  (Reading) We don't
```

Page 39

```
 1                    Shi
 2     have that.
 3          Q.   You don't have any managerial
 4     employees.
 5          A.   No.
 6          Q.   Di Da doesn't.
 7          A.   Yes.
 8          Q.   Okay.
 9          Q.   What is the percentage of ownership
10     of Di Da between Hong Zhu and Long Zhu?
11          A.   The corporation is owned by Sam
12     Zhu.
13          Q.   Okay, Sam Zhu.
14               What is the percentage of ownership
15     of Sam Zhu in Di Da?
16          A.   Hundred percent.
17          Q.   How do you know that?
18          A.   My mom told me -- oh.  Hong Zhu
19     told me.
20          Q.   Have you ever seen any documents to
21     that effect?
22          A.   I remember I do, but I don't
23     remember where.
24          Q.   Do you remember when?
25          A.   No.
```

Page 48

                         Shi

1

2          Q.   Okay.  When did you become a

3    full-time employee of Di Da?

4          A.   Somewhere around 2012.

5          Q.   About a year after you started

6    working part time?

7          A.   Yeah.

8          Q.   Okay.

9          A.   Yeah.

10         Q.   How are you paid?

11              Are you on a salary?

12              Are you hourly?

13         A.   Right now?

14         Q.   Um-hm.

15         A.   Right now, I'm hourly.

16         Q.   Hourly?

17         A.   Yes.

18         Q.   Do you have a contract with Di Da?

19         A.   No.

20         Q.   Okay.  How do you maintain a record

21   of your hours, of the hours that you work?

22         A.   We don't maintain hours.

23         Q.   Okay.  How are you paid hourly

24   then?

25         A.   She will -- like it's -- it's --

```
1                    Shi
2      sometimes I work overtime, but Hong Zhu will
3      not pay that.  Like I work about 30 hours a
4      week --
5           Q.   Okay.
6           A.    -- yes.
7           Q.   And that's considered full time at
8      Di Da.
9           A.   Yes.
10          Q.   Okay.  And do you -- how often do
11     you get paid?
12          A.   At the -- sometimes once in a
13     month.
14          Q.   Um-hm?
15          A.   Usually once in a month.
16          Q.   But not always?
17          A.   Yeah, not always.
18          Q.   When is it that you don't get paid
19     every month?
20          A.   Well, maybe it's not on time, but
21     -- it's -- sometimes if she couldn't pay me
22     this month, she will pay me the next month
23     and add it together.
24          Q.   Okay.
25          A.   Yes.
```

Page 76

1                          Shi
2              A.    Because when my mom gave out
3      checks, there's almost zero balance in the
4      account.    We're -- it's a very hard time, so
5      I -- I know we're definitely not making
6      money.
7              Q.    Okay.  If there's a zero balance or
8      close to a zero balance in a checking
9      account, does that mean that a company's not
10     making money?
11             A.    Also, the sales is -- the expense
12     is always higher than the sales.
13             MR. McKEY:  Could you read back my
14         last question.
15             (Record read, as follows:
16             "If there's a zero balance or close
17         to a zero balance in a checking account,
18         does that mean that a company's not
19         making money?")
20     A.    Yes.
21     Q.    It does.
22     A.    Yes.
23     Q.    Okay.  That's interesting.
24         What were Di Da's expenses in 2011?
25     A.    Rent --

1                    Shi

2          Q.   Any type.

3          A.   No.

4          Q.   You didn't enter into a contract

5    for the purchase of the products bearing the

6    marks at issue?

7          A.   We don't have contracts.

8          Q.   Do you have a purchase order?

9          A.   It's very informal way.  They just

10   go in the factory and tell them make this for

11   me, and then there's no purchase orders.

12         Q.   There's no paperwork?

13         A.   No.

14         Q.   Okay.  Let's explore that.

15              Who is "they"?  You said they go

16   into the factory.

17         A.   Oh.  My uncle.

18         Q.   Your uncle is "they"?

19         A.   Long -- Long Zhu.

20         Q.   Okay.  "They" is plural.

21         A.   Yes.

22         Q.   Who else?

23         A.   Long Zhu or -- Long Zhu with --

24   Long Zhu or with his wife, his -- his wife.

25         Q.   Who's his wife?

Page 127

                              Shi

1

2        Q.   And because they thought it might

3   sell better, correct?

4        A.   They introduce everything at one

5   time.

6        Q.   Okay.

7        A.   So it's not like this two

8   (indicating) doesn't sell well, we move to

9   this (indicating).

10        Q.   Okay.  All right.  That's fair.

11             So back to item number one on page

12   three of Deposition Exhibit number 2, you're

13   aware, on behalf of yourself individually and

14   Di Da, of no contracts, documentation of any

15   type between Di Da and the factory that

16   produced products bearing the mark at issue;

17   is that correct?

18        A.   Yes.

19        Q.   All right.  How were the factory --

20             MR. McKEY:  Strike that.

21        Q.   How was that factory paid, the

22   factory that produced the products bearing

23   the marks at issue?

24        A.   Sometimes my uncle will pay them in

25   -- Long Zhu will pay them in China.

```
 1                    Shi
 2          Q.   On behalf of Di Da?
 3          A.   Yes.
 4          Q.   Would he -- would Long Zhu pay the
 5    factory in U.S. funds?
 6          A.   Chinese money.
 7          Q.   That's my question.
 8          A.   No.   Chinese money.
 9          Q.   So Long Zhu would pay the factory
10    in Chinese money?
11          A.   Yes.
12          Q.   Where would he get the Chinese
13    money?
14          A.   He has his own savings in China.
15          Q.   In a Chinese bank?
16          A.   That I don't know.
17               It could be he borrow it.  I -- I
18    don't know.
19          Q.   It could be a number of things.
20    I'm trying to find out --
21          A.   Um-hm?
22          Q.   -- where Long Zhu got the cash to
23    pay the factory if he paid the factory in
24    cash.
25          A.   Yes.
```

```
 1                        Shi
 2           Q.   Long Zhu maintains a bank account
 3      in China, though; are you aware of that?
 4           A.   That I don't know.
 5           Q.   Would Long Zhu bring Chinese money
 6      from the United States to China?
 7           A.   I'm sorry.  I'm sorry.  Can -- can
 8      you --
 9           Q.   Do you know where Long Zhu got the
10      Chinese currency that he used to pay the
11      factory?
12           A.   I know a part that he borrowed, and
13      then others I don't know.  I know he borrow
14      some money.
15           Q.   Borrowed that money from where?
16           A.   From his friends.
17           Q.   Who are his friends?
18           A.   That I don't know.
19           Q.   How does he pay them back?
20           A.   That I don't know.
21           Q.   Do they charge interest?
22           A.   That I don't know.
23           Q.   When Long Zhu pays the factory --
24                MR. McKEY:  Strike that.
25           Q.   When Long Zhu paid the factory that
```

```
                              Shi
 1
 2     produced products bearing the marks at issue
 3     in cash, did Di Da reimburse him?
 4          A.   We just considered that as part of
 5     the investment.
 6          Q.   So Long Zhu would invest some of
 7     his own money into Di Da?
 8          A.   Yes.
 9          Q.   Didn't you say Sam Zhu was the
10     hundred percent owner of Di Da?
11          A.   Yes.
12               Sam is his son.
13          Q.   Who's the 100 owner of Di Da?
14          A.   Sam Zhu.
15          Q.   And who is his son?
16          A.   Sam Zhu.
17          Q.   Two Sam Zhu's.
18          A.   No.  Long -- oh.  Sam Zhu is the
19     son of Long Zhu.
20          Q.   Okay.  Who would periodically pay
21     the factory in cash, Sam Zhu or Long Zhu?
22          A.   Long Zhu.
23          Q.   So when Long Zhu paid the factory
24     in China in cash for the products bearing the
25     marks at issue, he was not reimbursed by
```

1                    Shi

2       Di Da.

3            A.    He was not, yes, because -- yes.

4            Q.    Because why?

5            A.    No, we just -- like I said, we just

6       count as how he invest this more money in

7       again.

8            Q.    When you say you counted that as

9       Long Zhu investing more money again --

10           A.    Um-hm, like (unintelligible) --

11      yeah.

12           Q.    Okay.

13                 -- would that be reflected on

14      Di Da's tax returns as a capital

15      contribution?

16           A.    No.

17           Q.    Why not?

18           A.    Because the money that he invested

19      is the cost of goods.

20           Q.    That's correct.

21           A.    That's the cost of goods, so that's

22      what we thought this is going there, there,

23      the cost of goods.

24           MR. McKEY:    Read back her answer,

25           please.

Page 164

```
 1                    Shi
 2         Q.   For anything.
 3         A.   I try my best to look through all
 4    the informations I could find.
 5         Q.   Did you look in every folder on
 6    that computer before you answered these
 7    interrogatories and produced documents in
 8    this case?
 9         A.   Yes.
10         Q.   You did.  When?
11         A.   From 2013 to 2014.
12         Q.   Do you have jpegs of products
13    bearing the marks in issue?
14         A.   Yes.
15         Q.   Have those been produced?
16         A.   Yes.
17         Q.   All of them.
18         A.   Yes.
19         Q.   You have no others.
20         A.   No.
21    REQ       MR. McKEY: Okay.  I'd ask that the
22    hard drive from that computer be produced so
23    that we can search.
24              And it's lunchtime.
25              THE VIDEOGRAPHER:  We are now --
```

1               A. Shi

2               And you asked me the address also.

3   I don't know the address.

4       Q.   Okay.  Do you know what city?

5       A.   Are you referring to Illinois?

6       Q.   What city does Ellena Design -- or

7   what city is Ellena Design located in ?

8       A.   Chicago.

9       Q.   Okay.  How many -- in 2012, what

10  was the -- what was the volume of sales of

11  Di Da's products to Ellena Design?

12      A.   I don't know.

13      Q.   I apologize.  I should have started

14  with this question.

15              What year did Di Da first begin

16  selling products to Ellena Design?

17      A.   2012, 2013 perhaps?

18      Q.   Okay.  Is it 2012, or is it 2013?

19      A.   I don't remember.

20      Q.   Okay.  Are there doc -- are there

21  documents that would help refresh your

22  recollection?

23      A.   Previously I had send to -- I had

24  sent documents to you, so I believe yes.

25      Q.   Does Di Da have a computer system

```
1                    A. Shi
2    that lists -- that lists out all of its
3    vendors?
4         A.   No.
5         Q.   And so it's only by invoices that
6    you would be able to answer questions
7    regarding which clients Di Da has sold to in
8    Illinois?
9         A.   Correct.
10        Q.   In 2013, do you recall the -- do
11   you recall the volume of sales of Di Da's
12   products to Ellena Design?
13        A.   I don't know.
14        Q.   And I believe you spelled it
15   E-l-l-e-n-a.  Is the -- is it possible that
16   the correct spelling is E-l-l-a-n-a?
17        A.   It's possible.
18        Q.   Okay.  In 2014, has Di Da sold any
19   products to Ellana Design?
20        A.   If it's written up there, yes.
21        Q.   I'm asking you as Di Da's
22   representative here, who has all the
23   knowledge regarding its sales, and you just
24   testified five minutes ago that you know all
25   of your sales because you're a small company,
```

```
 1                    A. Shi

 2   time that a product listed on Exhibit 7 was

 3   shipped; is that correct?

 4        A.    Correct.

 5        Q.    All right.  Do you have any

 6   understanding or any reason -- or excuse me.

 7             MR. COLE: Strike that.

 8        Q.    Do you have any understanding as to

 9   why a product that you've previously

10   testified on behalf of Di Da was not being

11   sold since 2012, why that product would

12   appear on this invoice being shipped on July

13   -- excuse me, September 11th, 2013?  Do you

14   have any basis for understanding as to why

15   that would be?

16        A.    Just like what I mention.  Perhaps

17   there was an error.

18        Q.    Okay.  Do you -- does Di Da have --

19   maintain a log or a report or anything to

20   capture customer claims, customer complaints,

21   concerns, refunds?  Does Di Da have anything

22   like that?

23        A.    No.

24        Q.    So you have no idea if anyone has

25   ever complained to say, hey, for this
```