# **<u>EXHIBIT E</u>**

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT
EASTERN DIVISION

- - - - - - - - - - - - - - - - - x
                                   :
COACH, INC. and COACH SERVICES, INC., :
                                   :Case No.
                    Plaintiff,     :13-cv-
        - vs -                     :7165
                                   :
DI DA IMPORT and EXPORT, INC.,     :
                                   :
                    Defendant.     :
                                   :
- - - - - - - - - - - - - - - - - x

DEPOSITION OF HONG ZHU

New York, New York

Friday, October 31, 2014

Reported by:

Joseph V. Connolly

Job No.  12845

1

2

3

4

5

6

7

8                         October 31, 2014

9                          2:38 p.m.

10

11           DEPOSITION OF HONG ZHU, held at the Law

12           Offices of Bryan Cave, 1290 Avenue of

13           the Americas, New York, New York, before

14           Joseph V. Connolly, a Reporter and

15           Notary Public within and for the State

16           of New York.

17

18

19

20

21

22

23

24

25

```
 1                    H. ZHU

 2        Q.     Okay.  Who determines -- who

 3    determines the bonus amount that's paid?

 4        A.     "Bonus"?

 5               Bonuses have never been issued.

 6        Q.     Okay.

 7        A.     We have never got bonuses.

 8        Q.     All right; let's slow it down.

 9               You testified, five minutes ago,

10    that you received, you received a bonus in

11    2013 because you worked more.  And you said

12    that you received a bonus -- you made

13    $24,000.00 last year.

14               In the years before, you were

15    usually making 13 to 14 thousand; but you

16    received a bonus because you worked more.

17               MS. SHIELDS:  Objection.

18        A.     No, it was not any kind of a

19    bonus.  It was just an increase in my salary.

20        Q.     You said profit-sharing.  You

21    specifically said profit-sharing.

22        A.     I'm referring to the -- how the

23    salary would be increased.

24        Q.     Who sets the salary?

25        A.     "Who sets" it?
```

```
1                    H. ZHU

2        Q.      Yes.

3        A.      I don't know.

4        Q.      Well, what -- would it be Amy?

5   Does Amy set the salary?

6        A.      Salaries?

7                I don't understand what you mean.

8        Q.      Can you -- can you determine that

9   you want to make $70,000.00 this year and

10  just pay yourself $70,000.00 or do you have

11  to get permission from Amy or from Long Zhu

12  or from Sam Zhu?

13       A.      I still don't get it.  I still

14  don't get it.

15       Q.      How is your salary --

16       A.      Well, there was no explicit

17  decision made.  It's always been like that.

18       Q.      Who made that decision?  Who made

19  the initial decision how much you were going

20  to get paid?

21       A.      I don't remember.  It was just

22  that way.

23       Q.      When you want a raise, who do you

24  talk to?

25       A.      There's no one to talk to about
```

Page 51

1                           H. ZHU

2          that.  I mean, we just get these checks

3          issued every month.

4                 Q.     Who issues the checks?

5                 A.     I issue them.

6                 Q.     Okay.  And so, who told you how

7          much to pay Amy?

8                 A.     Well, Amy's salary is set.

9                 Q.     Okay.

10                A.     So, I just issue a check every

11         month.

12                Q.     Amy joined the company after you;

13         correct?

14                A.     Yes.

15                Q.     Okay.  When Amy joined, you said

16         you paid her $22,000.00, in 2012, because you

17         wanted to bring her on.

18                       Who determined that $22,000.00

19         would be an appropriate amount to pay Amy?

20         Who made that decision?

21                A.     I don't -- I don't remember.  I'm

22         just in-charge of my area.  I don't really --

23                Q.     You're in-charge of Finance.

24         Your area is in-charge of Finance.  This

25         falls under the umbrella of Finance.

Page 52

```
1                    H. ZHU
2          A.      Well, yes, I'm in-charge of
3     finances.  But this was set -- this was set
4     and was carried out by --
5          Q.      Okay.
6          A.      -- the whole time.
7          Q.      Okay.  You just hired a person
8     six months ago; right?
9          A.      Correct.
10         Q.      Okay.  You were in-charge of
11    Finances six months ago, weren't you?
12         A.      Correct.
13         Q.      Who determined this new person's
14    salary?
15         A.      I decide that.
16         Q.      Okay.  So, do you also decide
17    Sam's salary?
18         A.      Yeah.
19         Q.      Okay.  You also decide Long Zhu's
20    salary?
21         A.      Correct.
22         Q.      You also decide Amy's salary?
23         A.      Correct.
24         Q.      Okay.  So, you decide who gets
25    paid what; correct?
```

```
 1                      H. ZHU
 2          A.     Correct.
 3          Q.     You can lower the new person's --
 4     you can lower Amy's salary if you wanted to;
 5     correct?
 6          A.     Yeah.
 7          Q.     Do you have to consult with -- do
 8     you consult with Sam Zhu about the salaries
 9     that you're going to pay workers?
10          A.     That's not necessary.  I make the
11     decisions.
12          Q.     Okay.  Who owns Di Da?
13          A.     Sam.
14          Q.     Does Sam own -- Sam owns Di Da on
15     paper.
16                 But who owns Di Da?
17          A.     It's Sam.
18          Q.     Okay.  Who makes --
19                 MR. COLE:  Strike that.
20          Q.     Is Sam the sole owner of Di Da?
21          A.     Correct.
22          Q.     Is there a company stock?
23          A.     No.
24          Q.     Then how do you -- then what's
25     the basis for your answer?
```

```
1                    H. ZHU

2         A.    I don't.

3         Q.    Have you ever?

4         A.    Never.

5         Q.    Who has access to Di Da's bank

6    accounts?  Who all has access to them?

7         A.    I do.

8         Q.    Who else?

9         A.    Sam.

10        Q.    Anyone else?

11        A.    And Amy.

12        Q.    Anyone else?

13        A.    That's it.

14        Q.    Long Zhu does not?

15        A.    He does not.

16        Q.    Okay.  So, does Amy have -- does

17   Amy have an ATM card?

18        A.    Yes.

19        Q.    Does Sam have an ATM card?

20        A.    Yes, yes, yes.

21        Q.    Okay.  Do they have to contact

22   you before withdrawing money from the account

23   or can they withdraw it as they see -- as

24   they please?

25        A.    No, they have to tell me.
```

Page 59

```
 1                      H. ZHU
 2          Q.      Before or after?
 3          A.      Before.
 4          Q.      Always before?
 5          A.      Yes.
 6          Q.      Have they ever taken money out of
 7  the account before telling you?
 8          A.      No.
 9          Q.      Why does Amy need access to the
10  bank account from Sales?
11          A.      Why does she have to use those
12  bank accounts?
13          Q.      Yeah.  Why does she have access?
14          A.      Because for convenience sake.
15  Because sometimes she'll be standing next to
16  me and I wouldn't be able to make out what's
17  on the screen and then she would then use her
18  card to -- in the account.
19          Q.      Why would she need to have her
20  own accounts if she's standing right next to
21  you?  Why wouldn't she just use your card?
22          A.      I don't understand what you mean.
23  I don't understand what you mean.
24          Q.      Why would Amy need to have her
25  own card simply because you can't read the
```

```
 1                    H. ZHU
 2      screen, if she's right next to you?
 3            A.    I don't understand.  I don't
 4      understand what you mean.
 5            Q.    Is there any other reason why Amy
 6      would need to have her own ATM card to the
 7      company?
 8            A.    I don't really get what you mean.
 9                  But, you know, Sam is in China.
10      So, Amy gets to -- gets to have -- gets to
11      use the ATM card.
12            Q.    Okay.  Are you aware of a loan
13      made by Long Zhu to Di Da?
14            A.    Yes, I know.
15            Q.    And what is your understanding of
16      the loan?
17            A.    Well, he needed to import goods.
18            Q.    Anything else?
19            A.    That's it.
20            Q.    When did he make the loan?
21            A.    At the start of the company.
22            Q.    Did you document the loan as the
23      person in-charge of Finances?
24            A.    No.
25            Q.    Why not?
```

Page 61

1                    H. ZHU

2          A.     Because I didn't handle it.

3          Q.     Who handled it?

4          A.     Well, it was Long Zhu's

5     investment.

6          Q.     It was his investment.

7                 What were the --

8          A.     Yes.

9          Q.      -- terms of the loan?

10         A.     There aren't any.

11         Q.     How much was the loan for?

12         A.     Two hundred thousand.

13         Q.     And it's not documented by Di Da?

14         A.     There's no document.

15         Q.     Okay.  Does Long Zhu hold an

16    ownership interest in Di Da?

17         A.     No.

18         Q.     Are there any other loans, by any

19    other officers of Di Da, to Di Da?

20         A.     No.

21         Q.      I want to turn your attention to

22    Exhibit Number 4.  And looking at page 5.

23                Exhibit Number 4 is the 2013 tax

24    return.

25                MR. COLE:  Nope.  In front of

```
 1                    H. ZHU
 2          her, please.
 3                  No.
 4                  No.
 5                  MS. SHIELDS:  Underneath the
 6          photo.
 7                  (Handed to the witness.)
 8                  MR. COLE:  There you go.
 9          Q.      If you'd turn to page 5?
10          A.      (Witness complies).
11          Q.      Page 5 looks -- page 5, in the
12          top right corner (indicating).
13                  (Witness reviews the exhibit.)
14          Q.      Okay.  So, do you see, on line 19
15          of Schedule L.
16          A.      Yes.
17          Q.      And it reads, "Loans From
18          Shareholders."
19                  (Witness reviews the exhibit.)
20          Q.      Do you see that?
21                  (Witness reviews the exhibit.)
22          A.      Yes.  Correct.
23          Q.      Okay.  It says, "At the beginning
24          of this year there were -- there was at least
25          a loan of 55 thousand, 400 hundred and 30
```

```
1                    H. ZHU
2     thousand dollars (sic) from the Shareholders
3     to Di Da."
4              (Witness reviews the exhibit.)
5          Q.    Do you see that?
6          A.    Where does that come from?
7          Q.    These are documents that you've
8     produced to us and you're in-charge of Di
9     Da's accounting.
10             So, I'm asking you if the
11    $200,000.00 loan from Long Zhu is not
12    documented and you just testified that there
13    are no other loans from the shareholders to
14    Di Da, where does that money come from?
15             (Witness reviews the exhibit.)
16         A.    I don't know.
17             What did the accountant put down?
18    Is it an investment?
19             I don't know.
20         Q.    All right.  So, you're unprepared
21    to discuss Di Da's financials, aren't you?
22    You can't discuss that, can you?
23             MS. SHIELDS:  Objection.
24         A.    Well, no.  I finished my
25    preparations.  The accountant made a mistake
```

Page 64

1                    H. ZHU

2       here because --

3            Q.      Okay.

4            A.      -- there is no -- there are no

5       shares in our company.

6            Q.      All right.  Shareholders.

7       Shareholders, not shares.  Shareholders.

8       The owners of the company.

9                    (Witness reviews the exhibit.)

10           A.      We only have one owner.

11           Q.      Okay.  So, my question is:  Who

12      has made that loan?

13                   You said no one else made a loan

14      to Di Da; the only loan that's out there is

15      the loan to Long Zhu.  And your tax returns,

16      however, show the owner of the company made a

17      loan.

18                   I'm trying to figure out who

19      exactly made this loan.

20                   (Witness reviews the exhibit.)

21           A.      When was the loan made?  What

22      year?

23           Q.      This is the 2013 tax return.

24                   (Witness reviews the exhibit.)

25           A.      I don't know anything about this

```
 1                    H. ZHU
 2     loan to the company in 2013.
 3          Q.    All right.  Well, does the year
 4     really matter?  Because you said there have
 5     been no other loans to the company, except
 6     for Long Zhu's.
 7                    Isn't that correct?
 8          A.    I really don't understand these
 9     things.
10          Q.    Okay.  So, you're unprepared to
11     discuss Di Da's finances at this time?
12               MS. SHIELDS:  Objection.
13          Objection.
14               MR. COLE:  What's the basis of
15          your objection?
16               MS. SHIELDS:  I goes far beyond
17          her testimony.
18               MR. COLE:  What goes far beyond
19          what?
20                    (Witness speaks in Chinese.)
21               MR. COLE:  Wait, please.
22               MS. SHIELDS:  It mischaracterizes
23          her testimony.
24                    There's items that She doesn't
25          know the answer to.
```

1                    H. ZHU

2                    MR. COLE:  This is a major item

3          on the tax return that has been produced

4          from you to us.

5                    You produced this witness as the

6          person who is able to talk about Di Da's

7          finances.

8                    This is a federal tax return.

9                    I'm just asking what's the basis

10         of this entry and this individual can't

11         testify to it.

12                   I don't think that's a

13         mischaracterization of anything.

14                   MS. SHIELDS:  She's --

15    BY MR. COLE:

16         Q.    Ma'am?

17                   MS. SHIELDS:  Objection.

18         Q.    Can you tell me where this loan

19         has come from?  How did this loan appear on

20         Di Da's tax returns for 2013?

21         A.    (No response).

22         Q.    At the beginning of the year Di

23         Da had a loan of 55 thousand, 430 thousand

24         dollars (sic).

25                   Who made this loan?

1                    H. ZHU

2          A.    I don't know anything about this

3     loan.  There is no such thing.

4          Q.    Okay.  What about line 16,

5     "Accounts Payable"?

6               (Witness reviews the exhibit.)

7          Q.    And it shows an accounts payable

8     of $200,000.00.

9               Do you see that?

10         A.    Yes.

11         Q.    What is that from?

12              (Witness reviews the exhibit.)

13         A.    What do you mean by "accounts

14    payable"?

15         Q.    Well, the line 16, on the tax

16    return, is, says "Accounts Payable."  This is

17    Di Da's tax return.

18              I'm asking you --

19         A.    Are you asking me where this

20    $200,000.00 was spent?

21         Q.    This is listed as a liability of

22    the company.  And I'm asking what makes up

23    this $200,000.00 in liabilities?

24         A.    The rent, the salaries, expenses.

25         Q.    Are you guessing?

Page 74

```
 1                    H. ZHU
 2          Q.     And, again, which is page 5
 3     there?
 4                 (Witness reviews the exhibit.)
 5          A.     This one (indicating)?
 6          Q.     No, ma'am.  It's Schedule L, at
 7     the very bottom, which is Bates labeled
 8     Allstate 13.
 9          A.     (Indicating).
10          Q.     Yes, ma'am; that is correct.
11                 If you look down to line 19, on
12     Schedule L, again, loans from shareholders?
13                 (Witness reviews the exhibit.)
14          Q.     At the beginning of the tax year
15     Di Da's tax return shows there was a loan,
16     outstanding loan from shareholders, of
17     $32,562.00.
18                 (Witness reviews the exhibit.)
19          Q.     Do you see that?
20          A.     Yes.
21          Q.     At the end of the year that loan
22     had balooned, almost doubled, up to, from
23     that $32,000.00 figure, up to $62,730.00.
24                 (Witness reviews the exhibit.)
25          Q.     Do you see that?
```

```
 1                    H. ZHU
 2        A.      Yeah.
 3        Q.      Okay.  Can you tell me -- can you
 4    explain what that -- what those figures are
 5    from?
 6        A.      Are you talking?  What figures
 7    are these?  Did you just say they were from
 8    shareholder?
 9        Q.      These are listed on Di Da's
10    federal tax returns, line 19, loans from
11    shareholders.
12        A.      But we don't have shareholders.
13    It's just Sam.
14        Q.      Okay.  Did Sam loan the Di Da
15    company or did Sam loan Di Da $32,000.00 in
16    2011?
17        A.      He did not.
18        Q.      Okay.  And you know this because
19    you're in-charge of Di Da's Finances;
20    correct?
21        A.      Yes.
22        Q.      Okay.
23        A.      That's right.
24        Q.      And so, the fact that this is
25    listed in your tax return, not for just 2011
```

Page 78

```
1                    H. ZHU
2      refer to that would help refresh your
3      recollection on that?
4           A.    No.
5           Q.    Does Di Da use an accounting
6      system, an electronic accounting system, to
7      capture its sales?
8           A.    I don't know anything about that.
9           Q.    Aren't you in-charge of Sales --
10               MR. COLE:  Or excuse me.
11          Q.    Aren't you in-charge of Di Da's
12     Finances?
13          A.    I am in-charge of the Finances.
14          Q.    But you don't know if Di Da has
15     an electronic Workbook or QuickBook to
16     capture its sales?
17          A.    I don't know anything about that.
18          Q.    Can you tell me what percentage
19     of the $486,829.00, that you -- that you
20     represent Di Da's revenues for 2013, what
21     percentage of that does Di Da's sales for any
22     of the products that are listed on Shi
23     Exhibit 7 comprize of?
24          A.    These no longer existed.
25          Q.    Okay.  How are -- how -- what
```

```
1                        H. ZHU

2           A.      No, I don't know this number.

3           Q.      You've never heard of that

4    number?

5           A.      No.

6           Q.      Are you the Manager of Di Da?

7           A.      I don't know.  What is the

8    "Manager"?

9                   I just do these (indicating).

10          Q.      Is your title Manager?  Is that

11   your official title at Di Da?

12          A.      No.  We Chinese call it

13   accountant.

14          Q.      Now, can you turn to Exhibit 4,

15   again, please?

16          A.      (Witness complies).

17          Q.      Exhibit 4 is the 2013 tax return.

18                  (Witness reviews the exhibit.)

19          Q.      Ma'am, I want you to turn to,

20   sort of, it's in the middle of the document.

21                  And if you look at the top left

22   corner, there's an "8" and "8," but it shows

23   the authorized person section (indicating).

24                  MS. SHIELDS:  Page Number 81?

25                  MR. COLE:  It's page 8 of 8, of?
```