# **<u>EXHIBIT F</u>**

IN THE UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT
EASTERN DIVISION

- - - - - - - - - - - - - - - - - - x
                                    :
COACH, INC. and COACH SERVICES, INC., :
                                    : Case No.
                    Plaintiff,      : 13-cv-
        - vs -                      : 7165
                                    :
DI DA IMPORT and EXPORT, INC.,      :
                                    :
                    Defendant.      :
                                    :
- - - - - - - - - - - - - - - - - - x

DEPOSITION OF SAM ZHU

New York, New York

Monday, November 17, 2014

Reported by:

Joseph V. Connolly

Job No.  12923

Page 2

```
 1

 2

 3

 4

 5

 6

 7

 8                    November 17, 2014

 9                    9:21 a.m.

10

11        DEPOSITION OF SAM ZHU, held at the Law

12        Offices of Bryan Cave, 1290 Avenue of

13        the Americas, New York, New York, before

14        Joseph V. Connolly, a Reporter and

15        Notary Public within and for the State

16        of New York.

17

18

19

20

21

22

23

24

25
```

Page 37

                          S. ZHU

1

2       father give you?

3              A.    He didn't give me money.  He

4       provide -- he produce and provide bags for us

5       to sell in U.S.

6              Q.    Okay.  So, it's your company;

7       correct?

8              A.    Yes.

9              Q.    Okay.  And if your father

10      provided -- purchased the bags, that's the

11      same as saying he provided Di Da, your

12      company, with the money.

13                   Isn't that correct?

14             A.    Yes.  That you could say that.

15             Q.    So, how much money did your

16      father provide?

17             A.    "How much," at the time?

18             Q.    2011, yes.

19             A.    We do not have exact amount, but

20      he provide bags for us.

21             Q.    What are the terms of the loan

22      that -- what are the terms of the loan?

23             A.    There was no loan.

24             Q.    How did your father come to

25      provide Di Da with the bags?  What was

Page 38

```
                              S. ZHU
 1

 2   discussed?

 3        A.     Yeah; he said that he provide

 4   money to make bags or manufacture bags and

 5   provide us bags for us to sell it here.

 6        Q.     Okay.  Did you discuss -- did he

 7   tell you why he was providing that --

 8   providing the money to buy the bags?

 9        A.     And, for me, help me to make this

10   company happen.

11        Q.     Okay.  And was your father

12   expected to be -- expecting to be re-paid?

13        A.     No.

14        Q.     Okay.  You're aware that your

15   father testified, on behalf of Di Da, that

16   he, in fact, was expecting to be re-paid?

17        A.     That I don't know.  Well, because

18   he was helping me, he gave me the gift.

19        Q.     Okay.  You're aware that your

20   father testified, in this case, that he is

21   expecting to be re-paid though?

22        A.     Maybe he make a mistake.

23        Q.     What was your salary in 2011?

24        A.     $2,000.00 per month.

25        Q.     What was your annual salary in
```

```
1                           S. ZHU
2        2011?
3             A.      Twenty-four thousand.
4             Q.      What was your annual salary in
5        2012?
6             A.      The same.
7             Q.      How about in 2013?
8             A.      "2013"?
9                     It was the same.
10             Q.      How about 2000 -- well, this
11        year, 2014?
12             A.      The same.
13             Q.      And who determines your salary?
14             A.      My aunt.
15             Q.      And you had no say; is that
16        correct?
17             A.      Correct.  No.
18             Q.      Does Di Da hold -- does Di Da
19        hold monthly meetings or -- or -- yeah?
20             A.      Are you talking about employee
21        meeting?
22             Q.      Yes.
23             A.      Yes.
24             Q.      And are there agendas for those
25        meetings?
```

Page 40

1                        S. ZHU

2         A.      No.  No, we don't have agenda.

3         Q.      Are the meetings set for a

4    certain day and time each month?

5         A.      No.

6         Q.      Okay.  Who calls the meetings?

7         A.      Well, there's no one specific

8    call the meeting, but just had a meeting.

9         Q.      Are there specific things

10   discussed at these meetings?

11        A.      No.  No specific thing to talk

12   about.

13        Q.      You said that you -- you

14   testified earlier that you are the only

15   shareholder of Di Da; is that correct?

16        A.      Yes.

17        Q.      When did -- when did Di Da issue

18   you shares?

19        A.      When I first registered the

20   company, there were shares.

21        Q.      When were you officially issued

22   stock in Di Da?

23        A.      Share stocks out, to others?

24        Q.      You're the sole shareholder of Di

25   Da; correct?

Page 41

                              S. ZHU

1

2        A.      Yes.

3        Q.      Okay.   When did Di Da officially

4   issue you your stock?

5        A.      Well, since I formed -- start to

6   form -- start register company, all the share

7   belong to me.

8        Q.      When did you sign the stock

9   certificate?

10       A.      It was last month.

11       Q.      So, Di Da's  been registered as a

12  corporation since 2010; correct?

13       A.      Yes.

14       Q.      Why is it then that Di Da did not

15  issue you the stock until last month?

16       A.      Because I didn't understand about

17  the process.

18       Q.      What didn't you "understand about

19  the process"?

20       A.      Well, I thought the, you know,

21  the stock, all the share was originally

22  belong to myself.

23       Q.      But what -- well, what changed?

24       A.      Well, later on I found out that I

25  needed to sign.

Page 44

                              S. ZHU

1

2         A.      Yes.

3         Q.      Okay.  And why is that?

4                 (Witness reviews the exhibit.)

5         A.      I don't know.

6         Q.      Okay.  Who is Di Da's Secretary?

7         A.      "Secretary"?

8                 We don't have a Secretary.

9         Q.      Okay.  You understand that, as a

10   corporation, you're required to comply with

11   certain formalities; correct?

12        A.      Yes.

13        Q.      Okay.  Yet Di Da does not have a

14   designated Secretary?

15        A.      Yeah; no Secretary position.

16        Q.      Does Di Da have a Registered

17   Agent?

18        A.      When I was registering the

19   company, agent?

20                Yes.

21        Q.      And who is that?

22        A.      I don't understand what you mean

23   by "agent."  Who?

24        Q.      That's fine.

25                You see it says "200 shares"?

```
1                          S. ZHU
2                    How is the value --
3                    MR. COLE:  Strike that.
4           Q.      What value did you pay to Di Da
5    for the 200 shares of stock?
6           A.      "Value"?
7           Q.      Yes, the value.
8           A.      (No response).
9           Q.      Or what consideration did you pay
10   for 200 shares?
11          A.      I do not give in any money.
12          Q.      How was it determined that you
13   would be -- that you would have 200 shares?
14          A.      Because the company belonged to
15   me.
16          Q.      All right.  You could have put
17   500 shares or 300 shares because you didn't
18   pay any money; correct.
19                   (Witness reviews the exhibit.)
20          A.      I just put 200 over there.
21          Q.      So, you put 200 shares yourself?
22   This was your idea?
23          A.      Yes.
24          Q.      And you didn't pay any -- you
25   didn't give Di Da any consideration for it?
```

```
 1                     S. ZHU

 2               MS. SHIELDS:  Objection.

 3               Calls for a legal answer.

 4     A.    "Any" what?

 5     Q.    You didn't pay?

 6     A.    Correct.

 7     Q.    Okay.  Have you ever provided a

 8  loan to Di Da?  Have you ever loaned your

 9  company money?

10               INTERPRETER:  Can you repeat?

11               (The question was read aloud by

12          the Reporter.)

13     A.    No.

14     Q.    Has Di Da ever taken out a loan

15  from anyone, other than Long Zhu?

16               MS. SHIELDS:  Objection.

17     A.    No.

18     Q.    So, if a loan appeared on the tax

19  returns for Di Da, would that be a mistake?

20     A.    Yeah, mistake.

21     Q.    I'll hand you what has been

22  previously marked as H. Zhu 1, which is the

23  2010 Federal Tax Return for your company.

24               (Handed to the witness.)

25               (Witness reviews the exhibit.)
```

Page 54

```
 1                      S. ZHU
 2          Q.     Okay.  Now that this has been
 3    brought to your attention, does Di Da intend
 4    to file Amended Tax Returns?
 5          A.     To amend the tax return?
 6          Q.     Yeah.
 7          A.     So far, I don't know.
 8          Q.     In 2012 did Di Da receive a loan
 9    from you, as the sole shareholder?
10          A.     No.
11          Q.     Okay.  Did Di Da re-pay to you
12    money for a loan that you purported gave it
13    in 2012?
14          A.     No.
15          Q.     Okay.  Did you, in fact --
16    looking back at the previous exhibit, H. Zhu
17    2 and H. Zhu 1, did you, in fact, review
18    those documents prior to signing, signing
19    them?
20                      (Witness reviews the exhibit.)
21          A.     Yes.  When I signed it, I looked
22    at it.
23          Q.     Is it your habit to review all of
24    Di Da's tax returns prior to them being
25    filed?
```

```
1                      S. ZHU
2           A.    No.
3           Q.    And why is that?
4           A.    Well, anything finance, my aunt
5    responsible for.
6           Q.    Okay.
7           A.    She responsible for anything
8    about those.
9           Q.    So, your aunt does not answer to
10   you for the finances of Di Da?
11               MS. SHIELDS:  Objection.
12               MR. COLE:  You can answer.
13          A.    Because I trust my aunt and she
14   was the one who responsible for the financial
15   information.
16          Q.    In 2012 did Di Da take out an
17   Accounts Payable in the amount of
18   $200,000.00?
19          A.    I don't know.
20          Q.    $200,000.00 is a pretty large sum
21   though, isn't it?
22          A.    Yes.
23          Q.    Okay.  But you have no idea
24   defendant Di Da took out a $200,000.00 --
25   took out $200,000.00 in extra liability in
```

```
 1                        S. ZHU
 2      2012?
 3           A.     I don't know.
 4           Q.     What were --
 5           A.     Seriously.
 6           Q.     -- your responsibilities as the
 7      president of Di Da?
 8           A.     To manage everyone.
 9           Q.     But you have no idea that Di Da
10      took out $200,000.00 in liability?
11           A.     I don't know.
12           Q.     Okay.  What were Di Da's sales in
13      2012?
14           A.     That I'm not so sure.
15           Q.     Can you guess?
16           A.     I can't guess.  I don't want to
17      give you a wrong number.
18           Q.     You're not giving me a wrong
19      number.  I'm asking you to guess.
20           A.     I can't estimate.  I don't want
21      to --
22           Q.     And why --
23           A.     -- give a wrong number.
24           Q.     -- is that?
25           A.     Because I didn't do sales, I
```

```
 1                        S. ZHU
 2       don't know.
 3            Q.    Are you not provided -- are you
 4       provided with reports of the company's
 5       finances?
 6            A.    No.
 7            Q.    Okay.
 8                  MR. COLE:  I want to take a short
 9            break.  Yeah; I want to take a short
10            break.
11                  VIDEOGRAPHER:  The time is 10:59
12            a.m. and we're going off-the-record.
13                  (Recess:  10:59 a.m.)
14                  *          *          *
15                  (Time noted:  11:10 a.m.)
16                  VIDEOGRAPHER:  The time is 11:11
17            a.m. and this begins Tape No. 3.
18       EXAMINATION   (Continued)
19       BY MR. COLE:
20            Q.    Mr. Zhu, does the company have a
21         policy against --
22                  MR. COLE:  All right; excuse me.
23            Q.    Does the company have a policy
24       regarding the reimbursement of certain
25       expenses?
```

Page 58

                              S. ZHU

1

2          A.      No.

3          Q.      Now, does the company own a car?

4    Is there a company car?

5          A.      Our family has a car.

6          Q.      Does the company have a car?

7          A.      No.

8          Q.      So, would it strike you as odd

9    for the company to reimburse an employee for

10   getting a ticket for not having a seatbelt?

11         A.      No.

12         Q.      "No," it wouldn't be odd or?

13         A.      I don't understand.  What do you

14   mean by "reimburse"?  How?

15         Q.      The company writes a check to an

16   employee who received a ticket for not

17   wearing their seatbelt.

18         A.      Yeah.  If the employee was

19   working, yes.

20         Q.      Okay.  I want to hand you what's

21   going to be marked as S. Zhu 2.

22              (S. Zhu Exhibit 2, Bookkeeping

23              Record, so marked for identification, as

24              of this date.)

25              (Handed to the witness.)

Page 65

1                        S. ZHU

2            Q.      So, what's the 2000?

3            A.      Including -- including tax.

4            Q.      Does Di Da have employment

5     contracts with Long Zhu?

6            A.      No.  We never sign any contract.

7            Q.      Does Di Da have an employment

8     contract with Hong Zhu?

9            A.      No.

10           Q.      Has Di Da ever had an employment

11    contract with Hong Zhu?

12           A.      No.

13           Q.      How was Hong -- how was HOng

14    Zhu's salary negotiated?

15           A.      No, we did not negotiate.

16           Q.      Okay.  Mr. Zhu, who is Lee Zhu

17    (phonetic)?

18           A.      My younger brother.

19           Q.      And does Lee Zhu go by another

20    name?

21           A.      I call him Jack.

22           Q.      And who is Who Da Shi (phonetic)?

23           A.      My cousin.

24           Q.      Did Di Da recently assign its

25    interest in certain trademarks to Jack Zhu

1                          S. ZHU

2       that.  But I never seen this document before.

3            Q.     Okay.  Does Di Da have a Board of

4       Directors?

5            A.     No.

6            Q.     And as far as officers, you've

7       identified yourself as the President of Di

8       Da; correct?

9            A.     Yes.

10           Q.     Are there any other officers?

11           A.     Yes.

12           Q.     Who?

13           A.     Amy is the Sales, Vice President.

14           Q.     She's the "Vice President."

15           A.     For Sales.

16           Q.     Okay.  So, I'm not talking about

17      positions.  All right?

18                  What is your understanding of

19      what an officer of a corporation is?

20           A.     Employee.

21                  INTERPRETER:  Do you want me to

22           explain to him or?

23                  MR. COLE:  No.

24           Q.     Who all has access to Di Da's

25      bank accounts?

Page 199

1                    S. ZHU

2          A.      To who?

3          Q.      To anyone.  How much outstanding

4     debt?

5          A.      I don't know that set number.

6     It's the manufacture's business.

7          Q.      Approximately how much debt does

8     Di Da currently have outstanding?

9          A.      The debt?

10                 I don't know.

11         Q.      Is there something that you could

12    look at that would be able to tell you that?

13         A.      No.

14         Q.      Di Da doesn't -- you don't have

15    Profit and Loss Statements that you review as

16    the owner of the company?

17         A.      Some was calculated by the

18    manufacture company, in China.

19         Q.      I'm not talking -- I'm talking Di

20    Da.

21                 Did you have Profit and Loss

22    Statements that you review as the owner of

23    the company?

24         A.      I don't have.  I never seen those

25    report.

Page 200

1                    S. ZHU

2          Q.      How many bank accounts does Di Da

3    have?

4          A.      How many bank account?

5                  Two, maybe.

6          Q.      Does Di Da have a workplace guide

7    or a policy book?

8          A.      So far, we don't have.

9          Q.      So, no Employee Handbook or

10   anything?

11         A.      No.

12         Q.      So, when major decisions are made

13   for Di Da, is it a family decision?  Does

14   everyone vote?  Or what?

15         A.      Everyone have their own position;

16   just do the best of their own position.

17   That's it.

18                 So far we haven't done any voting

19   or something.

20         Q.      Can you say again?

21                 INTERPRETER:  "So far we haven't

22   done any voting" --

23                 MR. COLE:  Agh.

24                 INTERPRETER:  -- "or something."

25         Q.      Aside from the personal computer

Page 219

```
 1                      S. ZHU
 2           Q.     Okay.  As the sole owner and
 3      shareholder of Di Da, have you ever received
 4      a dividend?
 5           A.     No.
 6           Q.     Does Di Da have a bank account
 7      that's based in China?
 8           A.     No.
 9           Q.     And what about insurance?  Does
10      Di Da have insurance?
11           A.     No.  No insurance.
12           Q.     "No insurance."
13                  Is insurance required to do
14      business here in New York?
15                  MS. SHIELDS:  Objection.
16                  Calls for a legal answer.
17           A.     I don't know, when you mention
18      "insurance," what type of insurance?
19           Q.     Does Di Da have any type of
20      insurance?
21           A.     No.
22           Q.     All right.  So, it doesn't really
23      matter what type of insurance I'm
24      referencing, does it?
25           A.     (No response).
```