# GROUP EXHIBIT 1

Trademark Trial and Appeal Board Electronic Filing System. http://estta.uspto.gov

ESTTA Tracking number: **ESTTA443153**

Filing date: **11/28/2011**

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

## Notice of Opposition

Notice is hereby given that the following party opposes registration of the indicated application.

## Opposer Information

| | |
|---|---|
| Name | Coach Service, Inc. |
| Granted to Date of previous extension | 11/30/2011 |
| Address | 516 West 34th Street<br>New York, NY 10001<br>UNITED STATES |

| | |
|---|---|
| Attorney information | Suzanne White<br>Coach Service, Inc.<br>516 West 34th Street<br>New York, NY 10001<br>UNITED STATES<br>swhite@coach.com Phone:212 629 2217 |

## Applicant Information

| | | | |
|---|---|---|---|
| Application No | 85267743 | Publication date | 08/02/2011 |
| Opposition Filing Date | 11/28/2011 | Opposition Period Ends | 11/30/2011 |
| Applicant | DIDA import & export inc<br>140-34 Negundo Ave<br>Flushing, NY 11355<br>UNITED STATES | | |

## Goods/Services Affected by Opposition

| |
|---|
| Class 018.<br>All goods and services in the class are opposed, namely: Leather goods, namely, leather handbags, traveling bags, shoulder bags, wallets and key chains |

## Grounds for Opposition

| | |
|---|---|
| Priority and likelihood of confusion | Trademark Act section 2(d) |

## Marks Cited by Opposer as Basis for Opposition

| | | | |
|---|---|---|---|
| U.S. Registration No. | 3396554 | Application Date | 09/12/2006 |
| Registration Date | 03/11/2008 | Foreign Priority Date | NONE |
| Word Mark | CC | | |

CONFIDENTIAL
COACH000007

| Design Mark |  |
|---|---|
| Description of Mark | The mark consists of a repeating pattern featuring a stylized letter "C" in different orientations. |
| Goods/Services | Class 003. First use: First Use: 2007/04/01 First Use In Commerce: 2007/04/01 Fragrances for personal use; Lipsticks |

| U.S. Registration No. | 2592963 | Application Date | 05/10/2000 |
|---|---|---|---|
| Registration Date | 07/09/2002 | Foreign Priority Date | NONE |
| Word Mark | CC CC CC CC | | |
| Design Mark |  | | |
| Description of Mark | NONE | | |
| Goods/Services | Class 025. First use: First Use: 2001/04/00 First Use In Commerce: 2001/04/00 CLOTHING, NAMELY, SCARVES, TIES, GLOVES, BELTS, CAPS, HATS, SHOES, [ SLIPPERS, ] COATS, JACKETS [ AND SUSPENDERS ] | | |

| U.S. Registration No. | 2626565 | Application Date | 05/10/2000 |
|---|---|---|---|
| Registration Date | 09/24/2002 | Foreign Priority Date | NONE |
| Word Mark | CC CC CC CC | | |

| Design Mark |  |
|---|---|
| Description of Mark | NONE |
| Goods/Services | Class 018. First use: First Use: 2001/04/00 First Use In Commerce: 2001/04/00 HANDBAGS, PURSES, CLUTCHES, SHOULDER BAGS, PORTFOLIOS, TOTE BAGS, WAIST POUCHES, BACKPACKS, COSMETIC CASES SOLD EMPTY, TOILETRY CASES SOLD EMPTY, BRIEFCASES, LUGGAGE, GARMENT BAGS, BILLFOLDS, WALLETS, KEY CASES, BUSINESS CARD CASES, CREDIT CARD CASES, PASSPORT HOLDERS, IDENTIFICATION CASES, [TIE CASES] AND COIN POUCHES |

| U.S. Registration No. | 3695290 | Application Date | 03/10/2009 |
|---|---|---|---|
| Registration Date | 10/13/2009 | Foreign Priority Date | NONE |
| Word Mark | CC CC CC CC | | |

| Design Mark |  |
|---|---|
| Description of Mark | The mark consists of a repeating pattern featuring stylized letters "CC" in different orientations. |
| Goods/Services | Class 009. First use: First Use: 2001/03/00 First Use In Commerce: 2001/03/00 Cases for spectacles and sunglasses; Eyeglass cases; Eyeglasses; Frames for spectacles and sunglasses; Sunglasses |

| U.S. Registration No. | 2832589 | Application Date | 12/14/2001 |
|---|---|---|---|
| Registration Date | 04/13/2004 | Foreign Priority Date | NONE |
| Word Mark | CC CC CC CC | | |

CONFIDENTIAL
COACH000009

| Design Mark |  |
| --- | --- |
| Description of Mark | NONE |
| Goods/Services | Class 004. First use: First Use: 2001/10/00 First Use In Commerce: 2001/10/00 CANDLES |
| | Class 006. First use: First Use: 2000/12/00 First Use In Commerce: 2000/12/00 METAL KEY FOBS |
| | Class 009. First use: First Use: 2001/03/00 First Use In Commerce: 2001/03/00 SUNGLASSES AND EYEGLASS CASES |
| | Class 014. First use: First Use: 2001/09/00 First Use In Commerce: 2001/09/00 WATCHES AND WATCH STRAPS; JEWELRY, NAMELY, NECKLACES, BRACELETS, EARRINGS, RINGS |
| | Class 016. First use: First Use: 2001/02/00 First Use In Commerce: 2001/02/00 ; DIARIES AND PLANNING DIARIES MADE OF LEATHER |
| | Class 018. First use: First Use: 2001/03/00 First Use In Commerce: 2001/03/00 LEATHER KEY FOBS, UMBRELLAS, DOG AND CAT COLLARS AND LEASHES |
| | Class 025. First use: First Use: 2001/12/00 First Use In Commerce: 2001/12/00 CLOTHING, NAMELY, [ SKIRTS AND PANTS, AND ] DOG COATS |

| U.S. Registration No. | 2822318 | Application Date | 08/14/2002 |
| --- | --- | --- | --- |
| Registration Date | 03/16/2004 | Foreign Priority Date | NONE |
| Word Mark | CC | | |
| Design Mark |  | | |
| Description of Mark | The mark consists of a repeating pattern featuring a stylized letter "C" in different orientations. | | |
| Goods/Services | Class 024. First use: First Use: 2002/08/02 First Use In Commerce: 2002/08/02 Fabric for use in the manufacture of clothing, shoes, handbags and luggage | | |

CONFIDENTIAL
COACH000010

| U.S. Registration No. | 2822629 | Application Date | 02/20/2003 |
|---|---|---|---|
| Registration Date | 03/16/2004 | Foreign Priority Date | NONE |
| Word Mark | CC | | |
| Design Mark |  | | |
| Description of Mark | NONE | | |
| Goods/Services | Class 035. First use: First Use: 2002/10/28 First Use In Commerce: 2002/10/28 Retail store services featuring handbags, luggage, home furnishings, stationary, jewelry, watches, small leather goods, clothing, accessories, shoes, eyewear, toys, desk accessories and pet products | | |

| Attachments | 78972141#TMSN.jpeg ( 1 page )( bytes )<br>78007598#TMSN.gif ( 1 page )( bytes )<br>78007596#TMSN.gif ( 1 page )( bytes )<br>77687107#TMSN.jpeg ( 1 page )( bytes )<br>76348453#TMSN.gif ( 1 page )( bytes )<br>76441558#TMSN.gif ( 1 page )( bytes )<br>76491780#TMSN.gif ( 1 page )( bytes )<br>Statement of Opposition - 85267743.pdf ( 4 pages )(106301 bytes ) |
|---|---|

## Certificate of Service

The undersigned hereby certifies that a copy of this paper has been served upon all parties, at their address record by Overnight Courier on this date.

| Signature | /suzanne white/ |
|---|---|
| Name | Suzanne White |
| Date | 11/28/2011 |

CONFIDENTIAL
COACH000011

## NOTICE OF OPPOSITION

COACH SERVICES, INC., a corporation of the State of Maryland, having its principal place of business at 516 West 34th Street, New York, New York 10001 (hereinafter "Opposer"), believes that it will be damaged by registration of the mark shown in Application No. 85/267,743 of DIDA Import & Export, Inc., having its place of business at 140-34 Negundo Avenue, Flushing, New York, 11355, United States (hereinafter "Applicant"), and hereby opposes issuance of the registration.

As grounds for opposition, Opposer states as follows:

1.      Since as early as 1941, Opposer, through its predecessors in interest, have been engaged in the sale, distribution and advertising of a wide variety of leather and other materials goods, including handbags, purses, clutches, shoulder bags, portfolios, waist pouches, eyeglasses, eyeglass frames, sunglasses, sunglass frames, eyeglass cases, sunglass cases, luggage, identification cases, garment bags, backpacks, tote bags, travel kits, toiletry cases, cosmetic cases, key cases, billfolds, wallets, credit card cases, business card cases, passport holders, briefcases, coin pouches, and umbrellas, among other goods.

2.      At least as early as April 2001, Opposer's predecessor adopted the arbitrary and distinctive CC Design trademark (often called "Signature C") for use in connection with the sale, distribution, and advertising of handbags and accessories, including eyewear.

3.      At least as early as April 2001, Opposer's predecessor first used the CC Design trademark in association with the sale of goods in interstate commerce. Upon information and belief, from that date, the public and the trade identified the source of the goods by the CC Design mark.

CONFIDENTIAL
COACH000012

4.    Since at least April 2001, Opposer's predecessor and Opposer have continuously used the CC Design mark in association with the sale, distribution and advertising of goods in interstate commerce throughout the United States. The CC Design mark is used in a variety of patterns, colors, placements and sizes as well as in single and repeating patterns.

5.    Opposer's predecessor and Opposer have sold and distributed substantial amounts of goods in association with the CC Design mark. Opposer's predecessor, Opposer, Opposer's business partners, Opposer's distributors and Opposer's licensees have spent substantial sums in advertising and promoting goods in association with the CC Design mark.

6.    As a result of Opposer's long use, extensive sales, and significant advertising and promotional activities, the CC Design mark has become widely recognized by the public and the trade throughout the United States. The arbitrary and distinctive mark identifies Opposer as the source or origin of goods bearing, sold under, distributed and advertised in association with the mark.  Opposer enjoys substantial and valuable goodwill in the CC Design mark.

7.    Opposer is the owner of several federal registrations for the CC Design mark for use on a wide variety of goods, including the Applicant's. In particular, Opposer is the owner of at least the following:

a)  Registration No. 3396554 issued on March 11, 2008 for CC Design Mark covering fragrances for personal use and lipsticks.

b)  Registration No. 2592963 issued on July 9, 2002 for CC Design Mark covering clothing, namely, scarves, ties, gloves, belts, caps, hats, shoes, coats and jackets.

CONFIDENTIAL
COACH000013

c) Registration No. 2626565 issued on September 24, 2002 for CC Design Mark covering handbags, purses, clutches, shoulder bags, portfolios, tote bags, waist pouches, backpacks, cosmetic cases sold empty, toiletry cases sold empty, briefcases, luggage, garment bags, billfolds, wallets, key cases, business card cases, credit card cases, passport holders, identification cases and coin pouches.

d) Registration No. 3695290 issued on October 13, 2009 for CC Design Mark covering cases for spectacles and sunglasses, eyeglass cases, eyeglasses, frames for spectacles and sunglasses, sunglasses.

e) Registration No. 2832589 issued on April 13, 2004 for CC Design Mark covering candles, metal key fobs, sunglasses and eyeglass cases, watches and watch straps; jewelry, namely, necklaces, bracelets, earrings, rings, diaries and planning diaries made of leather, leather key fobs, umbrellas, dog and cat collars and leashes, clothing, namely, skirts and pants, and dog coats.

f) Registration No. 2822318 issued on March 16, 2004 for CC Design Mark covering fabric for use in the manufacture of clothing, shoes, handbags and luggage.

g) Registration No. 2822629 issued on March 16, 2004 for CC Design Mark covering retail store services featuring handbags, luggage, home furnishings, stationary, jewelry, watches, small leather goods, clothing, accessories, shoes, eyewear, toys, desk accessories and pet products.

These registrations are valid, subsisting, and some have become incontestable.

8. Opposer continues to successfully market and sell goods using Opposer's CC Design mark since 2001. The U.S. Customs Service has characterized Opposer's CC Design mark as a "strong" trademark.

CONFIDENTIAL
COACH000014

9.      Upon information and belief, Applicant was established in 1997 and is a manufacturer and importer of goods.

10.     On or about March 15, 2011, Applicant applied for a trademark registration of a Design Mark for use, *inter alia*, in connection with *Leather goods, namely, leather handbags, traveling bags, shoulder bags, wallets and key chains* in Class 18.

11.     Upon information and belief, Applicant intends to use the Design Mark on or in connection with these goods so as to closely imitate Opposer's CC Design mark and intends to use the Design Mark in a way that is confusingly similar to Opposer's CC Design Mark.

12.     Applicant's use of the Design Mark is likely to cause confusion, or to cause mistake or deceive, in view of Opposer's predecessor's and Opposer's long prior use of the arbitrary and distinctive CC Design mark in association with the sale, distribution, and advertising of the same type of goods.

13.     By reason of Opposer's predecessor's and Opposer's use of the CC Design mark prior to Applicant's filing of its application to register a confusingly similar trademark in association with the same or related goods, Opposer has rights superior to any rights of Applicant.

14.     The registration of Applicant's Design Mark on the Principal Register will interfere with Opposer's enjoyment of its rights in its CC Design mark, to Opposer's substantial detriment.

CONFIDENTIAL
COACH000015

**UNITED STATES PATENT AND TRADEMARK OFFICE**
**Trademark Trial and Appeal Board**
**P.O. Box 1451**
**Alexandria, VA  22313-1451**

lg

Mailed:  October 10, 2012

Opposition No. 91202712

Coach Services, Inc.

     v.

DIDA Import & Export Inc.

On August 23, 2012, the Board issued an order to show cause in view of applicant's apparent loss of interest in this case.

Inasmuch as no response to the Board's order has been received, judgment is hereby entered against applicant. The opposition is accordingly sustained and registration to applicant is refused.

*By the Trademark Trial*
*and Appeal Board*

CONFIDENTIAL
COACH000016

Trademark Trial and Appeal Board Electronic Filing System. http://estta.uspto.gov

ESTTA Tracking number: **ESTTA443147**

Filing date: **11/28/2011**

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

## Notice of Opposition

Notice is hereby given that the following party opposes registration of the indicated application.

## Opposer Information

| | |
|---|---|
| Name | Coach Services, Inc. |
| Granted to Date of previous extension | 11/30/2011 |
| Address | 516 W. 34th Street<br>New York, NY 10001<br>UNITED STATES |

| | |
|---|---|
| Attorney information | Suzanne White<br>Coach Services, Inc.<br>516 W. 34th Street<br>New York, NY 10001<br>UNITED STATES<br>swhite@coach.com Phone:212 629 2217 |

## Applicant Information

| | | | |
|---|---|---|---|
| Application No | 85267696 | Publication date | 08/02/2011 |
| Opposition Filing Date | 11/28/2011 | Opposition Period Ends | 11/30/2011 |
| Applicant | DIDA import & export inc.<br>140-34 Negundo Ave<br>Flushing, NY 11355<br>UNITED STATES | | |

## Goods/Services Affected by Opposition

| |
|---|
| Class 018.<br>All goods and services in the class are opposed, namely: Leather goods, namely, leather handbags, traveling bags, shoulder bags, wallets and key chains |

## Grounds for Opposition

| | |
|---|---|
| Priority and likelihood of confusion | Trademark Act section 2(d) |

## Marks Cited by Opposer as Basis for Opposition

| | | | |
|---|---|---|---|
| U.S. Registration No. | 3396554 | Application Date | 09/12/2006 |
| Registration Date | 03/11/2008 | Foreign Priority Date | NONE |
| Word Mark | CC | | |

CONFIDENTIAL
COACH000019

| Design Mark |  |
|---|---|
| Description of Mark | The mark consists of a repeating pattern featuring a stylized letter "C" in different orientations. |
| Goods/Services | Class 003. First use: First Use: 2007/04/01 First Use In Commerce: 2007/04/01 Fragrances for personal use; Lipsticks |

| U.S. Registration No. | 2592963 | Application Date | 05/10/2000 |
|---|---|---|---|
| Registration Date | 07/09/2002 | Foreign Priority Date | NONE |
| Word Mark | CC CC CC CC | | |
| Design Mark |  | | |
| Description of Mark | NONE | | |
| Goods/Services | Class 025. First use: First Use: 2001/04/00 First Use In Commerce: 2001/04/00 CLOTHING, NAMELY, SCARVES, TIES, GLOVES, BELTS, CAPS, HATS, SHOES, [ SLIPPERS, ] COATS, JACKETS [ AND SUSPENDERS ] | | |

| U.S. Registration No. | 2626565 | Application Date | 05/10/2000 |
|---|---|---|---|
| Registration Date | 09/24/2002 | Foreign Priority Date | NONE |
| Word Mark | CC CC CC CC | | |

CONFIDENTIAL
COACH000020

| Design Mark |  |
|---|---|
| Description of Mark | NONE |
| Goods/Services | Class 018. First use: First Use: 2001/04/00 First Use In Commerce: 2001/04/00 HANDBAGS, PURSES, CLUTCHES, SHOULDER BAGS, PORTFOLIOS, TOTE BAGS, WAIST POUCHES, BACKPACKS, COSMETIC CASES SOLD EMPTY, TOILETRY CASES SOLD EMPTY, BRIEFCASES, LUGGAGE, GARMENT BAGS, BILLFOLDS, WALLETS, KEY CASES, BUSINESS CARD CASES, CREDIT CARD CASES, PASSPORT HOLDERS, IDENTIFICATION CASES, [TIE CASES] AND COIN POUCHES |

| U.S. Registration No. | 3695290 | Application Date | 03/10/2009 |
|---|---|---|---|
| Registration Date | 10/13/2009 | Foreign Priority Date | NONE |
| Word Mark | CC CC CC CC | | |
| Design Mark |  | | |
| Description of Mark | The mark consists of a repeating pattern featuring stylized letters "CC" in different orientations. | | |
| Goods/Services | Class 009. First use: First Use: 2001/03/00 First Use In Commerce: 2001/03/00 Cases for spectacles and sunglasses; Eyeglass cases; Eyeglasses; Frames for spectacles and sunglasses; Sunglasses | | |

| U.S. Registration No. | 2832589 | Application Date | 12/14/2001 |
|---|---|---|---|
| Registration Date | 04/13/2004 | Foreign Priority Date | NONE |
| Word Mark | CC CC CC CC | | |

CONFIDENTIAL
COACH000021

| Design Mark |  |
| --- | --- |
| Description of Mark | NONE |
| Goods/Services | Class 004. First use: First Use: 2001/10/00 First Use In Commerce: 2001/10/00 CANDLES<br><br>Class 006. First use: First Use: 2000/12/00 First Use In Commerce: 2000/12/00 METAL KEY FOBS<br><br>Class 009. First use: First Use: 2001/03/00 First Use In Commerce: 2001/03/00 SUNGLASSES AND EYEGLASS CASES<br><br>Class 014. First use: First Use: 2001/09/00 First Use In Commerce: 2001/09/00 WATCHES AND WATCH STRAPS; JEWELRY, NAMELY, NECKLACES, BRACELETS, EARRINGS, RINGS<br><br>Class 016. First use: First Use: 2001/02/00 First Use In Commerce: 2001/02/00 ; DIARIES AND PLANNING DIARIES MADE OF LEATHER<br><br>Class 018. First use: First Use: 2001/03/00 First Use In Commerce: 2001/03/00 LEATHER KEY FOBS, UMBRELLAS, DOG AND CAT COLLARS AND LEASHES<br><br>Class 025. First use: First Use: 2001/12/00 First Use In Commerce: 2001/12/00 CLOTHING, NAMELY, [ SKIRTS AND PANTS, AND ] DOG COATS |

| U.S. Registration No. | 2822318 | Application Date | 08/14/2002 |
| --- | --- | --- | --- |
| Registration Date | 03/16/2004 | Foreign Priority Date | NONE |
| Word Mark | CC | | |
| Design Mark |  | | |
| Description of Mark | The mark consists of a repeating pattern featuring a stylized letter "C" in different orientations. | | |
| Goods/Services | Class 024. First use: First Use: 2002/08/02 First Use In Commerce: 2002/08/02 Fabric for use in the manufacture of clothing, shoes, handbags and luggage | | |

CONFIDENTIAL
COACH000022

| U.S. Registration No. | 2822629 | Application Date | 02/20/2003 |
|---|---|---|---|
| Registration Date | 03/16/2004 | Foreign Priority Date | NONE |
| Word Mark | CC | | |
| Design Mark |  | | |
| Description of Mark | NONE | | |
| Goods/Services | Class 035. First use: First Use: 2002/10/28 First Use In Commerce: 2002/10/28<br><br>Retail store services featuring handbags, luggage, home furnishings, stationary, jewelry, watches, small leather goods, clothing, accessories, shoes, eyewear, toys, desk accessories and pet products | | |

| Attachments | 78972141#TMSN.jpeg ( 1 page )( bytes )<br>78007598#TMSN.gif ( 1 page )( bytes )<br>78007596#TMSN.gif ( 1 page )( bytes )<br>77687107#TMSN.jpeg ( 1 page )( bytes )<br>76348453#TMSN.gif ( 1 page )( bytes )<br>76441558#TMSN.gif ( 1 page )( bytes )<br>76491780#TMSN.gif ( 1 page )( bytes )<br>Statement of Opposition - 85267696.pdf ( 4 pages )(106389 bytes ) |
|---|---|

## Certificate of Service

The undersigned hereby certifies that a copy of this paper has been served upon all parties, at their address record by Overnight Courier on this date.

| Signature | /suzanne white/ |
|---|---|
| Name | Suzanne White |
| Date | 11/28/2011 |

CONFIDENTIAL
COACH000023

## NOTICE OF OPPOSITION

COACH SERVICES, INC., a corporation of the State of Maryland, having its principal place of business at 516 West 34th Street, New York, New York 10001 (hereinafter "Opposer"), believes that it will be damaged by registration of the mark shown in Application No. 85/267,696 of DIDA Import & Export, having its place of business at 140-34 Negundo Avenue, Flushing, New York, 11355, United States (hereinafter "Applicant"), and hereby opposes issuance of the registration.

As grounds for opposition, Opposer states as follows:

1.      Since as early as 1941, Opposer, through its predecessors in interest, have been engaged in the sale, distribution and advertising of a wide variety of leather and other materials goods, including handbags, purses, clutches, shoulder bags, portfolios, waist pouches, eyeglasses, eyeglass frames, sunglasses, sunglass frames, eyeglass cases, sunglass cases, luggage, identification cases, garment bags, backpacks, tote bags, travel kits, toiletry cases, cosmetic cases, key cases, billfolds, wallets, credit card cases, business card cases, passport holders, briefcases, coin pouches, and umbrellas, among other goods.

2.      At least as early as April 2001, Opposer's predecessor adopted the arbitrary and distinctive CC Design trademark (often called "Signature C") for use in connection with the sale, distribution, and advertising of handbags and accessories, including eyewear.

3.      At least as early as April 2001, Opposer's predecessor first used the CC Design trademark in association with the sale of goods in interstate commerce. Upon information and belief, from that date, the public and the trade identified the source of the goods by the CC Design mark.

CONFIDENTIAL
COACH000024

4.     Since at least April 2001, Opposer's predecessor and Opposer have continuously used the CC Design mark in association with the sale, distribution and advertising of goods in interstate commerce throughout the United States. The CC Design mark is used in a variety of patterns, colors, placements and sizes as well as in single and repeating patterns.

5.     Opposer's predecessor and Opposer have sold and distributed substantial amounts of goods in association with the CC Design mark. Opposer's predecessor, Opposer, Opposer's business partners, Opposer's distributors and Opposer's licensees have spent substantial sums in advertising and promoting goods in association with the CC Design mark.

6.     As a result of Opposer's long use, extensive sales, and significant advertising and promotional activities, the CC Design mark has become widely recognized by the public and the trade throughout the United States. The arbitrary and distinctive mark identifies Opposer as the source or origin of goods bearing, sold under, distributed and advertised in association with the mark. Opposer enjoys substantial and valuable goodwill in the CC Design mark.

7.     Opposer is the owner of several federal registrations for the CC Design mark for use on a wide variety of goods, including the Applicant's. In particular, Opposer is the owner of at least the following:

   a)  Registration No. 3396554 issued on March 11, 2008 for CC Design Mark covering fragrances for personal use and lipsticks.

   b)  Registration No. 2592963 issued on July 9, 2002 for CC Design Mark covering clothing, namely, scarves, ties, gloves, belts, caps, hats, shoes, coats and jackets.

CONFIDENTIAL
COACH000025

c) Registration No. 2626565 issued on September 24, 2002 for CC Design Mark covering handbags, purses, clutches, shoulder bags, portfolios, tote bags, waist pouches, backpacks, cosmetic cases sold empty, toiletry cases sold empty, briefcases, luggage, garment bags, billfolds, wallets, key cases, business card cases, credit card cases, passport holders, identification cases and coin pouches.

d) Registration No. 3695290 issued on October 13, 2009 for CC Design Mark covering cases for spectacles and sunglasses, eyeglass cases, eyeglasses, frames for spectacles and sunglasses, sunglasses.

e) Registration No. 2832589 issued on April 13, 2004 for CC Design Mark covering candles, metal key fobs, sunglasses and eyeglass cases, watches and watch straps; jewelry, namely, necklaces, bracelets, earrings, rings, diaries and planning diaries made of leather, leather key fobs, umbrellas, dog and cat collars and leashes, clothing, namely, skirts and pants, and dog coats.

f) Registration No. 2822318 issued on March 16, 2004 for CC Design Mark covering fabric for use in the manufacture of clothing, shoes, handbags and luggage.

g) Registration No. 2822629 issued on March 16, 2004 for CC Design Mark covering retail store services featuring handbags, luggage, home furnishings, stationary, jewelry, watches, small leather goods, clothing, accessories, shoes, eyewear, toys, desk accessories and pet products.

These registrations are valid, subsisting, and some have become incontestable.

8. Opposer continues to successfully market and sell goods using Opposer's CC Design mark since 2001. The U.S. Customs Service has characterized Opposer's CC Design mark as a "strong" trademark.

CONFIDENTIAL
COACH000026

9.    Upon information and belief, Applicant was established in 1997 and is a manufacturer and importer of goods.

10.    On or about March 15, 2011, Applicant applied for a trademark registration of a Design Mark for use, *inter alia*, in connection with *Leather goods, namely, leather handbags, traveling bags, shoulder bags, wallets and key chains* in Class 18.

11.    Upon information and belief, Applicant intends to use the Design Mark on or in connection with these goods so as to closely imitate Opposer's CC Design mark and intends to use the Design Mark in a way that is confusingly similar to Opposer's CC Design Mark.

12.    Applicant's use of the Design Mark is likely to cause confusion, or to cause mistake or deceive, in view of Opposer's predecessor's and Opposer's long prior use of the arbitrary and distinctive CC Design mark in association with the sale, distribution, and advertising of the same type of goods.

13.    By reason of Opposer's predecessor's and Opposer's use of the CC Design mark prior to Applicant's filing of its application to register a confusingly similar trademark in association with the same or related goods, Opposer has rights superior to any rights of Applicant.

14.    The registration of Applicant's Design Mark on the Principal Register will interfere with Opposer's enjoyment of its rights in its CC Design mark, to Opposer's substantial detriment.

CONFIDENTIAL
COACH000027

**UNITED STATES PATENT AND TRADEMARK OFFICE**
**Trademark Trial and Appeal Board**
**P.O. Box 1451**
**Alexandria, VA  22313-1451**

kk

Mailed:  May 10, 2012

Opposition No. 91202713

Coach Service, Inc.

v.

Dida Import & Export, Inc.

On March 3, 2012, the Board issued an order to show cause in view of applicant's apparent loss of interest in this case.

Inasmuch as no response to the Board's order has been received, judgment is hereby entered against applicant.  The opposition is accordingly sustained and registration to applicant is refused.

*By the Trademark Trial and Appeal Board*

CONFIDENTIAL
COACH000028