# **EXHIBIT 3**





