# **EXHIBIT 4**

## Cole, Donald

| | |
|---|---|
| **From:** | carolyn shields <shieldscj524@gmail.com> |
| **Sent:** | Friday, July 11, 2014 7:38 PM |
| **To:** | Cole, Donald |
| **Cc:** | Caisman, Lauren; McKey, Patrick; Schnurr, Richard; Lum, Brian J. |
| **Subject:** | Re: Coach v. DiDa: DiDa's responses to 3d set of RFP and Rogs |

Thank you. All invitations to discuss settlement are welcome.

I don't recall saying, though, that our clients would disappear to China. I may have mentioned the Chinese-American practice of doing that, and the frustration of American judgment creditors having to start over in China given that Chinese courts do not give full faith and credit to US judgments.

I will discuss a settlement figure with the client and get back to you.

Carolyn Shields
Liu & Shields LLP
41-60 Main Street, Suite 208A
Flushing, NY 11355
718-463-1868


On Fri, Jul 11, 2014 at 7:18 PM, Cole, Donald <Donald.Cole@bryancave.com> wrote:

Carolyn,


Thank you for your responses. We will review them and follow-up with you regarding any questions, if any, in the early part of next week.


Also, we are serious regarding our clients' strong desire to reach a resolution of this matter with your client short of trial. We believe that this is also a strong desire of your client as well given your past representations to us on numerous occasions that if we cannot resolve this matter via settlement your clients may simply pack up shop and disappear back to China.


While it is not Coach's desire to see any legitimate business close their doors, and certainly to not have them feel as if they need to move back to China in order to avoid litigation and potential liability, Coach has a strong desire in protecting its intellectual property as we are sure that you can understand.


With that, please provide to us a reasonable offer of settlement that we may take it to our clients and help them evaluate their next steps. The sooner this offer comes to us the sooner we can move towards resolution. Thanks in advance for your time, and we look forward to hearing from you soon.

Have a nice weekend.


**Donald A. Cole** | **BRYAN CAVE LLP**
161 North Clark Street, Suite 4300 | Chicago, Illinois 60601
312.602.5028 direct line | 312.698.7428 direct fax


**From:** carolyn shields [mailto:shieldscj524@gmail.com]
**Sent:** Friday, July 11, 2014 3:47 PM
**To:** Caisman, Lauren; Cole, Donald; McKey, Patrick
**Cc:** Schnurr, Richard; Lum, Brian J.
**Subject:** Coach v. DiDa: DiDa's responses to 3d set of RFP and Rogs



---

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.
bcllp2014