# **EXHIBIT 6**

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT
EASTERN DIVISION

- - - - - - - - - - - - - - - - - - x
                                    :
COACH, INC. and COACH SERVICES, INC.,:
                                    :Case No.
            Plaintiff,              :13-cv-
    - vs -                          :7165
                                    :
DI DA IMPORT and EXPORT, INC.,      :
                                    :
            Defendant.              :
                                    :
- - - - - - - - - - - - - - - - - - x

DEPOSITION OF HONG ZHU

New York, New York

Friday, October 31, 2014

Reported by:

Joseph V. Connolly

Job No. 12845

Page 2

```
 1
 2
 3
 4
 5
 6
 7
 8                  October 31, 2014
 9                    2:38 p.m.
10
11      DEPOSITION OF HONG ZHU, held at the Law
12      Offices of Bryan Cave, 1290 Avenue of
13      the Americas, New York, New York, before
14      Joseph V. Connolly, a Reporter and
15      Notary Public within and for the State
16      of New York.
17
18
19
20
21
22
23
24
25
```

H. ZHU

1
2   A.   No.
3        I don't understand what you said.
4   What matter that I was to testify about?
5   Q.   Do you understand why you're here
6   to testify today?
7   A.   I was told that Di Da has been
8   sued and then there's a department, of which
9   I am in-charge of, which was Finances. There
10  are issues that other people do not know
11  anything about, so I was asked to come.
12  Q.   And so, are you, in fact,
13  in-charge of Di Da's Finances?
14  A.   Yes.
15  Q.   And may I see that exhibit,
16  please?
17       (Handed to Mr. Cole.)
18  Q.   And are you, in fact, prepared to
19  testify as to Di Da's annual revenues?
20  A.   Yes.
21  Q.   Di Da's profits?
22  A.   Yes.
23  Q.   Di Da's payments?
24  A.   Yes.
25  Q.   Di Da's royalties?

```
 1                    H. ZHU
 2      A.    I don't.
 3      Q.    Have you ever?
 4      A.    Never.
 5      Q.    Who has access to Di Da's bank
 6   accounts?  Who all has access to them?
 7      A.    I do.
 8      Q.    Who else?
 9      A.    Sam.
10      Q.    Anyone else?
11      A.    And Amy.
12      Q.    Anyone else?
13      A.    That's it.
14      Q.    Long Zhu does not?
15      A.    He does not.
16      Q.    Okay.  So, does Amy have -- does
17   Amy have an ATM card?
18      A.    Yes.
19      Q.    Does Sam have an ATM card?
20      A.    Yes, yes, yes.
21      Q.    Okay.  Do they have to contact
22   you before withdrawing money from the account
23   or can they withdraw it as they see -- as
24   they please?
25      A.    No, they have to tell me.
```

1  H. ZHU
2  Q. Before or after?
3  A. Before.
4  Q. Always before?
5  A. Yes.
6  Q. Have they ever taken money out of
7  the account before telling you?
8  A. No.
9  Q. Why does Amy need access to the
10 bank account from Sales?
11 A. Why does she have to use those
12 bank accounts?
13 Q. Yeah. Why does she have access?
14 A. Because for convenience sake.
15 Because sometimes she'll be standing next to
16 me and I wouldn't be able to make out what's
17 on the screen and then she would then use her
18 card to -- in the account.
19 Q. Why would she need to have her
20 own accounts if she's standing right next to
21 you? Why wouldn't she just use your card?
22 A. I don't understand what you mean.
23 I don't understand what you mean.
24 Q. Why would Amy need to have her
25 own card simply because you can't read the

H. ZHU

1  screen, if she's right next to you?
2  A. I don't understand. I don't understand what you mean.
3  Q. Is there any other reason why Amy would need to have her own ATM card to the company?
4  A. I don't really get what you mean.
   But, you know, Sam is in China. So, Amy gets to -- gets to have -- gets to use the ATM card.
5  Q. Okay. Are you aware of a loan made by Long Zhu to Di Da?
6  A. Yes, I know.
7  Q. And what is your understanding of the loan?
8  A. Well, he needed to import goods.
9  Q. Anything else?
10 A. That's it.
11 Q. When did he make the loan?
12 A. At the start of the company.
13 Q. Did you document the loan as the person in-charge of Finances?
14 A. No.
15 Q. Why not?

Page 61

1       H. ZHU
2   A.   Because I didn't handle it.
3   Q.   Who handled it?
4   A.   Well, it was Long Zhu's
5   investment.
6   Q.   It was his investment.
7        What were the --
8   A.   Yes.
9   Q.    -- terms of the loan?
10  A.   There aren't any.
11  Q.   How much was the loan for?
12  A.   Two hundred thousand.
13  Q.   And it's not documented by Di Da?
14  A.   There's no document.
15  Q.   Okay. Does Long Zhu hold an
16  ownership interest in Di Da?
17  A.   No.
18  Q.   Are there any other loans, by any
19  other officers of Di Da, to Di Da?
20  A.   No.
21  Q.   I want to turn your attention to
22  Exhibit Number 4. And looking at page 5.
23       Exhibit Number 4 is the 2013 tax
24  return.
25       MR. COLE: Nope. In front of

```
 1                    H. ZHU
 2        her, please.
 3               No.
 4               No.
 5               MS. SHIELDS:  Underneath the
 6        photo.
 7               (Handed to the witness.)
 8               MR. COLE:  There you go.
 9        Q.     If you'd turn to page 5?
10        A.     (Witness complies).
11        Q.     Page 5 looks -- page 5, in the
12        top right corner (indicating).
13               (Witness reviews the exhibit.)
14        Q.     Okay.  So, do you see, on line 19
15        of Schedule L.
16        A.     Yes.
17        Q.     And it reads, "Loans From
18        Shareholders."
19               (Witness reviews the exhibit.)
20        Q.     Do you see that?
21               (Witness reviews the exhibit.)
22        A.     Yes.  Correct.
23        Q.     Okay.  It says, "At the beginning
24        of this year there were -- there was at least
25        a loan of 55 thousand, 400 hundred and 30
```

Page 63

1           H. ZHU

2   thousand dollars (sic) from the Shareholders

3   to Di Da."

4           (Witness reviews the exhibit.)

5       Q.   Do you see that?

6       A.   Where does that come from?

7       Q.   These are documents that you've

8   produced to us and you're in-charge of Di

9   Da's accounting.

10          So, I'm asking you if the

11  $200,000.00 loan from Long Zhu is not

12  documented and you just testified that there

13  are no other loans from the shareholders to

14  Di Da, where does that money come from?

15          (Witness reviews the exhibit.)

16      A.   I don't know.

17          What did the accountant put down?

18  Is it an investment?

19          I don't know.

20      Q.   All right. So, you're unprepared

21  to discuss Di Da's financials, aren't you?

22  You can't discuss that, can you?

23          MS. SHIELDS: Objection.

24      A.   Well, no. I finished my

25  preparations. The accountant made a mistake

1  H. ZHU
2  here because --
3   Q.  Okay.
4   A.  -- there is no -- there are no
5  shares in our company.
6   Q.  All right.  Shareholders.
7  Shareholders, not shares.  Shareholders.
8  The owners of the company.
9   (Witness reviews the exhibit.)
10  A.  We only have one owner.
11  Q.  Okay.  So, my question is:  Who
12  has made that loan?
13   You said no one else made a loan
14  to Di Da; the only loan that's out there is
15  the loan to Long Zhu.  And your tax returns,
16  however, show the owner of the company made a
17  loan.
18   I'm trying to figure out who
19  exactly made this loan.
20   (Witness reviews the exhibit.)
21  A.  When was the loan made?  What
22  year?
23  Q.  This is the 2013 tax return.
24   (Witness reviews the exhibit.)
25  A.  I don't know anything about this

H. ZHU

1
2   loan to the company in 2013.
3       Q.   All right.  Well, does the year
4   really matter?  Because you said there have
5   been no other loans to the company, except
6   for Long Zhu's.
7            Isn't that correct?
8       A.   I really don't understand these
9   things.
10      Q.   Okay.  So, you're unprepared to
11  discuss Di Da's finances at this time?
12           MS. SHIELDS:  Objection.
13           Objection.
14           MR. COLE:  What's the basis of
15  your objection?
16           MS. SHIELDS:  I goes far beyond
17  her testimony.
18           MR. COLE:  What goes far beyond
19  what?
20           (Witness speaks in Chinese.)
21           MR. COLE:  Wait, please.
22           MS. SHIELDS:  It mischaracterizes
23  her testimony.
24           There's items that She doesn't
25  know the answer to.

H. ZHU

      MR. COLE: This is a major item on the tax return that has been produced from you to us.

      You produced this witness as the person who is able to talk about Di Da's finances.

      This is a federal tax return.

      I'm just asking what's the basis of this entry and this individual can't testify to it.

      I don't think that's a mischaracterization of anything.

      MS. SHIELDS: She's --

BY MR. COLE:

    Q.    Ma'am?

      MS. SHIELDS: Objection.

    Q.    Can you tell me where this loan has come from? How did this loan appear on Di Da's tax returns for 2013?

    A.    (No response).

    Q.    At the beginning of the year Di Da had a loan of 55 thousand, 430 thousand dollars (sic).

      Who made this loan?

Page 67

1                      H. ZHU

2        A.     I don't know anything about this
3 loan. There is no such thing.
4        Q.     Okay. What about line 16,
5 "Accounts Payable"?
6            (Witness reviews the exhibit.)
7        Q.     And it shows an accounts payable
8 of $200,000.00.
9            Do you see that?
10       A.     Yes.
11       Q.     What is that from?
12           (Witness reviews the exhibit.)
13       A.     What do you mean by "accounts
14 payable"?
15       Q.     Well, the line 16, on the tax
16 return, is, says "Accounts Payable." This is
17 Di Da's tax return.
18           I'm asking you --
19       A.     Are you asking me where this
20 $200,000.00 was spent?
21       Q.     This is listed as a liability of
22 the company. And I'm asking what makes up
23 this $200,000.00 in liabilities?
24       A.     The rent, the salaries, expenses.
25       Q.     Are you guessing?

Page 94

```
 1                    H. ZHU
 2          MR. COLE:  I'll withdraw the
 3     exhibit.
 4          Can I do that?
 5          (Returned to Mr. Cole.)
 6     Q.   Ma'am, in 2013 how many wire
 7     transfers did Di Da make for the purchase of
 8     its goods?
 9     A.   It should be on reflected in the
10     bank statements.
11     Q.   Yes, ma'am.  I understand that.
12          But those documents were produced
13     to us -- that's about 800 documents -- and
14     they were produced to us on Tuesday night
15     before the deposition.
16          So, we could go through all 800
17     of those documents, which is Exhibit 5, or
18     which will comprize of Exhibit 5.
19          But since you're here to testify
20     as to Di Da's profits and Di Da's finances, I
21     was hoping that you could just tell me, to
22     the best of your knowledge, how many, how
23     many transfers?
24     A.   You mean the bank transfer?
25     Q.   Yes, ma'am.
```

H. ZHU

1
2   A.  The bank statement should reflect
3   that, every single one of them.
4   Q.  Are you in-charge of all wire
5   transfers from Di Da?
6   A.  I'm not in-charge and I let Amy
7   to do this. But I'm next to Amy and Amy is
8   doing this.
9       MR. COLE: Had I known that,
10  Carolyn, I would have asked Amy about
11  the document.
12      MS. SHIELDS: You can ask her.
13  You can call her back.
14      MR. COLE: All right.
15      THE WITNESS: But I'm the one
16  recording the numbers.
17      MR. COLE: Okay; we'll see what
18  we can get here and maybe we'll have to
19  talk to Amy again.
20      MS. SHIELDS: Because it's
21  electronic, on a computer.
22      MR. COLE: Sure.
23  BY MR. COLE:
24  Q.  Do you recall, ma'am, what the
25  largest transfer, wire transfer, Di Da has

Page 111

1          H. ZHU
2     Q.   Are you aware of any stock being
3  issued to Fong (phonetic) Sam Zhu?
4          MR. COLE:  Feng, F-E-N-G.
5     A.   No, I never heard of this name.
6  I don't know.
7     Q.   Wait.  You never heard of the
8  name?
9     A.   What's the name?
10    Q.   Fong (phonetic) Zhu.  F-E-N-G.
11    A.   Feng --
12    Q.   Sorry.
13    A.   -- Zhu.
14    Q.   Sorry.
15    A.   Feng Zhu is Sam.
16    Q.   Yes.
17         MR. COLE:  My apologies.
18    Q.   Are you aware of stock recently
19  being issued to Sam Zhu?
20    A.   Yes, I know.
21    Q.   You do?
22    A.   Yes.  Yes, I do.
23    Q.   What do you know about it?
24    A.   Yes.  The corporation needs to
25  issue the shares and share -- and he,

Page 112

1         H. ZHU
2  himself, is the owner.
3     Q.    But Di Da has been a corporation
4  for how many years now?
5     A.    April 2011, when we started
6  store.
7     Q.    And yet Di Da only recently, only
8  recently, issued stock; is that correct?
9     A.    I don't know.
10            What stock?
11    Q.    Wait.  All right.
12            I thought you just testified, a
13 minute ago, that you were aware that Di Da
14 issued stock to Sam Zhu.
15            Did I misunderstand you?
16    A.    Yeah, I know that.
17            Because Sam Zhu is the owner and
18 then he decided to write the shares.  This I
19 know.
20    Q.    Okay.  Ma'am, Is your telephone
21 number 718-476-8888?
22    A.    You mean that my phone number?
23    Q.    Yeah.
24    A.    No.
25    Q.    Do you know that number?