# **EXHIBIT 7**

IN THE UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT
EASTERN DIVISION

- - - - - - - - - - - - - - - - - - x
                                    :
COACH, INC. and COACH SERVICES, INC., :
                                    : Case No.
                  Plaintiff,        : 13-cv-
         - vs -                     : 7165
                                    :
DI DA IMPORT and EXPORT, INC.,      :
                                    :
                  Defendant.        :
                                    :
- - - - - - - - - - - - - - - - - - x


DEPOSITION OF SAM ZHU

New York, New York

Monday, November 17, 2014


Reported by:

Joseph V. Connolly

Job No.  12923

Page 2

November 17, 2014

9:21 a.m.

DEPOSITION OF SAM ZHU, held at the Law Offices of Bryan Cave, 1290 Avenue of the Americas, New York, New York, before Joseph V. Connolly, a Reporter and Notary Public within and for the State of New York.

S. ZHU

1

2      A.      No.   No, we don't have agenda.

3      Q.       Are the meetings set for a

4  certain day and time each month?

5      A.      No.

6      Q.      Okay.   Who calls the meetings?

7      A.      Well, there's no one specific

8  call the meeting, but just had a meeting.

9      Q.      Are there specific things

10  discussed at these meetings?

11      A.      No.   No specific thing to talk

12  about.

13      Q.      You said that you -- you

14  testified earlier that you are the only

15  shareholder of Di Da; is that correct?

16      A.      Yes.

17      Q.      When did -- when did Di Da issue

18  you shares?

19      A.       When I first registered the

20  company, there were shares.

21      Q.       When were you officially issued

22  stock in Di Da?

23      A.       Share stocks out, to others?

24      Q.       You're the sole shareholder of Di

25  Da; correct?

Page 41

S. ZHU

1

2      A.      Yes.

3      Q.      Okay.  When did Di Da officially

4   issue you your stock?

5      A.      Well, since I formed -- start to

6   form -- start register company, all the share

7   belong to me.

8      Q.      When did you sign the stock

9   certificate?

10      A.      It was last month.

11      Q.      So, Di Da's been registered as a

12   corporation since 2010; correct?

13      A.      Yes.

14      Q.      Why is it then that Di Da did not

15   issue you the stock until last month?

16      A.      Because I didn't understand about

17   the process.

18      Q.      What didn't you "understand about

19   the process"?

20      A.      Well, I thought the, you know,

21   the stock, all the share was originally

22   belong to myself.

23      Q.      But what -- well, what changed?

24      A.      Well, later on I found out that I

25   needed to sign.

```
1                      S. ZHU

2               How is the value --

3               MR. COLE:  Strike that.

4        Q.     What value did you pay to Di Da

5    for the 200 shares of stock?

6        A.     "Value"?

7        Q.     Yes, the value.

8        A.     (No response).

9        Q.     Or what consideration did you pay

10   for 200 shares?

11       A.     I do not give in any money.

12       Q.     How was it determined that you

13   would be -- that you would have 200 shares?

14       A.     Because the company belonged to

15   me.

16       Q.     All right.  You could have put

17   500 shares or 300 shares because you didn't

18   pay any money; correct.

19               (Witness reviews the exhibit.)

20       A.     I just put 200 over there.

21       Q.     So, you put 200 shares yourself?

22   This was your idea?

23       A.     Yes.

24       Q.     And you didn't pay any -- you

25   didn't give Di Da any consideration for it?
```

Page 46

S. ZHU

2          MS. SHIELDS:  Objection.

3          Calls for a legal answer.

4      A.    "Any" what?

5      Q.    You didn't pay?

6      A.    Correct.

7      Q.    Okay.  Have you ever provided a

8  loan to Di Da?  Have you ever loaned your

9  company money?

10          INTERPRETER:  Can you repeat?

11          (The question was read aloud by

12  the Reporter.)

13      A.    No.

14      Q.    Has Di Da ever taken out a loan

15  from anyone, other than Long Zhu?

16          MS. SHIELDS:  Objection.

17      A.    No.

18      Q.    So, if a loan appeared on the tax

19  returns for Di Da, would that be a mistake?

20      A.    Yeah, mistake.

21      Q.    I'll hand you what has been

22  previously marked as H. Zhu 1, which is the

23  2010 Federal Tax Return for your company.

24          (Handed to the witness.)

25          (Witness reviews the exhibit.)

Page 54

S. ZHU

1

2      Q.     Okay.  Now that this has been

3   brought to your attention, does Di Da intend

4   to file Amended Tax Returns?

5      A.     To amend the tax return?

6      Q.     Yeah.

7      A.     So far, I don't know.

8      Q.     In 2012 did Di Da receive a loan

9   from you, as the sole shareholder?

10     A.     No.

11     Q.     Okay.  Did Di Da re-pay to you

12  money for a loan that you purported gave it

13  in 2012?

14     A.     No.

15     Q.     Okay.  Did you, in fact --

16  looking back at the previous exhibit, H. Zhu

17  2 and H. Zhu 1, did you, in fact, review

18  those documents prior to signing, signing

19  them?

20                 (Witness reviews the exhibit.)

21     A.     Yes.  When I signed it, I looked

22  at it.

23     Q.     Is it your habit to review all of

24  Di Da's tax returns prior to them being

25  filed?

Page 56

```
1                        S. ZHU
2       2012?
3              A.     I don't know.
4              Q.     What were --
5              A.     Seriously.
6              Q.     -- your responsibilities as the
7       president of Di Da?
8              A.     To manage everyone.
9              Q.     But you have no idea that Di Da
10      took out $200,000.00 in liability?
11             A.     I don't know.
12             Q.     Okay.  What were Di Da's sales in
13      2012?
14             A.     That I'm not so sure.
15             Q.     Can you guess?
16             A.     I can't guess.  I don't want to
17      give you a wrong number.
18             Q.     You're not giving me a wrong
19      number.  I'm asking you to guess.
20             A.     I can't estimate.  I don't want
21      to --
22             Q.     And why --
23             A.     -- give a wrong number.
24             Q.     -- is that?
25             A.     Because I didn't do sales, I
```

Page 72

S. ZHU

1

2          A.      Yes.

3          Q.      Okay.  And so, she transferred

4   the trademarks at some point while you were

5   in China, but you don't know when?

6          A.      Correct.

7          Q.      Did she send you an e-mail and

8   say, "Hey, I did as you instructed"?

9          A.      No.

10         Q.      All right.  Well, how do you know

11  that she transferred the assets?  Or

12  transferred the trademarks?

13         A.      Well, at the time I didn't know.

14         Q.      You know now.  So, when did you

15  find out?

16         A.      Later on she told me.

17         Q.      When?

18         A.      This time she told me.

19         Q.      When?

20         A.      Last month.

21         Q.      "Last month" she told you?

22         A.      Yes.

23         Q.      Okay.  And what -- how did that

24  come up?

25         A.      We stay in the same house and,

Page 78

S. ZHU

2  your father about this?

3        A.    No.

4        Q.    Did you have any discussion with

5  your mother about this?

6        A.    No.

7        Q.    So, if Amy Shi testified that you

8  did, in fact, talk with your father about

9  this and your father is the one who said

10  transfer it back, is that a lie?

11              MS. SHIELDS:   Objection.

12        A.    No, she didn't lie.

13        Q.    So, you did talk with your

14  father?

15        A.    My father knew my condition.

16        Q.    What?

17        A.    Because my father knew what I'm

18  thinking or what I thought, my situation.

19        Q.    What "situation" are you talking

20  about?

21        A.    That is I don't want to do this

22  company.

23        Q.    What does that have to do with

24  you instructing Amy to transfer the

25  trademarks back to the company?

Page 79

S. ZHU

1

2     A.     I think my father should know.

3     Q.     Why?

4     A.     Because he knew that I'm not so

5     interested in this company anymore.

6     Q.     Again, what does that have to do

7     with you instructing Amy to transfer the

8     trademarks back to the company, that you

9     weren't interested in it?

10     A.     Well, I think I had mentioned it

11     to my father.

12     Q.     Isn't it really the case that

13     your father became upset with you and

14     instructed you and Amy to transfer the

15     trademarks back to the company?

16     A.     No.

17     Q.     You do realize that you're

18     testifying under oath; correct?

19     A.     Yes.

20     Q.     All right.  And so, if Amy said,

21     testified, that, in fact, your father was the

22     one who instructed the transfer of the

23     assignments, would that be a lie?

24     A.     I think she did not lie.

25     Q.     Either it -- either your father

S. ZHU

1   made the call to transfer the assignments

2   back or he didn't.  I'm just trying to figure

3   out which one of you is telling the truth.

4        A.    He knew about our situation.  You

5   know, everybody knew.  And I mentioned it.

6        Q.    After consulting with your

7   father, is that when you instructed Amy to

8   transfer the assignments back?

9        A.    Yes.  That's what I instruct Amy

10  to do.

11        Q.    Was it after consulting with your

12  father?

13        A.    Yes.

14        Q.    Did your father tell you to have

15  the assignments transferred back?

16        A.    No.  It was my own decision to

17  transfer back.

18              THE WITNESS:  I want to take a

19  break.

20              MR. COLE:  Okay.

21              VIDEOGRAPHER:  The time is 11:48

22  a.m. and we're going off-the-record.

23              (Recess:  11:48 a.m.)

24                *          *          *

25

S. ZHU

1

2    that.  But I never seen this document before.

3         Q.    Okay.  Does Di Da have a Board of

4    Directors?

5         A.    No.

6         Q.    And as far as officers, you've

7    identified yourself as the President of Di

8    Da; correct?

9         A.    Yes.

10        Q.    Are there any other officers?

11        A.    Yes.

12        Q.    Who?

13        A.    Amy is the Sales, Vice President.

14        Q.    She's the "Vice President."

15        A.    For Sales.

16        Q.    Okay.  So, I'm not talking about

17   positions.  All right?

18              What is your understanding of

19   what an officer of a corporation is?

20        A.    Employee.

21              INTERPRETER:  Do you want me to

22   explain to him or?

23              MR. COLE:  No.

24        Q.    Who all has access to Di Da's

25   bank accounts?

Page 162

```
 1                    S. ZHU
 2        A.    My aunt.
 3        Q.    Anyone else?
 4        A.    She has access to it.
 5        Q.    Anyone else?
 6        A.    And myself.
 7        Q.    Okay.  Anyone else?
 8        A.    Yes.
 9        Q.    Who?  List them, please, all of
10   them.
11        A.    Do you mean "access," means that
12   using the account or?
13        Q.    What's your understanding of
14   "access"?
15        A.    That you can use the account,
16   like.
17        Q.    Sure.  Based on your definition;
18   yeah.
19        A.    Myself and my aunt.
20        Q.    Does Amy have access?
21        A.    I think she could do.
22        Q.    Okay.  You're the President and
23   owner of this company.  I'm not trying to
24   trip you up; I'm not trying to trick you;
25   just ask you straightforward.
```

```
 1                         S. ZHU

 2                 Does Amy have access to Di Da's

 3     business accounts?

 4         A.      This is a family business.  So, I

 5     think she can.

 6         Q.      Okay.

 7         A.      Also.

 8         Q.      Does your father have access to

 9     it?

10         A.      I think he could too.

11         Q.      Okay.  Do you have any basis for

12     believing that your father has access to the

13     account or accounts?

14         A.      He could.  It doesn't mean that

15     he used it.

16         Q.      Just answer the question.

17                 So, do you have any basis --

18     what's the basis for your belief that father

19     has access to Di Da's bank accounts?

20         A.      I don't know.

21         Q.      Are you aware of your father

22     removing money from the account via an ATM

23     machine or an ATM card?

24                 INTERPRETER:  "Do you remember?"

25                 I'm sorry; can you repeat?
```

```
 1                    S. ZHU
 2               (The question was read aloud by
 3          the Reporter.)
 4          A.    No.  I'm not.
 5          Q.    Do you have an ATM card?
 6          A.    Yes.
 7          Q.    Does Amy have an ATM card?
 8          A.    I think so.
 9          Q.    And what about Amy's father,
10     actually, the one who's in-charge of the
11     warehouse?
12          A.    No, he doesn't.
13          Q.    And Amy's mother has access?
14          A.    (No response).
15          Q.    Okay.
16          A.    Yes.
17          Q.    Is there a policy, a written
18     policy, in place which identifies or lays out
19     the authorized uses for the company's ATM
20     card?
21          A.    No.  We don't have any policy.
22          Q.    Okay.  So then, how do you know
23     whether or not the account is -- or the
24     individual is abusing their right?  How do
25     you know that people aren't just taking
```

Page 165

1                        S. ZHU

2     money?

3          A.    I don't think so.  Because we are

4     a family.

5          Q.    Okay.  Do you have, you yourself,

6     personally, have a bank account in China in

7     which Di Da wires money?

8          A.    No.

9          Q.    So, you only receive payment by

10    check?

11         A.    Yes.

12         Q.    So, for 2 years you've living in

13    China, so every month you wait for slow mail,

14    snail mail, as we call it, for you to get

15    paid?

16         A.    Yes.

17         Q.    Does Di Da transfer, via wire,

18    money to your father's account?

19         A.    Anything about finance, I don't

20    -- I'm not familiar.  I don't want to give

21    you a wrong answer.

22         Q.    But the problem is that your aunt

23    was here.  She was testifying about Di Da but

24    we didn't receive all the documents until

25    after her testimony.  So, I don't have anyone

Page 173

1                          S. ZHU

2        A.      I don't know.  It's because the

3    money, he gave to the manufacture, you know,

4    to produce bags, then ship to China.

5                  INTERPRETER:  I mean.

6        A.      Ship to U.S.

7                  INTERPRETER:  I'm sorry.

8        Q.      Again, I just want to know:

9    After he does it, does he mention to you,

10   "Oh, I gave $50,000.00 to the manufacturer"?

11                  I mean, does that happen enough,

12   "All right; I get it, 200,000.00," or were

13   you guys preparing for this deposition and he

14   told you, "I've given, over the years, about

15   $200,000.00"?

16       A.      It was like this:  From the

17   beginning, when he, you know, put money into

18   the manufacturer, he didn't tell me every

19   time when he put in the money.

20       Q.      Okay.

21                  MR. COLE:  All right; let's take

22       a break.

23                  VIDEOGRAPHER:  The time is 3:27

24       p.m. and we're going off-the-record.

25                  (Recess:  3:27 p.m.)

```
 1                    S. ZHU
 2        Q.     Okay.  Who is Zilling Wang
 3     (phonetic)?  Z-I-L-L-I-N-G Wong (phonetic).
 4             MR. COLE:  Sorry.
 5        A.     I don't know this person.
 6             MR. COLE:  I apologize.
 7        Q.     Z-I-L-I-N Wang, W-A-N-G.
 8        A.     Never heard this name.
 9        Q.     Okay.  You're in-charge of all
10     the hiring; correct?
11        A.     Yes.
12        Q.     Okay.  So, in a Verified
13     Interrogatory Answer where you state -- where
14     Di Da states, "There were oral communications
15     between Zilin Wang, Defendant's former
16     employee in China, whose address is unknown
17     to the Defendant," who is Di Da referring to?
18        A.     This person was not our employee.
19        Q.     Okay.
20        A.     I believed -- yeah, this person
21     wasn't.
22        Q.     So, it's another incorrect, false
23     Answer on a Verified Interrogatory?
24             MS. SHIELDS:  Objection.
25        A.     I'm sure that this person was not
```

```
 1                           S. ZHU
 2      our employee.
 3              Q.      Okay.  Another mistake on --
 4      another mistake.
 5              A.      Well, what is that over here?
 6                      I don't know.
 7              Q.      I'm sorry; what are you referring
 8      to?
 9              A.      You mentioned that person.  I
10      don't know.
11              Q.      I'm not trying to play games.
12                      So, if you turn to your Answer to
13      Interrogatory No. 1?
14              A.      (Witness complies).
15              Q.      About the middle of the
16      paragraph, Di Da wrote, "And there were oral
17      communications between Zilin Wang,
18      Defendant's former employee in China, whose
19      address is unknown to Defendant."
20                      And you just testified that you
21      have no idea who that was and you're sure
22      that person is not an employee of Di Da,
23      which makes since you're the owner in-charge
24      of hiring and you've only had 4 or 5
25      employees total.
```