IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COACH, INC. and COACH SERVICES, INC., : | |
| : | |
| Plaintiffs, : | Case No. 13-cv-7165 |
| : | |
| v. : | Honorable Samuel Der-Yeghiayan |
| : | |
| DI DA IMPORT AND EXPORT INC. (D/B/A DI DA : | |
| NEW YORK), : | |
| : | |
| Defendant. : | |

### NOTICE OF MOTION

To: Attached Certificate of Service

PLEASE TAKE NOTICE that on **January 6, 2014, at 9:00 a.m.**, the undersigned shall appear before the Honorable Samuel Der-Yeghiayan, in courtroom 1903 in the United States Courthouse, 219 South Dearborn, Chicago, Illinois, and shall then and there present *Plaintiffs' Motion for Temporary Restraining Order Restricting Defendant Di Da Import and Export Inc. from Transferring Assets and Memorandum in Support*, a copy of which is enclosed herewith and served upon you.

Dated: December 19, 2014

Respectfully submitted,

BRYAN CAVE LLP

By: /s/ S. Patrick McKey
S. Patrick McKey, #6201588
Donald A. Cole, #6299318
Lauren J. Caisman, # 6312465
161 North Clark Street, Suite 4300
Chicago, Illinois 60601
Tel: (312) 602-5000
Fax: (312) 602-5050

1

patrick.mckey@bryancave.com
donald.cole@bryancave.com
lauren.caisman@bryancave.com

*Attorneys for Coach, Inc. and Coach Services, Inc.*

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on this 19th day of December 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Defendant Di Da Import and Export Inc. through its counsel of record.

                                      Respectfully submitted,

                                      /s/ S. Patrick McKey
                                      S. Patrick McKey