UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Coach, Inc., et al.
                              Plaintiff,

v.                                          Case No.: 1:13−cv−07165
                                            Honorable Samuel Der−Yeghiayan

Di Da Import and Export Inc.
                              Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 6, 2015:

MINUTE entry before the Honorable Samuel Der−Yeghiayan: Motion hearing held. Plaintiffs' motion for leave to file first amended complaint [29] is entered and continued. Defendant's response to be filed by 01/20/15 and Plaintiffs' reply to be filed by 02/04/15. Plaintiffs' motion for TRO [30] is entered and continued. Plaintiffs' oral request for leave to file a written reply brief to its motion for TRO by 01/20/15 is granted. Status hearing reset to 02/26/15 at 9:00 a.m. Status hearing set for 01/27/15 is stricken. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.