# **EXHIBIT 1**

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT
EASTERN DIVISION

- - - - - - - - - - - - - - - - - - - x
                                       :
COACH, INC. and COACH SERVICES, INC.,  :
                                       :Case No.
            Plaintiff,                 :13-cv-
        - vs -                         :7165
                                       :
DI DA IMPORT and EXPORT, INC.,         :
                                       :
            Defendant.                 :
                                       :
- - - - - - - - - - - - - - - - - - - x


DEPOSITION OF HONG ZHU

New York, New York

Friday, October 31, 2014


Reported by:

Joseph V. Connolly

Job No. 12845

TransPerfect Legal Solutions
depo@transperfect.com -- 212.400.8845

1
2
3
4
5
6
7
8                    October 31, 2014
9                       2:38 p.m.
10
11          DEPOSITION OF HONG ZHU, held at the Law
12          Offices of Bryan Cave, 1290 Avenue of
13          the Americas, New York, New York, before
14          Joseph V. Connolly, a Reporter and
15          Notary Public within and for the State
16          of New York.
17
18
19
20
21
22
23
24
25

Page 31

1           H. ZHU
2      Q.   Okay.
3      A.   And I'm in-charge of the
4  bookkeeping.
5      Q.   Okay.
6      A.   And Long, L-O-N-G, Zhu is based
7  in China and is in-charge of the
8  manufacturers there.
9           And Sam is based in China and
10 helps his father.
11          And then Zhendong Shi is
12 in-charge of the warehouse.
13          INTERPRETER:  Z-H-E-N-G-D-O-N-G
14    S-H-I.
15     Q.   Okay.
16     A.   And then the newcomer -- right?
17 -- who also answers the phone.
18     Q.   So, the newcomer is more of a
19 receptionist?
20     A.   What?
21     Q.   Or secretary?
22     A.   Right; right.  The newcomer, she
23 answers the phone.
24     Q.   Okay.  So, prior to Amy joining
25 the company --

TransPerfect Legal Solutions
depo@transperfect.com -- 212.400.8845

Page 39

1            H. ZHU
2    invoices showing your sales; correct?
3        A.    Correct.
4        Q.    Okay. So, my question is: Are
5    there records to support your claim that you
6    sold all the products prior to your departure
7    -- prior to your move to your new location?
8            MR. COLE: Excuse me.
9        A.    That's my feelings, that,
10   basically, they were all sold.
11       Q.    So, if there are records that Di
12   Da has produced that show that the products
13   were still being sold in 2013, would you say
14   that your recollection is faulty; is not
15   correct?
16           MS. SHIELDS: Objection.
17       A.    Di Da was still selling these
18   things?
19       Q.    I'm asking you if there are
20   records showing Di Da was still selling these
21   products, would that change your testimony
22   that the products were not sold after you
23   moved to your new location in 2012?
24       A.    I wouldn't change my testimony
25   because I think that that's a mistake.

1                    H. ZHU
2      thousand dollars (sic) from the Shareholders
3      to Di Da."
4                (Witness reviews the exhibit.)
5           Q.    Do you see that?
6           A.    Where does that come from?
7           Q.    These are documents that you've
8      produced to us and you're in-charge of Di
9      Da's accounting.
10                So, I'm asking you if the
11     $200,000.00 loan from Long Zhu is not
12     documented and you just testified that there
13     are no other loans from the shareholders to
14     Di Da, where does that money come from?
15                (Witness reviews the exhibit.)
16          A.    I don't know.
17                What did the accountant put down?
18     Is it an investment?
19                I don't know.
20          Q.    All right.  So, you're unprepared
21     to discuss Di Da's financials, aren't you?
22     You can't discuss that, can you?
23                MS. SHIELDS:  Objection.
24          A.    Well, no.  I finished my
25     preparations.  The accountant made a mistake

Page 64

1                     H. ZHU

2      here because --

3           Q.     Okay.

4           A.     -- there is no -- there are no

5      shares in our company.

6           Q.     All right.  Shareholders.

7      Shareholders, not shares.  Shareholders.

8      The owners of the company.

9                  (Witness reviews the exhibit.)

10          A.     We only have one owner.

11          Q.     Okay.  So, my question is:  Who

12     has made that loan?

13                 You said no one else made a loan

14     to Di Da; the only loan that's out there is

15     the loan to Long Zhu.  And your tax returns,

16     however, show the owner of the company made a

17     loan.

18                 I'm trying to figure out who

19     exactly made this loan.

20                 (Witness reviews the exhibit.)

21          A.     When was the loan made?  What

22     year?

23          Q.     This is the 2013 tax return.

24                 (Witness reviews the exhibit.)

25          A.     I don't know anything about this

1                    H. ZHU

2         A.    Yeah.

3         Q.    Okay.  Can you tell me -- can you

4    explain what that -- what those figures are

5    from?

6         A.    Are you talking?  What figures

7    are these?  Did you just say they were from

8    shareholder?

9         Q.    These are listed on Di Da's

10   federal tax returns, line 19, loans from

11   shareholders.

12        A.    But we don't have shareholders.

13   It's just Sam.

14        Q.    Okay.  Did Sam loan the Di Da

15   company or did Sam loan Di Da $32,000.00 in

16   2011?

17        A.    He did not.

18        Q.    Okay.  And you know this because

19   you're in-charge of Di Da's Finances;

20   correct?

21        A.    Yes.

22        Q.    Okay.

23        A.    That's right.

24        Q.    And so, the fact that this is

25   listed in your tax return, not for just 2011

1         H. ZHU

2     but also for 2012 and 2013 that there is

3     loans from Di Da's shareholders, you don't

4     have any understanding as to where that would

5     come from?

6         A.    I think the accountant made a

7     mistake because we don't have shareholders.

8         Q.    Okay.  Is it possible that Sam

9     Zhu made that loan?

10        A.    What?  What did you say?

11        Q.    Is it possible that Sam Zhu has

12    made the loans that are referenced there?

13    Regardless of whether or not the line 19 says

14    "shareholders," is it possible that that loan

15    comes from Sam Zhu?

16        A.    No.

17        Q.    Okay.

18              MR. COLE:  If we can take a two

19        minute break?

20              Because I just want to review my

21        notes very quickly.

22              MS. SHIELDS:  Okay.

23              MR. COLE:  And then, I think,

24        we'll be done.

25              VIDEOGRAPHER:  The time is 4:54