# **EXHIBIT 2**

IN THE UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT
EASTERN DIVISION

- - - - - - - - - - - - - - - - - - x
                                    :
COACH, INC. and COACH SERVICES, INC., :
                                    : Case No.
                    Plaintiff,      : 13-cv-
          - vs -                    : 7165
                                    :
DI DA IMPORT and EXPORT, INC.,      :
                                    :
                    Defendant.      :
                                    :
- - - - - - - - - - - - - - - - - - x

DEPOSITION OF SAM ZHU

New York, New York

Monday, November 17, 2014

Reported by:

Joseph V. Connolly

Job No.  12923

1

2

3

4

5

6

7

8                        November 17, 2014

9                        9:21 a.m.

10

11        DEPOSITION OF SAM ZHU, held at the Law

12        Offices of Bryan Cave, 1290 Avenue of

13        the Americas, New York, New York, before

14        Joseph V. Connolly, a Reporter and

15        Notary Public within and for the State

16        of New York.

17

18

19

20

21

22

23

24

25

```
 1                          S. ZHU
 2              My name is Donald Cole and I am
 3    the attorney for the Plaintiffs in this case,
 4    Coach, Inc., Coach Services, Inc.
 5                   Can you please state and spell
 6    your name for the record?
 7         A.    Sam Zhu.
 8         Q.    And do you have a Chinese,
 9    Chinese name?
10         A.    Sam Boo Zhu (phonetic).
11         Q.    Oh, okay.
12                   Mr. Zhu, where do you reside?
13         A.    I live in China now.
14         Q.    Okay.  And where in China?
15         A.    Boi Yan (phonetic), China.
16         Q.    Can you give the address?
17         A.    Yes.  505 No. 4 Building,
18                   REPORTER:  Would you have the
19    witness spell the town or county?
20         A.    505, No. 4 building.
21                   INTERPRETER:  In Chinese, the
22    Interpreter is going to translate it
23    into English, phonetically.
24                   (Witness writes out same.)
25                   INTERPRETER:  I told him to write
```

```
                         S. ZHU
 1
 2         the entire address.
 3                 MR. COLE:  Yes.
 4                 INTERPRETER:  So I can give the
 5         complete address.
 6                 MR. COLE:  Yes.
 7         A.     504 No. 4 Building,
 8   B-O-L-I-B-O-I-H-A-I-E-N, B-O-I, again, Y-A-N,
 9   second word, G-U-A-N-G-A-H-A-O City, China.
10         Q.     Mr. Zhu, have you ever been
11   deposed before?
12         A.     Never.
13         Q.     Okay.  So, let's just go over a
14   few ground rules.
15                 Everything that's being said or
16   everything that we discuss today is being
17   recorded by the Court Reporter.
18         A.     (Indicating by a nodding of the
19   head).
20         Q.     Okay.  So, it's going to be very
21   important for to you give audible answers to
22   any questions that are asked of you.
23         A.     Yes.
24         Q.     So, we have to avoid head nods or
25   shaking of the head.
```

```
1                        S. ZHU

2           Q.    That's not my question.

3                 How long?

4           A.    I did not look at the time.

5           Q.    Five minutes?  Five hours?

6           A.    Kind of long.  But I did not look

7      at the time.

8           Q.    What is your role with Di Da?

9           A.    I'm the President of Di Da.

10          Q.    Are you also the owner?

11          A.    I'm the Shareholder.

12          Q.    Do you own Di Da?

13          A.    Yes.

14          Q.    And how long have you owned Di

15     Da?

16          A.    Since the company started until

17     now.

18          Q.    In 2012?

19                MS. SHIELDS:  Objection.

20          A.    From the company was form to now.

21          Q.    And when was the company formed?

22          A.    In 2010.

23          Q.    "In 2010"?

24                So, I think earlier you testified

25     that you worked as a tea person or you worked
```

```
1                         S. ZHU
2    discussed?
3              A.    Yeah; he said that he provide
4    money to make bags or manufacture bags and
5    provide us bags for us to sell it here.
6              Q.    Okay.  Did you discuss -- did he
7    tell you why he was providing that --
8    providing the money to buy the bags?
9              A.    And, for me, help me to make this
10   company happen.
11             Q.    Okay.  And was your father
12   expected to be -- expecting to be re-paid?
13             A.    No.
14             Q.    Okay.  You're aware that your
15   father testified, on behalf of Di Da, that
16   he, in fact, was expecting to be re-paid?
17             A.    That I don't know.  Well, because
18   he was helping me, he gave me the gift.
19             Q.    Okay.  You're aware that your
20   father testified, in this case, that he is
21   expecting to be re-paid though?
22             A.    Maybe he make a mistake.
23             Q.    What was your salary in 2011?
24             A.    $2,000.00 per month.
25             Q.    What was your annual salary in
```

1                          S. ZHU

2          A.     Yes.

3          Q.     Okay.  When did Di Da officially

4    issue you your stock?

5          A.     Well, since I formed -- start to

6    form -- start register company, all the share

7    belong to me.

8          Q.     When did you sign the stock

9    certificate?

10         A.     It was last month.

11         Q.     So, Di Da's  been registered as a

12   corporation since 2010; correct?

13         A.     Yes.

14         Q.     Why is it then that Di Da did not

15   issue you the stock until last month?

16         A.     Because I didn't understand about

17   the process.

18         Q.     What didn't you "understand about

19   the process"?

20         A.     Well, I thought the, you know,

21   the stock, all the share was originally

22   belong to myself.

23         Q.     But what -- well, what changed?

24         A.     Well, later on I found out that I

25   needed to sign.

```
1                       S. ZHU

2               How is the value --

3               MR. COLE:  Strike that.

4          Q.   What value did you pay to Di Da

5     for the 200 shares of stock?

6          A.   "Value"?

7          Q.   Yes, the value.

8          A.   (No response).

9          Q.   Or what consideration did you pay

10    for 200 shares?

11         A.   I do not give in any money.

12         Q.   How was it determined that you

13    would be -- that you would have 200 shares?

14         A.   Because the company belonged to

15    me.

16         Q.   All right.  You could have put

17    500 shares or 300 shares because you didn't

18    pay any money; correct.

19               (Witness reviews the exhibit.)

20         A.   I just put 200 over there.

21         Q.   So, you put 200 shares yourself?

22    This was your idea?

23         A.   Yes.

24         Q.   And you didn't pay any -- you

25    didn't give Di Da any consideration for it?
```

Page 46

```
 1                        S. ZHU
 2              MS. SHIELDS:  Objection.
 3              Calls for a legal answer.
 4      A.      "Any" what?
 5      Q.      You didn't pay?
 6      A.      Correct.
 7      Q.      Okay.  Have you ever provided a
 8      loan to Di Da?  Have you ever loaned your
 9      company money?
10              INTERPRETER:  Can you repeat?
11              (The question was read aloud by
12              the Reporter.)
13      A.      No.
14      Q.      Has Di Da ever taken out a loan
15      from anyone, other than Long Zhu?
16              MS. SHIELDS:  Objection.
17      A.      No.
18      Q.      So, if a loan appeared on the tax
19      returns for Di Da, would that be a mistake?
20      A.      Yeah, mistake.
21      Q.      I'll hand you what has been
22      previously marked as H. Zhu 1, which is the
23      2010 Federal Tax Return for your company.
24              (Handed to the witness.)
25              (Witness reviews the exhibit.)
```

Page 65

                              S. ZHU

1

2        Q.      So, what's the 2000?

3        A.      Including -- including tax.

4        Q.      Does Di Da have employment

5    contracts with Long Zhu?

6        A.      No.  We never sign any contract.

7        Q.      Does Di Da have an employment

8    contract with Hong Zhu?

9        A.      No.

10       Q.      Has Di Da ever had an employment

11   contract with Hong Zhu?

12       A.      No.

13       Q.      How was Hong -- how was HOng

14   Zhu's salary negotiated?

15       A.      No, we did not negotiate.

16       Q.      Okay.  Mr. Zhu, who is Lee Zhu

17   (phonetic)?

18       A.      My younger brother.

19       Q.      And does Lee Zhu go by another

20   name?

21       A.      I call him Jack.

22       Q.      And who is Who Da Shi (phonetic)?

23       A.      My cousin.

24       Q.      Did Di Da recently assign its

25   interest in certain trademarks to Jack Zhu

```
 1                        S. ZHU
 2      and/or Who Da Shi?
 3                  (Off-the-record discussion.)
 4          A.      No, we never give out any shares
 5      to them.
 6          Q.      Not "shares."
 7                  Assigned the interest in the
 8      trademarks.  Certain trademarks.
 9          A.      I think it was a mistake.
10          Q.      Okay.  Why do you think "it was a
11      mistake"?
12          A.      Because; first, I did not
13      transfer them.
14          Q.      What do you mean?
15          A.      I did not transfer the trademarks
16      to them.
17          Q.      Did you authorize someone else to
18      transfer the trademarks?
19          A.      Yes.  Yes, there was a
20      communication.
21          Q.      And can you -- what was the
22      communication?  With who?
23          A.      Because I'm thinking, in the
24      future, I don't want to do this business
25      anymore.
```

```
1                        S. ZHU
2            Q.     Okay.
3            A.     Then I was -- we were talking
4       about children, the childrens, may be in the
5       future, they want to do this kind of
6       business.
7            Q.     Okay.
8            A.     It was just advice.
9            Q.     It was "advice"?
10           A.     We talk about it like this.  You
11      know, there was something like that, that
12      kind of communication.
13           Q.     Okay.  So, let's un-package this
14      a little bit.
15                  Who were you having this
16      discussion with?
17           A.     Amy.
18           Q.     And when?
19           A.     When I was in China.
20           Q.     When?
21           A.     "When"?
22                  Maybe in 2011.
23                  2012.
24           Q.     Okay.  So, in 2012, a year after
25      starting the business, you decided that you
```

```
1                          S. ZHU
2        didn't want to do it any longer and you
3        wanted to transfer trademarks to your cousin.
4        And brother.
5             A.    You could say that.
6             Q.    I'm sorry?
7             A.    You could say that.
8             Q.    It's not what I can say.  I'm
9        asking if that's what it mean.
10            A.      Yes.  I think, you know, maybe
11       as a little bore.  Kind of boring.  Boring.
12            Q.    Okay.  So, how many times did you
13       have this discussion with Amy?
14            A.    One time or two times.
15            Q.    Well, was it one or two?
16            A.    One time.
17            Q.    So, you had a discussion with Amy
18       one time, 2 years ago; correct?
19            A.    Yes.
20            Q.    And what was discussed?
21            A.    Well, I said that, you know, I
22       don't want to do this anymore.
23            Q.    And what else?
24            A.    Childrens, in the future, would
25       they join the company?
```

```
 1                        S. ZHU
 2           Q.     Okay.  And what else?
 3           A.     And also we mentioned about
 4      trademarks.  And should we transfer the
 5      trademarks to them.
 6           Q.     Okay.
 7           A.     That's it.
 8           Q.     All right.  So the question was
 9      asked:  "Should we transfer the trademarks to
10      them?"
11                  Who ask that question?  Did you
12      ask Amy or did Amy ask you?
13           A.     No one asked anyone.  But we were
14      just discussing it, together.
15           Q.     You just said -- and the question
16      was -- "Should we transfer the trademarks to
17      the children?"
18           A.     Yes.
19           Q.     Right.  So, who asked that
20      question?
21           A.     Yeah, I mentioned it.
22           Q.     Okay.  And what was Amy's
23      response?
24           A.     She was just listening.  She
25      didn't do anything.
```

```
1                          S. ZHU
2          Q.    Well, did you tell -- did you
3     give direction to Amy?
4          A.    Yes.
5          Q.    And what was the direction?
6          A.    I asked her to transfer the
7     trademarks to children.
8          Q.    Okay.  But that doesn't sound
9     like a mistake.  You told her to transfer the
10    trademarks; right?
11         A.    Right.
12         Q.    So, what was the mistake that you
13    referenced earlier?
14         A.    No mistake.
15         Q.    Okay.  How did you choose the --
16    which trademarks did you decide to transfer?
17         A.    We did not talk about which
18    trademark, specifically, to transfer -- to
19    have, you know, transferring.
20         Q.    So, every trademark?
21         A.    No.  I just mentioned
22    "trademark."  We didn't say which one.
23         Q.    When you said to Amy, "assign the
24    trademarks to my brother and to your
25    brother," what was her -- what was her
```

Page 132

```
 1                      S. ZHU
 2              That's why I thought that there
 3     was no more of such bags.
 4         Q.    Okay.  When did you move
 5     warehouses?
 6         A.    October of 2012.
 7              August.
 8         Q.    "August" of 2012?
 9         A.    Yes.  During that period of time.
10         Q.    And just to be clear.  Is it your
11     testimony that there was no more inventory as
12     of August of 2012 or that are there was no
13     more inventory as of October 2013?
14         A.    In 2012 I didn't see any of those
15     inventory.
16         Q.    And so, invoices from Di Da to
17     various clients showing that these products
18     were still being sold in as late as of
19     October and December of 2013, those invoices
20     are what?  Inaccurate?
21              MS. SHIELDS:  Objection.
22         A.    I did not prepare this invoices
23     personally.  So, maybe they make a mistake.
24     I don't know.
25         Q.    Okay.  We've heard this before.
```