# <u>EXHIBIT 3</u>

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION


COACH, INC. and COACH
SERVICES, INC.,

        Plaintiffs,

      vs.              Case No.
                 13-cv-7165(SDY)
DI DA IMPORT AND EXPORT INC.
(d/b/a DI DA NEW YORK),

        Defendant.
--------------------------)


Volume 2

CONTINUED VIDEOTAPED DEPOSITION OF

AMY XU SHI

New York, New York

Thursday, October 30, 2014


Reported by:
SHAUNA STOLTZ-LAURIE, RPR, CLR
CSR NO. 810490
JOB NO. 12787

Page 186

1

2

3

4

5                          October 30, 2014

6                          9:34 a.m.

7

8              Continued videotaped deposition of

9       AMY XU SHI, held at the offices of Bryan

10      Cave LLP, 1290 Avenue of the Americas,

11      New York, New York, pursuant to 30(b)(6)

12      Notice and Subpoena, before Shauna

13      Stoltz-Laurie,  Registered Professional

14      Reporter, Certified Realtime Reporter,

15      and a Notary Public of the State of New

16      York.

17

18

19

20

21

22

23

24

25

1                    A. Shi
2        A.   -- I would talk to that person who
3    called over.  If you can't find a store in
4    Ohio, then there's nothing we could do.
5        Q.   All right.
6        A.   Because we do wholesale.
7        Q.   Okay.  And I'm asking you how do
8    you determine whether or not you have a store
9    in Ohio that you've provided whole -- that
10   you've provided wholesale goods or goods
11   wholesale to.
12       A.   I wouldn't know that.
13            We still don't have that many
14   customers.
15       Q.   Okay.  Do you have customers in
16   Illinois?
17       A.   Yes.
18       Q.   How many customers in Illinois do
19   you have?
20       A.   From what I can think of right now,
21   it's four.
22       Q.   And what are their names?
23       A.   I only know the company name.
24       Q.   That's what I'm asking for.  What
25   are the company names?

1                A. Shi

2                (Through the interpreter) I believe

3      it's A-l-i-o-t-o.

4          Q.   Is that the full name?

5          A.   I believe after that there are a

6      few more.  I forgot.

7          Q.   Is that the full name of Alioto?

8          A.   It's possible, yes.

9          Q.   Where is Alioto located?

10         A.   It's also in Chicago I believe.

11         Q.   When did Di Da first sell products

12     to Alioto, what year?

13         A.   It's 2014.

14         Q.   2014?

15         A.   Correct.

16         Q.   Okay.  Have you produced documents

17     related to your sales to Alioto in 2014?

18         A.   Yes.

19         Q.   You provided those to your -- to

20     your counsel?

21         A.   Yes.

22         Q.   When did you provide those to your

23     counsel?

24         A.   When we were doing the discovery.

25     REQ          MR. COLE:  Counsel, I'd like to

1                    A. Shi

2    request that information.  We don't have any

3    company named Alioto in the document

4    production.

5         A.    Can I see your document?

6               Are you sure you don't have it?

7         Q.    I'll ask the questions.

8    (Laughing).

9               No, we don't have the document.

10              What's the next name?  What other

11   companies have you sold to?

12        A.    Randles Gifts.

13        Q.    And where is that company located?

14        A.    In Chicago.

15        Q.    And what year did Di Da first begin

16   selling products to Randles Gifts?

17        A.    I think it's 2013.

18        Q.    Okay.  How many times has Di Da

19   sold products to Randles Gifts?

20        A.    It's quite a few times.  I don't

21   remember how many times.

22        Q.    Is Randles Gifts located in

23   Sherwood, Illinois?

24        A.    I think so.

25        Q.    Okay.  Have you sold products to

```
 1                A. Shi

 2   ever contacted you, who's tried to place an

 3   order on your website, and say, hey, I can't

 4   place an order on your website?

 5        A.   No.

 6             MR. COLE: Okay.  Oh, right, yeah,

 7        the break.  Can we make it short,

 8        please?

 9             THE VIDEOGRAPHER:  The time is

10        3:32 p.m. and we're going off the

11        record.

12             (Recess taken.)

13             THE VIDEOGRAPHER:  The time is

14        3:39 p.m. and we're back on the record.

15        Q.   Ms. Shi, we left off with three --

16   three companies in Illinois.  Are there any

17   others that you can recall where Di Da's sold

18   its goods to?

19        A.   Yes, I remember.

20        Q.   Who?

21        A.   Young's Fashion.

22        Q.   Young's Fashion, okay. And where is

23   Young's Fashion located?

24        A.   Chicago.

25        Q.   And when did Di Da first start
```

1                    A. Shi

2    business with Young's Fashion?

3         A.   2013, 2014 I believe.

4         Q.   Do you know the volume of sales

5    that Di Da -- or of Di Da's products to

6    Young's Fashion in 2013?

7         A.   I don't remember.

8         Q.   Okay.  How about 2014?

9         A.   I don't remember it.

10        Q.   Did you review the invoices of

11   Young's Fashions from -- prior to today's

12   deposition?

13        A.   I did not review them.

14        Q.   And why not?

15        A.   Because I did not know that you

16   will particularly ask about this company.

17        Q.   Do you know who Di Da's largest

18   purchaser is or largest customer is within

19   the state of Illinois?

20        A.   Its largest purchaser?  I don't

21   know.

22        Q.   What company in Illinois has Di Da

23   sold the most products to in 2014.

24        A.   For 2014, I believe it's Young's

25   Fashion.

Page 352

```
 1                    A. Shi

 2             THE COURT REPORTER: Pressed,

 3        p-r-e-s-s-e-d?

 4             THE INTERPRETER:  Pressed by

 5        QuickBook.

 6             Or print.  I'm sorry.  There are so

 7        many selection of words for the

 8        interpreter, so I would say printed.

 9        Q.   Okay.  Are there any other

10   companies, that you can recall, where Di Da

11   has sold products?

12             Sorry.  Let me -- let me rephrase

13   that.

14             Are there any other companies, that

15   you can recall, to whom Di Da has sold

16   products to, who are in Ill -- in Illinois?

17        A.   As of the moment, I could only

18   conceive of these four.

19        Q.   Okay.  Have you ever heard of a

20   company by the name of Dollar Back?

21        A.   Yes.

22        Q.   Is that company based in Illinois?

23        A.   Correct.  I think so, yes.  Yes.

24        Q.   So would it be appropriate to add

25   Dollar Back to the list of companies to whom
```

```
 1                    A. Shi

 2  Di Da has sold products to?

 3       A.   Yeah, you can say that.

 4       Q.   I'm going to hand you what will be

 5  marked as Exhibit number 17.

 6            ([Shi] Exhibit 17, printout of

 7            8/13/2013 invoice from Di Da to Dollar

 8            Back, marked for identification, as of

 9            this date.)

10       Q.   (Continuing) Can you take a minute

11  to review that, please?

12            MR. COLE:  I'm sorry. (Handing.)

13            MS. SHIELDS:  Thank you.

14       A.   Yes.

15       Q.   This is an invoice from Di Da to

16  Dollar Back dated August 13, 2013; is that

17  correct?

18       A.   Correct.

19       Q.   And the "Bill To" is to Dollar

20  Back, which is based in Chicago, Illinois,

21  and the "Ship To" is also to Dollar Back in

22  Chicago, Illinois.  You see that?

23       A.   Yes, I see it.

24       Q.   Okay.  By reviewing Exhibit

25  number 17, does that jog your memory on any
```

```
 1                    A. Shi
 2         Q.   Okay.  And is this an invoice from
 3    Di Da to a company named Madison Street Shoes
 4    located in Forest Park, Illinois?
 5         A.   Yes.
 6         Q.   And does this invoice indicate that
 7    Di Da indeed shipped -- shipped products to
 8    Madison Street Shoes in Forest Park,
 9    Illinois?
10         A.   Correct.
11         Q.   Is there any reason to believe,
12    based on this document, that Di Da did not
13    ship its products to a company named Madison
14    Street Shoes in Forest Park, Illinois?
15         A.   No.
16         Q.   Okay.  Are you familiar with the --
17    with the name Addie Marconi?
18         A.   I'm not familiar with it.
19              (Discussion off the record.)
20         Q.   Are you familiar with the name of a
21    company -- excuse me, with the name Kam
22    Harmon?
23         A.   I have some recollection of it.
24         Q.   All right.  And -- and who or what
25    is Kam Harmon?
```

1          A. Shi

2      Q.   So, Ms. Shi, I was asking you right

3  before that short break -- and I apologize

4  for it, for cutting out like that, but I was

5  asking you before that short break the basis

6  for Di Da's contention that it has not sold

7  any of the products on Exhibit number 7,

8  which contain the trademarks that are

9  currently at issue in this litigation, what

10  the basis of this was.  Do you recall that

11  line of questioning?

12      A.   So you're asking why it's no longer

13  to be sold?

14      Q.   No.

15      A.   Why it is no longer selling?

16      Q.   What is the basis -- I asked you

17  what was the basis for your affirmative

18  statement that Di Da no longer sold or

19  stopped selling these products in August --

20  in July of 2012, and you stated --

21          MR. COLE:  Strike the last part,

22      but --

23      Q.   (Continuing) Do you recall that

24  line of questioning?

25      A.   Yes, I know.

1                    A. Shi

2          Q.    And can you for the record again

3     tell -- tell -- tell me what the basis is?

4          A.    Well, on discovery, I had reviewed

5     the company's invoices, and I remembered it

6     was July -- it was 2012 of July I no longer

7     had seen any of these bags in the company.

8          Q.    Okay.  So I want to make sure we're

9     talking about the same thing, because you

10    were talking about you reviewed the company's

11    invoices in discovery, but now you just

12    referenced seeing the bags.

13         A.    So earlier I mentioned I didn't see

14    -- I didn't see them in the company, that the

15    company was selling, and also the invoices,

16    so that -- that would -- those would be the

17    basis --

18         Q.    Okay.

19         A.    -- for not selling.

20         Q.    Okay.  So it's Di Da's testimony

21    today --

22                (Interruption at the door.)

23         Q.    It is --

24                MR. COLE:  Oh, yes.  Yeah.  Sorry.

25         Sorry.

1               A. Shi

2          No, thank you.  Thank you very

3      much.  I appreciate it.

4      Q.   So it's -- just to be clear, it's

5  -- it's Di Da testimony that these products

6  were no longer being sold as of when?

7      A.   It should be around July or August

8  of 2012.

9      Q.   Okay.  I'm going to hand you what

10  will be marked as [Shi] Exhibit 20.

11          (Discussion off the record.)

12          MS. SHIELDS:  21.

13          MR. COLE:  21.  Thank you.

14          ([Shi] Exhibit 21, printout of

15          12/20/2013 invoice from Di Da for Item

16          Code number A95606, Bates DD 177, marked

17          for identification, as of this date.)

18      Q.   If you could take a look at this

19  invoice for me, and let me know when you have

20  done so.

21      A.   I've looked.

22      Q.   Okay.  Are you familiar with this

23  document?

24      A.   Not familiar with it.

25      Q.   Okay.  Well, based off of our

1              A. Shi

2  review of other invoices today, can you tell

3  for the record generally what this is?

4      A.   It's Di Da's invoice.

5      Q.   Okay.  And now there could be a

6  little confusion on the part -- on your part,

7  because it's redacted, and this was how it

8  was produced to us by your counsel, as the --

9  as your counsel lobbied a certain objection.

10  Nevertheless, here it is.

11       MS. SHIELDS:  Is this a question?

12      Q.   (Continuing) Do you understand?

13      A.   Yes, I understood.

14      Q.   Okay.  And this document,

15  Exhibit 21, is Bates labeled DD 177.

16       First question for you is in Item

17  Code, there's -- there is some Chinese

18  characters there.

19      A.   Yes.

20      Q.   Can you translate?  Can you tell us

21  what that -- what that means or what that

22  says?

23      A.   It's Small Miscellaneous Bag.

24      Q.   Okay.  And the quantity of that

25  Small Miscellaneous Bag is three, correct?

1            A. Shi

2        A.   Yes.

3        Q.   Okay.  Going three -- two -- two

4   lines down, next to Quantity 2, there's an

5   Item Code.  It reads [alpha] 95606.  Do you

6   see that?

7        A.   Yes, I see it.

8        Q.   And in the Description, it's called

9   Cross Body Bag.  Do you see that?

10       A.   Yes.

11       Q.   Okay.  I want to turn your

12   attention back to Exhibit number 7.  And you

13   just testified several times over that you've

14   reviewed the invoices, and based on your

15   review of those invoices, Di Da absolutely

16   stopped selling these bags in July of 2012.

17   Do you recall testifying to that?

18       A.   Yes, I remembered.

19       Q.   Okay.  Having reviewed this invoice

20   and comparing it to the items that are on

21   Exhibit number 7, is it still your contention

22   that Di Da absolutely stopped selling these

23   products in July of 2012?

24       A.   Correct.

25       Q.   Okay.  So let's walk it through.

1           A. Shi

2    Let's walk through it.

3           Turn your -- turning your attention

4    to page two of Exhibit 7, the fourth column,

5    or the fourth row, third column --

6           THE INTERPRETER:  I'm sorry.  You

7       said fourth column, or third column?

8           MR. COLE:  Fourth row, third

9       column.

10          THE INTERPRETER:  Okay.

11      Q.   -- do you see that image which has

12   a model number of [alpha] 95606?  Do you see

13   that?

14      A.   Yes, I see it.

15      Q.   Okay.  Going back to Exhibit

16   number 21, is that the same model number that

17   we just reviewed off of Exhibit number 7?

18      A.   Yes.

19      Q.   Okay.  So you would agree that this

20   invoice is purporting to sell and ship a

21   product off of Exhibit number 7, specifically

22   the -- off of the second page, fourth row

23   down, third column over.  You would agree

24   that the invoices -- that the invoice and

25   that image are the same, and are -- I'm

1                    A. Shi

2    sorry, refer -- referring to the same thing.

3        A.    The numbers are the same.

4        Q.    Okay.  So is it fair to say that

5    this invoice (indicating) is referencing the

6    shipping and selling of the product that's

7    found on Exhibit number 7 that we just talked

8    about?

9        A.    What do you mean?

10       Q.    The invoice on Exhibit number 21

11   shows that one product with Item Code A95606

12   was being shipped and sold.  Understand?

13       Q.    And my question --

14       A.    Yes.

15       Q.    -- is can we agree that this

16   invoice and be the model number referenced on

17   this invoice is referring to the image and

18   model number that's shown on Exhibit

19   number 7.

20       A.    Correct.

21       Q.    Okay.  What is the date listed on

22   the -- on the invoice on Exhibit number 21?

23       A.    December 20th, 2013.

24       Q.    Okay.  And about the middle way of

25   the page, where it says "Ship," do you see --

1                    A. Shi

2    do you see that, middle of the page?

3         A.    Yes.

4         Q.    Okay.  And what is the date that's

5    listed there?

6         A.    December 20th, 2013.

7         Q.    Okay.  If I'm doing the math

8    correct, that's more than a year and a half

9    after you've just testified for 10 minutes

10   that Di Da last shipped the product listed on

11   Exhibit number 7.  That's almost a year and a

12   half after the fact from when you testified

13   was the last date, correct?

14        A.    Correct.

15        Q.    Okay. All right.  I'm going to

16   introduce to you Exhibit number 22.

17             ([Shi] Exhibit 22, printout of

18             12/27/2013 invoice from Di Da  for Model

19             number 88607, Bates DD 201, marked for

20             identification, as of this date.)

21        Q.    (Continuing) If you can take a

22   minute to review that document and let me

23   know when you've done so.

24        A.    Yes, I see it.

25        Q.    Okay.  For the record, can you --

```
 1                    A. Shi
 2   are you -- can you identify Exhibit number 22
 3   for us?
 4        A.   It's a Di Da -- it's Di Da's
 5   invoice.
 6        Q.   Okay.  And what's the date of that
 7   invoice?
 8        A.   December 27th, 2013.
 9        Q.   Reviewing this document, do you see
10   any of the numbers or any of the model
11   numbers on invoice number 22 that are -- that
12   are shown on invoice number 22?
13        A.   Yes.
14        Q.   Do you find any of the model
15   numbers that are listed there on -- do you
16   find any of those same model numbers listed
17   on Exhibit number 7?
18        A.   Yes.  The last column.
19        Q.   The last column.
20             And you're referring to Exhibit
21   number 22?
22        A.   Yes.
23        Q.   All right.  And you said column.  I
24   think you're referring to the last -- the
25   last row.  Is that correct?
```

1                  A. Shi

2        A.    Yes.

3        Q.    Okay.  And it looks like a quantity

4   of two.

5        A.    Yes.

6        Q.    And that model number, for clarity,

7   is 88607, correct?

8        A.    Correct.

9        Q.    Okay.  And where do you find that

10  number on Exhibit number 7?

11       A.    It's over here (indicating), on the

12  second page.

13       Q.    Second page.  And you're referring

14  to the second page of Exhibit number 7, the

15  first row, first column; is that correct?

16       A.    Correct.

17       Q.    Okay.  Do you see on an invoice --

18  on the invoice Exhibit number 22, do you see

19  a Ship Date there?

20       A.    December 27th, 2013.

21       Q.    Okay.  Again, that's not July of

22  2012, is it?

23       A.    Correct.

24       Q.    Do you know -- do you recall when

25  the lawsuit in this case was filed?

```
 1                        A. SHI
 2    it?  Who would have done that?
 3                MS. SHIELDS:  Objection.
 4          Q.    If you know?
 5          A.    Can you please repeat that?
 6          Q.    You stated that you mistakenly
 7    placed your brother on the application.  And
 8    then you said, no, I did not put my brother's
 9    name on the application.
10                My question is.  Your brother's
11    name still appears on certain applications.
12    And so, I'm trying to figure out who would
13    with have inserted your brother's name on a
14    Trademark Application if you did not do it?
15                MS. SHIELDS:  Objection.
16          A.    All I know is that when I applied
17    for trademark, trademarks, I never put my
18    brother's name down.
19          Q.    All right.  Why did you testify
20    five minutes ago that you mistakenly put your
21    brother's name down?  What were you referring
22    to?
23          A.    I was talking about an
24    Assignment.
25          Q.    An "Assignment" of what?
```

```
 1                         A. SHI

 2           A.     It's Assignment of the Trademark.

 3           Q.     You're trying to assign the

 4      rights of the trademarks to your brother?

 5           A.     Yeah.

 6           Q.     And who decided to assign the

 7      rights of the trademarks to your brother?

 8           A.     Sam Zhu.

 9           Q.     And when was that decision made?

10           A.     Well, he had mentioned it all

11      along.  But the actual time when I submitted

12      it, it was in August.

13           Q.     Of what year?

14           A.     2014.

15           Q.     Do you have documentation of your

16      submission of the Assignment to your brother?

17           A.     Yeah.

18                  MR. COLE:  Counsel?

19           Q.     Have you produced those documents

20      to your counsel?

21           A.     No.

22                  MR. COLE:  Counsel?  I ask that

23           those documents be produced.

24                  MS. SHIELDS:  Sure.

25                  THE WITNESS:  I'm sorry to
```



**DI DA IMPORT & EXPORT INC**

7416 Grand Ave
Elmhurst, NY 11373
Tel: 718-4768888
Fax: 718-4768885

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/12/2013 | 2139 |

PAID

| Bill To | Ship To |
|---------|---------|
| YOUNG'S FASHION<br>6310 W. TOUHY AVE.<br>STE 203<br>NILES, IL 60714<br>USA | YOUNG'S FASHION<br>6310 W. TOUHY AVE.<br>STE 203<br>NILES, IL 60714<br>USA |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| 0014412 | N 30 | | 8/12/2013 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 12 | WNA3003BLACK | Satchel | 20.90 | 250.80 |
| 6 | WNA3003KHAKI | Satchel | 20.90 | 125.40 |
| 6 | WNA3003TAN | Satchel | 20.90 | 125.40 |
| 6 | WNA3003WINE | Satchel | 20.90 | 125.40 |
| 12 | WX3003LG LEOP | Satchel | 21.85 | 262.20 |
| 12 | WX3003DK LEOP | Satchel | 21.85 | 262.20 |
| 12 | YG1301BLACK | Hipster Satchel w/ Strap | 21.85 | 262.20 |
| 6 | YG1301COF | Hipster Satchel w/ Strap | 21.85 | 131.10 |
| 6 | YG1301RED | Hipster Satchel w/ Strap | 21.85 | 131.10 |
| 12 | L3008BLACK | Urban Satchel | 21.85 | 262.20 |
| 6 | L3008BEIGE | Urban Satchel | 21.85 | 131.10 |
| 2 | L3008RED | Urban Satchel | 21.85 | 43.70 |
| 6 | L3008COF | Urban Satchel | 21.85 | 131.10 |
| 6 | L3008KHAKI | Urban Satchel | 21.85 | 131.10 |
| | SHIPPING | UCL | 0.00 | 0.00 |

| | **Total** | $2,375.00 |
|--|-----------|-----------|

## CONFIDENTIAL--SUBJECT TO PROTECTIVE ORDER  DD 2614



EXHIBIT
Shi 16
PENGAD 800-631-6989
10/30/14 SSL