# **EXHIBIT 4**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

COACH, INC. and COACH
SERVICES, INC.,

       Plaintiffs,

    vs.                   Case No.
                           13-cv-7165(SDY)

DI DA IMPORT AND EXPORT INC.
(d/b/a DI DA NEW YORK),

       Defendant.
------------------------------)


VIDEOTAPED DEPOSITION OF LONG ZHU

New York, New York

Wednesday, October 29, 2014


Reported by:
SHAUNA STOLTZ-LAURIE, RPR, CLR
CSR NO. 810490
JOB NO. 12786

Page 2

1
2
3
4
5         October 29, 2014
6          10:06 a.m.
7
8         Videotaped deposition of LONG ZHU,
9    held at the offices of Bryan Cave LLP,
10   1290 Avenue of the Americas, New York,
11   New York, pursuant to 30(b)(6) Notice,
12   before Shauna Stoltz-Laurie, Registered
13   Professional Reporter, Certified
14   Realtime Reporter, and a Notary Public
15   of the State of New York.
16
17
18
19
20
21
22
23
24
25

Page 13

1          Long Zhu
2     Q.   How long have you lived at your
3  current address?
4     A.   Two to three years.
5     Q.   And --
6     A.   Over two years.  Over two years.
7     Q.   Before your current address, were
8  you living at another location, another
9  address in Flushing, New York?
10    A.   Yes.
11         (In English) Yes.
12    Q.   (Through the interpreter) Do you
13 currently -- do you reside at your current
14 location year round?
15    A.   Yes.
16    Q.   Do you -- do you own the property
17 at that location?
18    A.   No.  I rent it.
19    Q.   Do you own any property in China?
20    A.   Yes.
21    Q.   Were you -- were you born in China?
22         Where were you born?
23    A.   China.
24    Q.   In what province?
25    A.   Shanghai.  I was born in Shanghai.

Page 14

1                    Long Zhu
2        Q.   And do you currently visit Shanghai
3    -- Shanghai often?
4        A.   Yes.
5        Q.   And is that where you own property?
6        A.   Not in Shanghai.
7        Q.   Where do you own property?
8        A.   In Guang Zhou.
9             THE INTERPRETER:  G-u-a-n-g
10    Z-h-o-u.
11       Q.   When was the last time you visited
12   China?
13       A.   I just came back.
14       Q.   When?
15       A.   I came back on the 26th.
16       Q.   And how long were you there?
17       A.   I was there last month.
18       Q.   So you went to China last month and
19   stayed the entire time until the 26th?
20       A.   No.  I went in August and I came
21   back in October.  I was there for over two
22   months.
23       Q.   Okay.  Were you there on business?
24            Why were -- why were you in China
25   for two -- for over two months?

Page 15

1              Long Zhu
2      A.   I was on a business trip.
3      Q.   And what kind of -- what business
4  is that?
5      A.   Handbags.
6      Q.   Handbags?
7      A.   Yes, handbags.
8      Q.   Do you -- are you currently
9  employed by -- by a particular company?
10     A.   I work at Di Da.
11     Q.   I'm going to hand you what will be
12  marked as Exhibit number 1.
13          ([L. Zhu] Exhibit 1, Rule 30(b)(6)
14     Deposition Notice of Di Da, marked for
15     identification, as of this date.)
16     Q.   What's been marked as Exhibit
17  number 1, if you could take a few minutes to
18  look at the document, peruse it, and let me
19  know when you've done so.
20     A.   But I can't read it.  (Perusing
21  document).
22     Q.   Okay.
23          (Cellphone interruption.)
24     Q.   Are you aware -- are you aware that
25  you're here pursuant to a Rule 30(b)(6)

Page 46

1             Long Zhu

2 ad magazine with pictures, and she was

3 involved in that.

4     Q. Does she still -- is she still

5 involved with the -- with advertising for

6 Di Da?

7     A. No, she's not involved in

8 advertising for Di Da.

9     Q. You just said that she would -- you

10 just testified that she would be involved

11 with print ads for Di Da.

12     A. No.

13     What I meant is she works in the

14 handbag at the handbag manufacturers.

15     Q. Your wife works in China, at the

16 manufacturer?

17     A. Yes.

18     Q. Does your -- all right. We've

19 talked about two manufacturers.

20     Did your wife work for the first

21 manufacturer, or the second manufacturer?

22     A. The second one.

23     Q. Okay. Where is your -- where is

24 your wife -- where does your wife live?

25     A. She lives in Guang Zhou.

Page 47

```
 1                    Long Zhu
 2       Q.   So she does not live --
 3       A.    -- in China.
 4       Q.   She does not live in Flushing, New
 5  York with you.
 6       A.   She doesn't, no.
 7            She lives in China.
 8       Q.   And what does your wife do for the
 9  manufacturer in China?
10       A.   Taking pictures.
11       Q.   What do you mean?
12       A.   Taking pictures of the handbags.
13       Q.   Of what?  What does she do?
14            Why is she taking pictures of
15  handbags?
16       A.   Because we're making our bags, and
17  the clasp of the bag, the metal, the metal
18  parts -- yeah, the metal parts of the bags,
19  she would take pictures of the metal parts of
20  the -- of the bags, and with that, we import
21  ourselves --
22            (Interpreter confers with the
23       witness.)
24       A.    -- with -- with the photographs, it
25  helps us import these metal parts ourselves.
```

TransPerfect Legal Solutions
depo@transperfect.com -- 212.400.8845

Page 52

1         Long Zhu
2    Q.   So Di Da does not own the
3 warehouse?
4    A.   Di Da is not the landlord.  Di Da
5 only rents it.
6    Q.   Okay.  And who is the landlord?
7    A.   I don't know.
8    Q.   Do you own the warehouse?
9    A.   It's not me.
10   Q.   Is it anyone who works for Di Da?
11 Does anyone -- yeah.  Is it anyone who works
12 for Di Da?
13   A.   No.
14   Q.   And what's -- and how do you know
15 that?
16   A.   Because the landlord not only rents
17 to us but rents to a lot of other people.
18   Q.   So how is it that you make
19 approximately 12 -- excuse me.
20        MR. COLE:  Strike that.
21   Q.   How often do you go back to China
22 to -- to hand-pick designs for Di Da?
23   A.   I'm often in China.
24   Q.   For what purpose?
25   A.   Because I'm in charge of the

Page 73

1              Long Zhu
2      A.   Generally speaking, the initial
3  payment would be --
4           (Interpreter confers with the
5      witness.)
6      A.    -- would be -- the initial payment
7  would be 20 to 30 percent to the factory
8  owner, and then three to five months later
9  the balance would be paid.
10     Q.   Okay.  How would you pay that 20 to
11 30 percent?
12     A.   In cash, in RMBs.
13     Q.   Or what?
14     A.   Remnibi.
15          THE INTERPRETER:  Chinese currency,
16     RMBs.
17          MR. COLE: Okay.
18     Q.   Where would you get the cash from?
19     A.   I sold property in 2010, property
20 that was in China.  That's where I got the
21 cash.
22     Q.   You sold property.
23     A.   Yes.
24          It was mine.
25     Q.   Okay.  So did you purchase -- did

Page 74

1               Long Zhu
2    you loan the money to the company?
3        A.   Yes.
4             I invested the money in -- in the
5    merchandise.
6        Q.   Is there any documentation showing
7    that you gave a loan to the company in 2010?
8             MS. SHIELDS:  Objection.
9        A.   There's no documentation.
10       Q.   How much money did you loan the
11   company in 2010?
12            MS. SHIELDS:  Objection.
13       A.   No, I did not lend money to the
14   company.  I yielded 200,000 U.S. dollars from
15   -- from selling the property, and that money
16   was spent all on -- that money was spent on
17   -- on merchandise.
18            (Discussion off the record.)
19       Q.   Do you have an ownership interest
20   in Di Da?
21       A.   No.
22       Q.   How many owners -- how many owners
23   does Di Da have?
24       A.   You mean owners, shareholders?
25       Q.   Sure.

Page 75

1        Long Zhu
2    A.   One.
3    Q.   And who is that?
4    A.   My son, Sam.
5    Q.   So in exchange for -- for
6  purchasing $200,000 in goods for Di Da, you
7  receive approximately $12,000 a year; is that
8  correct?
9    A.   No, no.
10        That's separate. That's my --
11 those are my -- that's my salary, the 12,000.
12   Q.   Do you expect to be repaid the
13 $200,000 that you used to buy merchandise for
14 the company?
15   A.   The company is not making a profit
16 yet. When it does, I'm positive that I will
17 be repaid.
18   Q.   So it is a loan. So you did give a
19 loan of $200,000 to the company.
20        MS. SHIELDS: Objection.
21   A.   Yes. Yes.
22   Q.   Okay. Do you make any -- do you
23 defer all decision-making for the company to
24 your son, Sam?
25   A.   Yes.