**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| COACH, INC. and COACH SERVICES, INC., | ) | Civil Action No.: 1:13-cv-7165 |
| | ) | |
| | ) | Judge Der-Yeghiayan |
| Plaintiffs, | ) | Magistrate Judge Martin |
| | ) | |
| v. | ) | DECLARATIONS OF |
| | ) | AMY SHI AND CAROLYN |
| DI DA IMPORT AND EXPORT INC. d/b/a | ) | SHIELDS IN SUPPORT OF |
| DI DA NEW YORK, | ) | DEFENDANT'S |
| | ) | MOTION TO DISMISS |
| Defendant. | ) | |
| | ) | Date: January 28, 2015 |
| | ) | Time: 9:00 a.m. |
| | ) | Place: Courtroom 1903 |

## DECLARATION OF AMY SHI

I, Amy Shi, declare:

1.      I am a vice president of DI DA Import and Export Inc. ("DI DA"), the defendant in this action, and am in charge of DI DA's sales. I have personal knowledge of the facts set forth herein and if called as a witness could and would competently testify thereto.

2.      DI DA is incorporated under the laws of the state of New York and has its principal place of business in the city and state of New York.

3.      DI DA has never been present in the state of Illinois. DI DA does not have an office in Illinois; does not have any employees in Illinois; does not have any bank accounts in Illinois; does not have any property in Illinois; does not have any agents in Illinois; has not designated any agent for service of process in Illinois; does not solicit business in Illinois.

4.      DI DA sells to wholesalers. DI DA makes most of its sales at trade shows, located in Las Vegas, Nevada and in Florida. At the trade shows, customers place orders, and I fill those orders when I return to DI DA's showroom and warehouse in the state of New York and ship the goods to the addresses given to DI DA at the trade shows. Trade show customers occasionally are repeat customers, calling from their home states to DI DA in New York to place subsequent orders, which DI DA ships from New York to their addresses. Other customers are customers who drop into DI DA's showroom in New York. Documents memorializing DI DA's sales, identifying customers and their addresses, have been produced by DI DA during discovery.

5.      DI DA does not have activities in Illinois that are so continuous and systematic as to make DI DA at home in Illinois.

6.      DI DA maintains a website, didanewyork.com ("Website"). The Website is available throughout the world wherever a user can access the internet. The Website does not target Illinois customers. It is passive and not interactive: one accessing the Website can see

information about DI DA's products but cannot place orders through the website. DI DA does not transact business over the Website. Attached hereto as Exhibit B is a true and correct copy of emails from users who asked whether orders could be placed over the website, and DI DA's replies that they could not. There is a unilateral email function on the Website that allows a user to send an email to DI DA but not to place orders. Exhibit B shows that DI DA's replies to such emails are addressed to the users' email addresses. The Exhibit B documents were produced to plaintiffs in discovery.

7. The volume and value of sales to customers in Illinois is very small as well as a small proportion of DI DA's total sales. Attached hereto as Exhibit A are true and correct copies of invoices to customers located in Illinois. These were produced to plaintiffs during discovery. I calculated the proportion that sales to DI DA customers located in Illinois bear to all DI DA sales. In 2012 that proportion was 0.14 percent; in 2013 that proportion was 1.24 percent. Attached as Exhibit C is a true and correct copy of my calculations. The documents on which my calculations are based—sales invoices (Exhibit A hereto) and tax returns—were produced to plaintiffs during discovery.

8. DI DA did not sell the duffle bag to the Chicago seller who allegedly sold the bag to Coach's investigator. Plaintiffs disclosed the name of the seller as Maruti Convenience Corner, owned by Maruti Convenience Corporation. I reviewed all of DI DA's invoices and determined that DI DA never sold to that seller or to that address. These sales invoices were produced by DI DA to plaintiffs during discovery. That seller must have obtained the bag from another source. DI DA had discontinued that item before the date of Coach's claimed purchase.

9. The goods referenced on the invoices to customers in Illinois (Exhibit A hereto) were plain bags and did not bear any of the marks that are the subject of this lawsuit. A comparison of the model numbers on the Exhibit A invoices with the photographs of DI DA's goods, both of which were produced to plaintiffs during discovery, shows this. Accordingly, any injury which plaintiffs claim did not arise out of DI DA's sales to customers located in Illinois.

10. The order in 2013 from Young's Fashion, a customer of DI DA's located in Illinois, was placed in Las Vegas at a trade show and was completed in New York, with delivery effected to Young's Fashion's shipping forwarder in New York City. This is also shown by the transcript of the sworn deposition testimony of Young's Fashion's Rule 30(b)(6) designee, a copy of which is attached as an exhibit to the declaration of Carolyn Shields.

11. The goods sold by DI DA to Young's Fashion were plain bags and did not bear any of the marks that are the subject of this action. Attached as an exhibit to the declaration of Carolyn Shields is a copy of a portion of the transcript of the deposition of Young's Fashion's 30(b)(6) witness stating that the bags bought from DI DA were plain bags, without marks. DI DA produced during discovery the model numbers of DI DA's goods and photographs of those model numbers, showing that the sales to Young's Fashion were not sales complained of by plaintiffs in this lawsuit.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 23, 2015.

AMY SHI

# EXHIBIT A

**Invoice**

D&D

7416 Grand Ave
Elmhurst, NY 11373
Tel: 718-4768888
Fax: 718-4768885

| Date | Invoice # |
|------|-----------|
| 10/8/2013 | 2311 |

PAID

| Bill To | Ship To |
|---------|---------|
| ELLANA DESIGN<br>7511 SOUTH COTTAGE GROVE.<br>CHICAGO, IL 60619 | ELLANA DESIGN<br>7511 SOUTH COTTAGE GROVE.<br>CHICAGO, IL 60619 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
|  |  | AS | 10/8/2013 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1 | WZ5033BLACK | Weekender bag w/ coin pouch | 22.00 | 22.00 |
| 1 | WZ5033LG COF | Weekender bag w/ coin pouch | 22.00 | 22.00 |
| 1 | WNA1006BLACK | Satchel w/ Strap | 21.00 | 21.00 |
| 1 | WNA1006RED | Satchel w/ Strap | 21.00 | 21.00 |
| 1 | WNA3003TAN | Satchel | 22.00 | 22.00 |
| 1 | WNA3003BLACK | Satchel | 22.00 | 22.00 |
| 1 | LSZ5001BLACK | Beloved Satchel w/ strap | 22.00 | 22.00 |
| 1 | WJ5003BLACK | 2 IN 1 Satchel | 17.00 | 17.00 |
| 1 | WNA5013BLACK | Side Zips W/ Satchel | 22.00 | 22.00 |
| 1 | WNA5013RED | Side Zips W/ Satchel | 22.00 | 22.00 |
| 1 | WNA3026ORG | SHLD BAG W/ STP | 21.00 | 21.00 |
| 1 | WNA3026BLACK | SHLD BAG W/ STP | 21.00 | 21.00 |
| 1 | L3011KHAKI | ER GRN Simple Satchel | 20.00 | 20.00 |
|  | SHIPPING |  | 19.00 | 19.00 |

| | Total | $294.00 |
|--|-------|---------|

**CONFIDENTIAL--SUBJECT TO PROTECTIVE ORDER  DD 1990**

# Invoice

**D&D**
7416 Grand Ave
Elmhurst, NY 11373
Tel: 718-4768888
Fax: 718-4768885

| Date | Invoice # |
|------|-----------|
| 12/13/2012 | 1605 |

PAID

| Bill To | Ship To |
|---------|---------|
| RANDLES GIFTS<br>1224 CALLAWAY DR. NORTH<br>SHOREWOOD, IL 60404<br>USA | RANDLES GIFTS<br>1224 CALLAWAY DR. NORTH<br>SHOREWOOD, IL 60404<br>USA |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
|  |  |  | 12/12/2012 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1 | LF1892ORG | SIMPLE SATCHEL | 19.00 | 19.00 |
| 1 | LF1892ROS | SIMPLE SATCHEL | 19.00 | 19.00 |
| 1 | L12001BLACK | Crossbody | 9.00 | 9.00 |
| 1 | LF1885RED | CITY SATCHEL | 21.00 | 21.00 |
| 1 | LF1885BLACK | CITY SATCHEL | 21.00 | 21.00 |
| 1 | LF1885ORG | CITY SATCHEL | 21.00 | 21.00 |
| 1 | LF2807ROS | CHAIN SATCHEL | 20.00 | 20.00 |
| 1 | LF2807BRN | CHAIN SATCHEL | 20.00 | 20.00 |
| 1 | LF9907SBRN | URBAN SATCHEL | 20.00 | 20.00 |
| 2 | WA1005D.COF | SATCHEL W/ CHAIN | 21.00 | 42.00 |
|  | SHIPPING |  | 18.90 | 18.90 |

| | **Total** | $230.90 |
|---|-----------|---------|

**CONFIDENTIAL--SUBJECT TO PROTECTIVE ORDER  DD 2118**

DD IMPORT & EXPORT INC

7416 Grand Ave
Elmhurst, NY 11373
Tel: 718-4768888
Fax: 718-4768885

| Date | Invoice # |
|------|-----------|
| 1/18/2013 | 1702 |

PAID

**Bill To**

RANDLES GIFTS
1224 CALLAWAY DR. NORTH
SHOREWOOD, IL 60404
USA

**Ship To**

RANDLES GIFTS
1224 CALLAWAY DR. NORTH
SHOREWOOD, IL 60404
USA

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | | | 1/18/2013 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1 | L12001BLACK | Crossbody | 9.00 | 9.00 |
| 1 | WA1011BLK | SATCHEL W/ STP | 18.00 | 18.00 |
| 1 | LF1892BLACK | SIMPLE SATCHEL | 19.00 | 19.00 |
| 1 | LF1885BLACK | CITY SATCHEL | 21.00 | 21.00 |
| 1 | WA1006DCOF | SATCHEL W/ CHAIN | 21.00 | 21.00 |
| 1 | L12001COF | Crossbody | 9.00 | 9.00 |
| 1 | LF9907SBLACK | URBAN SATCHEL | 20.00 | 20.00 |
| 1 | LF1809BLACK | QUILTED GLMR TOTE | 21.00 | 21.00 |
| | SHIPPING | | 7.00 | 7.00 |

| | | **Total** | $145.00 |
|--|--|-----------|---------|

**CONFIDENTIAL--SUBJECT TO PROTECTIVE ORDER  DD 2197**



DIDAI IMPORT & EXPORT INC

7416 Grand Ave
Elmhurst, NY 11373
Tel: 718-4768888
Fax: 718-4768885

**Invoice**

| Date | Invoice # |
|------|-----------|
| 3/13/2013 | 1782 |



PAID

| Bill To | Ship To |
|---------|---------|
| RANDLES GIFTS<br>1224 CALLAWAY DR. NORTH<br>SHOREWOOD, IL 60404<br>USA | RANDLES GIFTS<br>1224 CALLAWAY DR. NORTH<br>SHOREWOOD, IL 60404<br>USA |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
|  |  |  | 3/13/2013 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1 | WLA5005BLUE | 3 IN 1 SHLD BAG | 25.00 | 25.00 |
| 1 | EY3121BLACK | Crocodile Print Satchel | 22.00 | 22.00 |
| 1 | EY3122BLACK | Crocodile Print Satchel w/ Srik Skin Handle | 22.00 | 22.00 |
| 1 | EY3124BEIGE | Crocodile Print Shld Bag | 22.00 | 22.00 |
| 1 | EY3123BLACK | Crocodile Print Satchel | 22.00 | 22.00 |
| 1 | BW1016BLACK | LEOPARD SATCHEL-2 ZIP | 21.00 | 21.00 |
| 1 | BW1016BLUE | LEOPARD SATCHEL-2 ZIP | 21.00 | 21.00 |
| 1 | WNA3003WINE |  | 22.00 | 22.00 |
| 1 | BW1017ROSE | SM LEOPARD SATCHEL-2 ZIP | 20.00 | 20.00 |
| 1 | EY3120RED | 2 IN 1 Crocodile Print Tote | 22.00 | 22.00 |
| -1 | WA1009BLK | SATCHEL W/ STP | 17.00 | -17.00 |
|  | SHIPPING |  | 18.49 | 18.49 |

| | **Total** | $220.49 |
|--|-----------|---------|

CONFIDENTIAL--SUBJECT TO PROTECTIVE ORDER  DD 2280

# Invoice

**D&D** 7416 Grand Ave
Elmhurst, NY 11373
Tel: 718-4768888
Fax: 718-4768885

| Date | Invoice # |
|------|-----------|
| 4/1/2013 | 1877 |

PAID

| Bill To |
|---------|
| ELLANA DESIGN
7511 SOUTH COTTAGE GROVE.
CHICAGO, IL 60619 |

| Ship To |
|---------|
| ELLANA DESIGN
7511 SOUTH COTTAGE GROVE.
CHICAGO, IL 60619 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| 0013537 | | | 4/1/2013 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1 | EY3124BEIGE | Crocodile Print Shld Bag | 22.00 | 22.00 |
| 1 | EY3124BLACK | Crocodile Print Shld Bag | 22.00 | 22.00 |
| 1 | EY3124RED | Crocodile Print Shld Bag | 22.00 | 22.00 |
| 1 | WNA5009RED | Bridal Satchel | 22.00 | 22.00 |
| 1 | WO6010BLACK | Polka Dot Barrel Satchel | 22.00 | 22.00 |
| 1 | WO6011COF | Polka Dot Satchel | 22.00 | 22.00 |
| 1 | BW1016BLACK | LEOPARD SATCHEL-2 ZIP | 21.00 | 21.00 |
| 1 | 9563BEIGE | HANDBAG SHOULDER | 15.00 | 15.00 |
| | SHIPPING | | 14.00 | 14.00 |

| | **Total** | $182.00 |
|--|-----------|---------|

**CONFIDENTIAL--SUBJECT TO PROTECTIVE ORDER  DD 2371**



DIDA IMPORT & EXPORT INC

# Invoice

7416 Grand Ave
Elmhurst, NY 11373
Tel: 718-4768888
Fax: 718-4768885

| Date | Invoice # |
|------|-----------|
| 9/3/2013 | 2223 |

**PAID**

| Bill To | Ship To |
|---------|---------|
| ELLANA DESIGN<br>7511 SOUTH COTTAGE GROVE.<br>CHICAGO, IL 60619 | ELLANA DESIGN<br>7511 SOUTH COTTAGE GROVE.<br>CHICAGO, IL 60619 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | | | 9/3/2013 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1 | YG1301BLACK | Hipster Satchel w/ Strap | 23.00 | 23.00 |
| 1 | L3008COF | Urban Satchel | 23.00 | 23.00 |
| 1 | WNA1006RED | Satchel w/ Strap | 21.00 | 21.00 |
| 1 | WH5001BLACK | 2 IN 1 TOTE | 24.00 | 24.00 |
| 1 | BW1016BLACK | LEOPARD SATCHEL-2 ZIP | 20.00 | 20.00 |
| | SHIPPING | | 11.04 | 11.04 |

| | **Total** | $122.04 |
|--|-----------|---------|

**CONFIDENTIAL--SUBJECT TO PROTECTIVE ORDER   DD 2398**

# Invoice

**D&D** IMPORT & EXPORTING
7416 Grand Ave
Elmhurst, NY 11373
Tel: 718-4768888
Fax: 718-4768885

| Date | Invoice # |
|------|-----------|
| 8/12/2013 | 2139 |

| Bill To | Ship To |
|---------|---------|
| YOUNG'S FASHION<br>6310 W. TOUHY AVE.<br>STE 203<br>NILES, IL 60714<br>USA | YOUNG'S FASHION<br>6310 W. TOUHY AVE.<br>STE 203<br>NILES, IL 60714<br>USA |

PAID

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| 0014412 | N 30 | | 8/12/2013 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 12 | WNA3003BLACK | Satchel | 20.90 | 250.80 |
| 6 | WNA3003KHAKI | Satchel | 20.90 | 125.40 |
| 6 | WNA3003TAN | Satchel | 20.90 | 125.40 |
| 6 | WNA3003WINE | Satchel | 20.90 | 125.40 |
| 12 | WX3003LG LEOP | Satchel | 21.85 | 262.20 |
| 12 | WX3003DK LEOP | Satchel | 21.85 | 262.20 |
| 12 | YG1301BLACK | Hipster Satchel w/ Strap | 21.85 | 262.20 |
| 6 | YG1301COF | Hipster Satchel w/ Strap | 21.85 | 131.10 |
| 6 | YG1301RED | Hipster Satchel w/ Strap | 21.85 | 131.10 |
| 12 | L3008BLACK | Urban Satchel | 21.85 | 262.20 |
| 6 | L3008BEIGE | Urban Satchel | 21.85 | 131.10 |
| 2 | L3008RED | Urban Satchel | 21.85 | 43.70 |
| 6 | L3008COF | Urban Satchel | 21.85 | 131.10 |
| 6 | L3008KHAKI | Urban Satchel | 21.85 | 131.10 |
| | SHIPPING | UCL | 0.00 | 0.00 |

| | **Total** | $2,375.00 |
|--|-----------|-----------|

**CONFIDENTIAL--SUBJECT TO PROTECTIVE ORDER   DD 2614**



7416 Grand Ave
Elmhurst, NY 11373
Tel: 718-4768888
Fax: 718-4768885

| Date | Invoice # |
|------|-----------|
| 8/13/2013 | 2151 |

**PAID**

| Bill To | Ship To |
|---------|---------|
| DOLLAR BACK<br>3909 W Ainslie St<br>Chicago, IL 60625 | DOLLAR BACK<br>5606 W. BELMONT AVE<br>CHICAGO IL, 60634 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| 0014477 | | | 9/3/2013 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1 | WX5022DKLEOP | Feminine shoulder bag | 23.00 | 23.00 |
| 1 | WX3003LG LEOP | Satchel | 23.00 | 23.00 |
| 1 | WX5021DKLEOP | Chain shoulder bag | 23.00 | 23.00 |
| 1 | WX5021LG LEOP | Chain shoulder bag | 23.00 | 23.00 |
| 1 | WX5020DKLEOP | Diva satchel | 23.00 | 23.00 |
| 1 | WX5020LG LEOP | Diva satchel | 23.00 | 23.00 |
| 1 | YG1301BLACK | Hipster Satchel w/ Strap | 23.00 | 23.00 |
| 1 | YG1301COF | Hipster Satchel w/ Strap | 23.00 | 23.00 |
| 1 | WZ5021BLUE | Chain shoulder bag | 23.00 | 23.00 |
| 1 | WZ5021RED | Chain shoulder bag | 23.00 | 23.00 |
| 1 | WZ5021COF | Chain shoulder bag | 23.00 | 23.00 |
| 1 | YG1302BEIGE | Twist lock satchel w/ strp | 22.00 | 22.00 |
| 1 | WNA3003BLACK | Satchel | 22.00 | 22.00 |
| 1 | WZ5035BEIGE | NYC look satchel | 23.00 | 23.00 |
| 1 | WZ5035BLACK | NYC look satchel | 23.00 | 23.00 |
| 1 | L3005KHAKI | Side tassel satchel | 23.00 | 23.00 |
| 1 | L3005BLACK | Side tassel satchel | 23.00 | 23.00 |
| 1 | WO5010RED | Polka Dot Barrel Satchel | 15.00 | 15.00 |
| 1 | WO5010BLACK | Polka Dot Barrel Satchel | 15.00 | 15.00 |
| 1 | WK5005BLACK | 2 IN 1 TOTE | 25.00 | 25.00 |
| | SHIPPING | | 26.40 | 26.40 |

| | **Total** | $470.40 |
|-|-----------|---------|

**CONFIDENTIAL--SUBJECT TO PROTECTIVE ORDER  DD 2623**

DI DA IMPORT & EXPORT INC
Elmhurst, NY 11373
Tel: 718-4768888
Fax: 718-4768885

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/17/2014 | 2582 |

**PAID**

**Bill To**

ALIOTO'S
MARTY WHEALY
1007 FRANKLYN AVE
RIVER FOREST, IL 60305

**Ship To**

ALIOT O'S
1118 CHICAGO AVE
OAK PARK, ILLINOIS 60302

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | | | 3/17/2014 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 18 | LXB5004BLACK | Flip crossbody | 15.00 | 270.00 |
| 6 | LXB5004BB BLUE | Flip crossbody | 15.00 | 90.00 |
| 18 | LXB5005BLACK | 3 Zip crossbody | 13.00 | 234.00 |
| 16 | L3004BLACK | Front zip crossbody | 15.00 | 240.00 |
| 6 | L3004RED | Front zip crossbody | 15.00 | 90.00 |
| 8 | L3004LEM YLW | Front zip crossbody | 15.00 | 120.00 |
| 6 | L3004KHAKI | Front zip crossbody | 15.00 | 90.00 |
| 4 | L3004BB BLUE | Front zip crossbody | 15.00 | 60.00 |
| 6 | S3035RED | Classic shlder bag w/ strap | 15.00 | 90.00 |
| 3 | L3012BLACK | On the go crossbody | 13.00 | 39.00 |
| 3 | L3012COF | On the go crossbody | 13.00 | 39.00 |
| | SHIPPING | | 59.00 | 59.00 |

| | Total | $1,421.00 |
|---|-------|-----------|

**CONFIDENTIAL--SUBJECT TO PROTECTIVE ORDER  DD 2733**



**Invoice**

7416 Grand Ave
Elmhurst, NY 11373
Tel: 718-4768888
Fax: 718-4768885

| Date | Invoice # |
|------|-----------|
| 3/24/2014 | 2639 |

PAID

| Bill To | Ship To |
|---------|---------|
| ADDIE MARCONI<br>1 S Batavia Ave<br>Batavia, IL 60510 | ADDIE MARCONI<br>9 S. BATAVIA AVE.<br>BATAVIA, ILLINOIS 60510 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| 0014009 | | | 3/24/2014 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1 | LXB5002CORAL | Mini Crossbody | 12.00 | 12.00 |
| 1 | LXB5002BEIGE | Mini Crossbody | 12.00 | 12.00 |
| 1 | LXB5002BB BLUE | Mini Crossbody | 12.00 | 12.00 |
| 1 | LXB5002LEMON Y | Mini Crossbody | 12.00 | 12.00 |
| 1 | LXB5002BLUE | Mini Crossbody | 12.00 | 12.00 |
| 1 | L3029CORAL | Studs 2 zip crsbdy | 15.00 | 15.00 |
| 1 | L3029KHAKI | Studs 2 zip crsbdy | 15.00 | 15.00 |
| 1 | L3029BLACK | Studs 2-zip crsbdy | 15.00 | 15.00 |
| 1 | L3029RED | Studs 2 zip crsbdy | 15.00 | 15.00 |
| 1 | L3009CORAL | Mini satchel w/ strap | 19.00 | 19.00 |
| 1 | L3009BB BLUE | Mini satchel w/ strap | 19.00 | 19.00 |
| 1 | L3009KHAKI | Mini satchel w/ strap | 19.00 | 19.00 |
| 1 | L3016CORAL | Girly Shoulder Bag | 22.00 | 22.00 |
| 1 | L3016LEM YLW | Girly Shoulder Bag | 22.00 | 22.00 |
| 1 | L3004BEIGE | Front zip crossbody | 15.00 | 15.00 |
| 1 | L3004BB BLUE | Front zip crossbody | 15.00 | 15.00 |
| 1 | L3004LEM YLW | Front zip crossbody | 15.00 | 15.00 |
| 1 | L3004CORAL | Front zip crossbody | 15.00 | 15.00 |
| | SHIPPING | | 14.00 | 14.00 |

| | Total | $295.00 |
|--|-------|---------|

**CONFIDENTIAL--SUBJECT TO PROTECTIVE ORDER  DD 2770**

DI DA IMPORT & EXPORT INC

# Invoice



7416 Grand Ave
Elmhurst, NY 11373
Tel: 718-4768888
Fax: 718-4768885

| Date | Invoice # |
|------|-----------|
| 3/31/2014 | 2668 |

| Bill To |
|---------|
| YOUNG'S FASHION<br>6310 W. TOUHY AVE.<br>STE 203<br>NILES, IL 60714<br>USA |

| Ship To |
|---------|
| YOUNG'S FASHION<br>6310 W. TOUHY AVE.<br>STE 203<br>NILES, IL 60714<br>USA |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | N 30 | | 3/31/2014 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 10 | S3008BLACK | Urban Satchel (Saffino) | 23.00 | 230.00 |
| 5 | S3008RED | Urban Satchel (Saffino) | 23.00 | 115.00 |
| 5 | S3008BEIGE | Urban Satchel (Saffino) | 23.00 | 115.00 |
| 10 | WNA3003BLACK | Satchel | 22.00 | 220.00 |
| 5 | WNA3003WINE | Satchel | 22.00 | 110.00 |
| 5 | WNA3003CORAL | Satchel | 22.00 | 110.00 |
| 5 | WNA3003BEIGE | Satchel | 22.00 | 110.00 |
| 10 | L3009BLACK | Mini satchel w/ strap | 17.00 | 170.00 |
| 5 | L3009BLUE | Mini satchel w/ strap | 17.00 | 85.00 |
| 3 | S3008RSY BRW | Urban Satchel (Saffino) | 23.00 | 69.00 |
| 5 | S3008CORAL | Urban Satchel (Saffino) | 23.00 | 115.00 |
| 10 | N3036BLACK | Smiley Tote | 21.00 | 210.00 |
| 5 | N3036RED | Smiley Tote | 21.00 | 105.00 |
| 5 | N3036RSY BRW | Smiley Tote | 21.00 | 105.00 |
| 5 | N3036BEIGE | Smiley Tote | 21.00 | 105.00 |
| | CUSTOMER DIS | | -96.00 | -96.00 |

| | **Total** | $1,878.00 |
|--|-----------|-----------|

ONFIDENTIAL--SUBJECT TO PROTECTIVE ORDER  DD 2789



7416 Grand Ave
Elmhurst, NY 11373
Tel: 718-4768888
Fax: 718-4768885

| Date | Invoice # |
|------|-----------|
| 10/30/2013 | 2351 |

**PAID**

**Bill To**

KAM HARMON
po box 1914
Marion, IL 62959

**Ship To**

KAM HARMON
714 N Carbon st. suite 6
Marion, IL 62959

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | | AS | 10/30/2013 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1 | WZ5017BLACK | Belt satchel | 20.00 | 20.00 |
| 1 | WZ5017LG COF | Belt satchel | 20.00 | 20.00 |
| 1 | L3011BLACK | Simple Satchel | 20.00 | 20.00 |
| 1 | L3011COF | Simple Satchel | 20.00 | 20.00 |
| 1 | WZ5021LG COF | Chain shoulder bag | 23.00 | 23.00 |
| 1 | L3005BLACK | Side tassel satchel | 20.00 | 20.00 |
| 1 | L3005BEIGE | Side tassel satchel | 20.00 | 20.00 |
| 1 | LXB5005BLACK | 3 Zip crossbody | 15.00 | 15.00 |
| 1 | LXB5005RED | 3 Zip crossbody | 15.00 | 15.00 |
| 1 | L3003BLACK | 2 Zip Mini Crossbody | 12.00 | 12.00 |
| 1 | L3003BEIGE | 2 Zip Mini Crossbody | 12.00 | 12.00 |
| 1 | L3010BLACK | Uptown Satchel | 22.00 | 22.00 |
| 1 | L3010BEIGE | Uptown Satchel | 22.00 | 22.00 |
| 1 | L3012BLACK | On the go crossbody | 15.00 | 15.00 |
| 1 | L3012KHAKI | ER GRN On the go crossbody | 15.00 | 15.00 |
| 1 | WMA5007BLACK | Leather handle Satchel | 22.00 | 22.00 |
| 1 | WMA5007LEMO... | Leather handle Satchel | 22.00 | 22.00 |
| 1 | WMA5007COFFEE | Leather handle Satchel | 22.00 | 22.00 |
| 1 | LZT5006BLACK | 2 Zip Satchel | 22.00 | 22.00 |
| 1 | LZT5006KHAKI | ER GRN 2 Zip Satchel | 22.00 | 22.00 |
| 1 | EY3121BLACK | Crocodile Print Satchel | 20.00 | 20.00 |
| 1 | EY3121ORG | Crocodile Print Satchel | 20.00 | 20.00 |
| 1 | WJ5003BLACK | 2 IN 1 Satchel | 17.00 | 17.00 |
| 1 | WJ5003ORG | 2 IN 1 Satchel | 17.00 | 17.00 |
| 1 | SXB5003 BLACK | Saffiano mini crossbody | 12.00 | 12.00 |
| 1 | SXB5003 RED | Saffiano mini crossbody | 12.00 | 12.00 |
| 1 | LXB5002BB BLUE | Mini Crossbody | 12.00 | 12.00 |
| 1 | LXB5002BLACK | Mini Crossbody | 12.00 | 12.00 |
| 1 | LF1892COF | SIMPLE SATCHEL | 15.00 | 15.00 |
| 1 | LSZ5001BEIGE | Beloved Satchel w/ strap | 22.00 | 22.00 |
| 1 | WK5005BLACK | 2 IN 1 TOTE | 25.00 | 25.00 |
| | SHIPPING | | 36.22 | 36.22 |

| | Total | $601.22 |
|--|-------|---------|

**CONFIDENTIAL--SUBJECT TO PROTECTIVE ORDER  DD 3645**

# EXHIBIT B



**Message from your shop DIDA NEW YORK Handbags**

E-mail address: **jestacy1@comcast.net**

Message: I am trying to order a handbag online and get all the way to the payment screen where it says there is not payment module installed so I cannot order and I do not see a phone number where I can order online. I need to order asap to ensure I have by 2/13 for a friends party. Please let me know if this can be fixed or if there is an alternate way of ordering. My phone number is 303-917-8691

**DIDA NEW YORK Handbags** powered with PrestaShop™

From: **dida newyork** <dida@didanewyork.com>
Date: Mon, Mar 11, 2013 at 3:05 PM
Subject: Re: [DIDA NEW YORK Handbags] Message from contact form
To: Lydia Crivolio <lydlite85@aol.com>

Hi there,

The online does not do any transaction. We only do wholesales.

Regards,
Amy

On Mon, Mar 11, 2013 at 2:39 PM, Lydia Crivolio <lydlite85@aol.com> wrote:

**Message from your shop DIDA NEW YORK Handbags**

E-mail address: **lydlite85@aol.com**

Message: I have set up an account and would like to make a purchase, but I keep getting kicked back by an error message telling me I have not entered my payment information. I can't find where to do so. Please help.

-Lydia



Message from your shop DIDA NEW YORK Handbags

E-mail address: **kouryt@bryancave.com**

Message: Hi,

I was attempting to purchase a tote but the site would not allow me to purchase as it said that no payment modules were installed. How can I purchase a product online?

Tamara

DIDA NEW YORK Handbags powered with PrestaShop™

--
Thank you for your business - we appreciate it very much.

DI DA IMP & EXP INC
Tel: 718-476-8888
Cell: 646-898-8879
Fax: 718-476-8885
Site: www.didanewyork.com

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.
bcllp2013

**dida newyork** <dida@didanewyork.com>                    Fri, Apr 25, 2014 at 11:27 AM
To: carolyn shields <shieldscj524@gmail.com>

**From:** dida@... <dida@...gmail.com>
**Sent:** Friday, March 29, 2013 10:02 AM
**To:** Koury, Tamara
**Subject:** Re: [DIDA NEW YORK Handbags] Message from contact form

Hi Tamara,

I am very sorry that our website does not process any transaction yet. Currently, we are doing wholesale only. You can let me know the style you interested and where you are, and we will try to find any stores that carry the purse near you. Hope it helps!

Regards,
Amy

On Thu, Mar 28, 2013 at 3:43 PM, Tamara Koury <kouryt@bryancave.com> wrote:



Message from your shop DIDA NEW YORK Handbags

E-mail address: kouryt@bryancave.com

Message: Hi,

I was attempting to purchase a tote but the site would not allow me to purchase as it said that no payment modules were installed. How can I purchase a product online?

Tamara

DIDA NEW YORK Handbags powered with PrestaShop™

--
Thank you for your business - we appreciate it very much.

DI DA IMP & EXP INC
Tel: 718-476-8888
Cell: 646-898-8879
Fax: 718-476-8885
Site: www.didanewyork.com

# EXHIBIT C

| YEAR | DATE | INV # | CUSTOMER | SALE | T SALE | YEAR SALE | |
|---|---|---|---|---|---|---|---|
| 2012 | 12/13/2012 | 1605 | RANDLES GIFTS | $230.90 | | | |
| | 1/18/2013 | 1702 | RANDLES GIFTS | $145.00 | | | |
| | 3/13/2013 | 1782 | RANDLES GIFTS | $220.49 | $596.39 | $565,658.00 | 0.11% |
| | 4/1/2013 | 1877 | ELLANA DESIGN | $182.00 | $182.00 | $565,658.00 | 0.03% |
| 2013 | 8/12/2013 | 2139 | YOUNGS FASHION | $2,375.00 | | | |
| | 8/13/2013 | 2151 | DOLLAR BACK | $470.40 | $470.40 | $486,829.00 | 0.10% |
| | 9/3/2013 | 2223 | ELLANA DESIGN | $122.04 | | | |
| | 10/8/2013 | 2311 | ELLANA DESIGN | $294.00 | $416.04 | $486,829.00 | 0.09% |
| | 10/30/2013 | 2351 | KAM HARMON | $601.22 | $601.22 | $486,829.00 | 0.12% |
| | 3/17/2014 | 2582 | ALIOTOS | $1,421.00 | | | |
| | 3/31/2014 | 2668 | YOUNGS FASHION | $1,878.00 | $4,253.00 | $486,829.00 | 0.87% |
| | 3/24/2014 | 2639 | ADDIE MARCONI | $295.00 | $295.00 | $486,829.00 | 0.06% |

## DECLARATION OF CAROLYN SHIELDS

I, Carolyn Shields, declare:

1.      I am one of the attorneys for the defendant and make this declaration in support of defendant's motion to dismiss for lack of personal jurisdiction and for improper venue. I have personal knowledge of the facts set forth herein and if called as a witness could and would competently testify thereto.

2.      Attached hereto as Exhibit A is a true and correct copy of the entity information for DI DA in the records of the New York Secretary of State with Bates Numbers DD060-DD061 as it was produced by me to plaintiffs' attorneys during discovery. It shows that DI DA was incorporated under the laws of the state of New York; that its principal executive office (principal place of business) is in New York; and that process served on the Secretary of State as agent for service of process on DI DA will be mailed to DI DA's president at DI DA's corporate office in New York.

3.      Attached hereto as Exhibit B is a true and correct copy of a portion of the transcript of the deposition of Young's Fashion's 30(b)(6) designee showing that Young's Fashion placed its order for goods from DI DA at a trade show in Las Vegas (page 12, lines 1-12) and that delivery of the goods occurred by delivery to Young's Fashion's shipping forwarder in New York (page 49, lines 5-7; page 55, lines 18-20). Young's Fashion's designee's testimony (page 58, lines 2-17) also shows that the bags sold to it by DI DA were plain, solid, and without the marks that are the subject of this action.

4.      Plaintiffs' attorneys and I, on behalf of the defendant, engaged in settlement discussions, and exchanged documents, between October and December of 2013, and I communicated a settlement offer on behalf of the Defendant in July of 2014, which offer remains

open.

5.      The parties engaged in discovery between November of 2013 and November 17,
2014.  The Defendant repeatedly raised during discovery the issue of personal jurisdiction and
the absence of contacts with the State of Illinois.  Defendant's original and amended responses to
plaintiffs' first set of interrogatories answered Interrogatory Number 17, which asked for the
factual basis of Defendant's affirmative defenses, as follows:

> First Affirmative Defense [lack of personal jurisdiction]:  Defendant is not present in
> Illinois, has no assets, offices, or sales agents in Illinois, and does not have minimum
> contacts with the state of Illinois. With respect to the product allegedly purchased in
> Illinois by plaintiffs' investigator, Defendant did not sell that product in Illinois and did
> not sell that product to the alleged supplier in Illinois. Plaintiff does not have an
> interactive website available to customers in Illinois or to any customers in any location.
>
> Fourth Affirmative Defense [venue is improper]: The defendant does not reside in and is
> not subject to personal jurisdiction in the Northern District of Illinois.

Attached hereto as Exhibit C is a true and correct copy of Defendant's amended response to
plaintiffs' Interrogatory Number 17, served on April 14, 2014.

6.      On July 25, 2014, after Defendant had produced sales invoices showing the names
and addresses of its customers (Exhibit A to the Shi Declaration), plaintiffs' attorneys served a
non-party deposition subpoena on Young's Fashion, a customer of DI DA located in Illinois, and
took the deposition of its designee on August 27, 2014.  Attached as Exhibit B is a true and
correct copy of excerpts from the transcript of that deposition.

7.      Plaintiffs' attorneys completed the Rule 30(b)(6) depositions of Defendant's
designees on November 17, 2014.  The transcript of the last of the depositions was prepared on
November 28, 2014.  These depositions included questions and testimony on jurisdictional facts,
including DI DA contacts with Illinois.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on January 23, 2015.


/s/ Carolyn Shields
Carolyn Shields

# EXHIBIT A

Case: 1:13-cv-07165 Document #: 37-1 Filed: 01/23/15 Page 28 of 47 PageID #:730

# NYS Department of State

# Division of Corporations

## Entity Information

The information contained in this database is current through March 26, 2014.

Selected Entity Name: DI DA IMPORT & EXPORT INC.
Selected Entity Status Information

| | |
|---|---|
| **Current Entity Name:** | DI DA IMPORT & EXPORT INC. |
| **DOS ID #:** | 3944855 |
| **Initial DOS Filing Date:** | MAY 03, 2010 |
| **County:** | NEW YORK |
| **Jurisdiction:** | NEW YORK |
| **Entity Type:** | DOMESTIC BUSINESS CORPORATION |
| **Current Entity Status:** | ACTIVE |

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**

FENG ZHU
1205 BROADWAY 203 ROOM
NEW YORK, NEW YORK, 10001

**Chief Executive Officer**

FENG ZHU
1205 BROADWAY 203 ROOM
NEW YORK, NEW YORK, 10001

**Principal Executive Office**

DI DA IMPORT & EXPORT INC
1205 BROADWAY 203 ROOM
NEW YORK, NEW YORK, 10001

**Registered Agent**

NONE

This office does not record information regarding the
names and addresses of officers, shareholders or
directors of nonprofessional corporations except the

**DD 060**

chief executive officer, if provided, which would be
listed above. Professional corporations must include
the name(s) and address(es) of the initial officers,
directors, and shareholders in the initial certificate of
incorporation, however this information is not
recorded and only available by viewing the certificate.

**\*Stock Information**

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|
| 200 | No Par Value | |

\*Stock information is applicable to domestic business corporations.

**Name History**

| Filing Date | Name Type | Entity Name |
|---|---|---|
| MAY 03, 2010 | Actual | DI DA IMPORT & EXPORT INC. |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York
State. The entity must use the fictitious name when conducting its activities or business in New York State.

NOTE: New York State does not issue organizational identification numbers.

Search Results    New Search

Services/Programs | Privacy Policy | Accessibility Policy | Disclaimer | Return to DOS
Homepage | Contact Us

3/28/2014 7:36 PM

**DD 061**

# EXHIBIT B

Moon Hun Hwang - 8/27/2014
Case: 1:13-cv-07165 Document #: 37-1 Filed: 01/23/15 Page 31 of 47 PageID #:733
Coach, Inc. and Coach Services, Inc. vs. Di Da Import and Export, Inc.

```
 1                UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF ILLINOIS
 2                     EASTERN DIVISION


   COACH, INC., and COACH     )
 3 SERVICES, INC.,            )
                              )
 4           Plaintiffs,      )
                              )
 5        -vs-                ) No. 13-CV-7165
                              )
 6 DI DA IMPORT and EXPORT    )
   INC. (d/b/a DI DA NEW      )
 7 YORK)                      )
                              )
 8           Defendant.       )
   _____)
 9
```

10          The deposition of MOON HUN HWANG, called by

11   the Plaintiff for examination, pursuant to Subpoena and

12   pursuant to the Federal Rules of Civil Procedure for the

13   United States District Courts pertaining to the taking

14   of depositions, taken before Tracy Kerney, Certified

15   Shorthand Reporter, at 161 North Clark Street,

16   Suite 4300, Chicago, Illinois, commencing at the hour of

17   1:58 p.m., on the 27th day of August, A.D., 2014.

18

19

20

21

22

23

24

Moon Hun Hwang - 8/27/2014
Case: 1:13-cv-07165 Document #: 37-1 Filed: 01/23/15 Page 32 of 47 PageID #:734
Coach, Inc. and Coach Services, Inc. vs. Di Da Import and Export, Inc.

1   because I didn't know it was a big -- I didn't know it

2   was going to be this legitimate or serious of a thing.

3   I thought I was just going to come in and answer a few

4   questions, give some documentation.  That's why he sent

5   me because he has to be at the store.

6       Q.   That's fine.  You spoke to your dad before

7   coming here today, though?

8       A.   Yes.

9       Q.   And you spoke to him about things like the

10  products that Young's Fashion purchased from Di Da?

11      A.   Yes.

12      Q.   Any arrangements that Young's Fashion had with

13  Di Da?

14      A.   Arrangement-wise?  What does that mean

15  exactly?  Like how we came together as businesses?  Like

16  Di Da New York and Young's Fashion, like how we came to

17  be?

18      Q.   Yes.

19      A.   Yes.

20      Q.   Okay.  And you talked about things like

21  Young's Fashion's purchase of products from Di Da with

22  your father?

23      A.   I did, but in what sense?  Like I just asked

24  him kind of, "Hey, when did you purchase?  How did you

Moon Hun Hwang - 8/27/2014

Case: 1:13-cv-07165 Document #: 37-1 Filed: 01/23/15 Page 33 of 47 PageID #:735

Coach, Inc. and Coach Services, Inc. vs. Di Da Import and Export, Inc.

1    purchase?"  And he just kind of briefly told me like we

2    met through -- like Di Da New York and Young's Fashion

3    -- Di Da New York, they were at an ASD Las Vegas show,

4    which is a trade show with like handbags, jewelry,

5    accessories.  It's a big show convention that they hold

6    twice a year, one in the spring, one in the fall.  I

7    don't know exactly what season, but it was maybe like --

8    what he told me was maybe three or four years ago

9    altogether is when they started with Di Da New York, and

10   they just met them at a vendor.  So that's how the

11   connection -- like that's how business started with Di

12   Da New York and us.

13        Q.   And you and I spoke on the phone on Monday of

14   this week, correct?

15        A.   Yes.

16        Q.   Monday or Tuesday?

17        A.   Yes.  You called me and told me that the date

18   was this Wednesday, yes.

19        Q.   And we spoke about that you generally just

20   speaking about Young's -- would be speaking about

21   Young's Fashion's relationship with Di Da?

22        A.   Yes.

23        Q.   And the sale of products?

24        A.   Yes.

Moon Hun Hwang - 8/27/2014
Case: 1:13-cv-07165 Document #: 37-1 Filed: 01/23/15 Page 34 of 47 PageID #:736
Coach, Inc. and Coach Services, Inc. vs. Di Da Import and Export, Inc.

1    A.    From the time frame that I've worked, I've

2    never seen any Di Da sales rep come by to our store.

3    Q.    Is it possible that they did come by when you

4    weren't there?

5    A.    When I wasn't there, possibly, but from just

6    me being with my father, whenever he has made purchases

7    with Di Da, it was usually through the phone.  It was

8    never face to face.  Now, it was face to face when they

9    first met at the trade show.  Yeah, because, again, just

10   with the sales rep that does come out from the

11   distributing companies, it's always a familiar face and

12   I recognize exactly which company they're from.

13   Q.    So does Young's Fashion have any addresses

14   besides the Touhy Niles address?

15   A.    No.  We were only at that location.  One

16   business.  There's no other.

17   Q.    And it doesn't have any other mailing

18   addresses?

19   A.    No, ma'am.

20   Q.    Doesn't have any locations outside of

21   Illinois?

22   A.    No, it does not.

23   Q.    And Young's Fashion doesn't sell to customers

24   outside of Illinois?

Moon Hun Hwang - 8/27/2014
Case: 1:13-cv-07165 Document #: 37-1 Filed: 01/23/15 Page 35 of 47 PageID #:737
Coach, Inc. and Coach Services, Inc. vs. Di Da Import and Export, Inc.

1    in a deposition for which you were unprepared or -- I

2    mean, it's up to you.  We are not advising you.  So to

3    answer your question that you asked earlier, are you

4    obligated to go and search your documents, yes, under

5    the Court's power, you are obligated, and it's laid out

6    here on page 3.  If you choose not to do that, then you

7    so choose it, and Coach will take whatever necessary

8    steps it needs to in order to enforce its rights.

9              THE WITNESS:  Yeah, I just don't know, again,

10   as to why we are involved, why we are the ones involved

11   in this case.  You know, I'm just trying to figure out.

12   I don't know what it is, you know, and with that, is it

13   on us?  Because you're trying to get information.  Like

14   what exactly is it?

15             MR. COLE:  Can we go off the record.

16                       (Whereupon a discussion was had

17                        off the record.)

18             MS. CAISMAN:  Can you read back the last

19   question.

20                       (Whereupon the record was read

21                        as requested.)

22   BY MS. CAISMAN:

23        Q.   After you leave here today, are you willing to

24   go back with your father to look through the documents

Moon Hun Hwang - 8/27/2014
Case: 1:13-cv-07165 Document #: 37-1 Filed: 01/23/15 Page 36 of 47 PageID #:738
Coach, Inc. and Coach Services, Inc. vs. Di Da Import and Export, Inc.

1  that Young's Fashion would have related to the subject

2  matters listed in this rider?

3      A.   Yes, I am willing.

4      Q.   Now, you did bring a few documents here with

5  you today --

6      A.   Yes.

7      Q.   -- so we'll go through those.

8           Let's mark this as Exhibit 2.

9                        (Whereupon Hwang Deposition

10                        Exhibit No. 2 was marked for

11                        identification, T.K.)

12  BY MS. CAISMAN:

13      Q.   I'm handing you what's been marked as

14  Exhibit 2.

15      A.   Okay.

16      Q.   This is an invoice from Di Da Import and

17  Export, correct?

18      A.   Yes.

19      Q    It's dated 8/12/2013?

20      A.   Yes.

21      Q.   And it's invoice No. 2139?

22      A.   Yes.

23      Q.   Did Young's Fashion receive this invoice from

24  Di Da?

Moon Hun Hwang - 8/27/2014
Case: 1:13-cv-07165 Document #: 37-1 Filed: 01/23/15 Page 37 of 47 PageID #:739
Coach, Inc. and Coach Services, Inc. vs. Di Da Import and Export, Inc.

1    A.    Yup -- yes.

2    Q.    Okay.  We'll turn now to the second page.

3    A.    Okay.

4    Q.    Could you explain what this is?

5    A.    This is the bill of lading.  Again, as you see

6    on the top, United Cargo Logistics, they picked up the

7    merchandise from Di Da and then they shipped to us.

8    Q.    And, again, you would have only have received

9    this bill of lading after -- at some point after you

10   received products from Di Da?

11   A.    We would only -- we would receive this bill of

12   lading after.

13   Q.    You would receive this bill of lading only if

14   you had received the actual products themselves from

15   Di Da?

16   A.    Yes.

17   Q.    Okay.  And if you'll look under the COD

18   column, it says, Company, $1,878?

19   A.    Yes.

20   Q.    And that was also the amount listed on the

21   first page of the invoice?

22   A.    Yes.

23   Q.    Okay.  If you could turn to the third page of

24   Exhibit 3 --

Moon Hun Hwang - 8/27/2014
Case: 1:13-cv-07165 Document #: 37-1 Filed: 01/23/15 Page 38 of 47 PageID #:740
Coach, Inc. and Coach Services, Inc. vs. Di Da Import and Export, Inc.

1      Q.    And the ship to box, is that the correct

2    address for Young's Fashion?

3      A.    Yes.

4      Q.    And this also says as you mentioned the ship

5    date as 7/14/2014?

6      A.    Yes.

7      Q.    This invoice -- does this invoice show that

8    Young's Fashion purchased a number of products from

9    Di Da?

10     A.    Yes.

11     Q.    In the amount of $1,430?

12     A.    Yes.

13     Q.    Again, I'm going to direct you to the second

14   page of this Exhibit 4.

15     A.    Yeah.

16     Q.    One more time, can you explain to us what the

17   bill of lading is?

18     A.    Yes.  Bill of lading, United Cargo Logistics

19   as said at the top.  This is a freight company we use to

20   receive merchandise from Di Da New York.

21     Q.    And you would only receive this bill of lading

22   after you had received the products from Di Da?

23     A.    Yes.

24     Q.    Okay.  And this bill of lading on page 2

Moon Hun Hwang - 8/27/2014
Case: 1:13-cv-07165 Document #: 37-1 Filed: 01/23/15 Page 39 of 47 PageID #:741
Coach, Inc. and Coach Services, Inc. vs. Di Da Import and Export, Inc.

1    Fashion?

2        A.    Like with these imprints, I personally don't

3    remember at all.  Because the only Di Da New York I

4    remember is the styles that we have right now, which

5    don't have like these Ds on them.  That's just me

6    personally, and so I don't know which style is what.

7        Q.    Can you explain to us what those products look

8    like?

9        A.    Like the ones right now?

10       Q.    Yeah.

11       A     It's just -- the internet doesn't work.  I

12   wished I could have showed you, but it's plain, solid

13   just one color, and then it will say like Di Da New York

14   lettering at the top and then some of them have like a

15   circle emblem of the Di Da New York saying D & D, their

16   company name, and it's just plain styles.  Like there's

17   no -- nothing like this?

18       A.    Yeah.

19       Q.    I'm not going to mark this yet.

20             Do you know if Young's Fashion has ever

21   received a reseller information request form from Di Da?

22       A.    I personally don't know.

23       Q.    Do you know if Young's Fashion has filled out

24   any type of paperwork for Di Da?

Moon Hun Hwang - 8/27/2014
Case: 1:13-cv-07165 Document #: 37-1 Filed: 01/23/15 Page 40 of 47 PageID #:742
Coach, Inc. and Coach Services, Inc. vs. Di Da Import and Export, Inc.

```
 1   NORTHERN DISTRICT OF ILLINOIS        )

 2   EASTERN DIVISION                     )

 3   STATE OF ILLINOIS                )

 4                                    )  SS:

 5   COUNTY OF C O O K                    )

 6

 7              I, Tracy Kerney, Certified Shorthand Reporter,

 8   do hereby certify that on the 27th of August, A.D.,

 9   2014, the deposition of MOON HUN HWANG, called by the

10   Plaintiff, was taken before me, reported

11   stenographically and was thereafter reduced to

12   typewriting through computer-aided transcription.

13              The said witness, MOON HUN HWANG, was first

14   duly sworn to tell the truth, the whole truth, and

15   nothing but the truth, and was then examined upon oral

16   interrogatories.

17              I further certify that the foregoing is a

18   true, accurate and complete record of the questions

19   asked of and answers made by the said witness, at the

20   time and place hereinabove referred to.

21              The signature of the witness was waived by

22   agreement.

23              The undersigned is not interested in the

24   within case, nor of kin or counsel to any of the
```

Moon Hun Hwang - 8/27/2014
Case: 1:13-cv-07165 Document #: 37-1 Filed: 01/23/15 Page 41 of 47 PageID #:743
Coach, Inc. and Coach Services, Inc. vs. Di Da Import and Export, Inc.

1    parties.

2              Witness my official signature on this 26th day

3    of September, A.D., 2014.

4

5

6    _____
                              Tracy Kerney, CSR, RPR
7                             License No:  084-004282

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

# EXHIBIT C

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

---------------------------------------------------- :

COACH, INC. and COACH SERVICES, INC., :

                 :

            Plaintiffs, :      **Case No. 13-cv-7165**

                 :

       v . :      **Honorable Samuel Der-Yeghiayan**

                 :

DI DA IMPORT AND EXPORT INC. (D/B/A DI DA :
NEW YORK), :

                 :

            Defendant. :

## DEFENDANT'S AMENDED RESPONSE TO PLAINTIFFS' FIRST SET OF INTERROGATORIES

Pursuant to the parties' conference on April 7, 2013, defendant substitutes for "INFRINGING GOODS" the phrase "goods which bear marks like the marks which appear on the goods depicted in Exhibits A and B to the complaint and in Exhibit C to plaintiffs' Request for Admissions." Defendant responds to the Request as modified that it first offered the stated goods for sale in August of 2011 and removed the goods from use in commerce in or about October of 2012.

**INTERROGATORY NO. 17:**

Describe in detail the factual basis of DEFENDANT'S denials of the allegations contained in COACH'S COMPLAINT and the factual basis of YOUR affirmative defenses asserted in DEFENDANT'S Answer filed in this action on November 22, 2013.

**ANSWER:**

Defendant objects to this Interrogatory as premature in that many of the facts which support Defendant's denials and affirmative defenses will be obtained through discovery that has not yet occurred. In particular, Plaintiffs have not identified the marks that allegedly have been infringed. In addition, the responses to this Interrogatory can be seen from documents produced by Defendant.

First Affirmative Defense: Defendant is not present in Illinois, has no assets, offices, or sales agents in Illinois, and does not have minimum contacts with the state of Illinois. With respect to the product allegedly purchased in Illinois by plaintiffs' investigator, Defendant did not sell that product in Illinois and did not sell that product to the alleged supplier in Illinois. Plaintiff does not have an interactive website available to customers in Illinois or to any customers in any location.

Second Affirmative Defense: Defendant has rights to the intellectual property used for

and in connection with its goods through trademarks registered with the USPTO, through trademark applications, and has rights deriving from Defendant's first use of Defendant's marks in Defendant's markets. Defendant was not put on notice of plaintiffs' claims through any cease and desist letters, except for one notice relating to hang tags which Defendant was not using. Oppositions to Defendant's applications filed with the USPTO became known to Defendant's trademark attorneys. Marks used by Defendant for and in connection with Defendant's merchandise are not identical to plaintiffs' registered marks and are not confusingly similar to plaintiffs' marks. Defendant has not used any word marks that could infringe the many word marks claimed by plaintiffs in the complaint. The design marks used by Defendant are not confusingly similar to the design marks claimed by plaintiffs. Most of the approximately 47 marks alleged in the complaint have no similarity to any marks used by Defendant.

Third Affirmative Defense: The summons and complaint were not served on an officer or managing agent of the corporation.

Fourth Affirmative Defense: The defendant does not reside in and is not subject to personal jurisdiction in the Northern District of Illinois.

Fifth Affirmative Defense: The trademark applications and trademark registrations providing intellectual property protection to Defendant can be seen from the documents produced by Defendant and from records filed by Defendant in the USPTO.

Sixth Affirmative Defense: Defendant has used marks different from and not confusingly similar to plaintiffs' marks for and in connection with Defendant's goods in its market. Most of the marks alleged in the complaint as being registered to one or the other of the plaintiffs have nothing to do with marks used by Defendant.

Seventh Affirmative Defense: The marks used by Defendant in connection with its goods

As to objections:

DATED: April 14, 2014

Ying Liu
Carolyn Shields
Liu & Shields LLP
41-60 Main Street, Suite 208A
Flushing, NY 11355
718-463-1868
shieldscj524@gmail.com

VERIFICATION
(28 U.S.C. § 1746)

I, Amy Xu Shi, declare:

I am an officer of DI DA IMPORT AND EXPORT INC. (D/B/A DI DA NEW YORK), the defendant in this action, and have been designated by said corporation to make this Verification on its behalf. I have read the foregoing Amended Response of Defendant to Plaintiffs' First Set of Interrogatories and know the contents thereof. To the best of my knowledge, information and belief the responses are true and contain all information which is available to the corporation.

DATED: April 14, 2014

AMY XU SHI