IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COACH, INC. and COACH SERVICES, INC., | Civil Action No.: 1:13-cv-7165 |
| | Judge Der-Yeghiayan |
| Plaintiffs, | Magistrate Judge Martin |
| v. | **NOTICE OF DEFENDANT'S MOTION TO DISMISS** |
| DI DA IMPORT AND EXPORT INC. d/b/a DI DA NEW YORK, | |
| | Date: January 28, 2015 |
| | Time: 9:00 a.m. |
| Defendant. | Place: Courtroom 1903 |

## NOTICE OF MOTION

To: S. Patrick McKey
Donald A. Cole
BRYAN CAVE LLP
161 North Clark Street, Suite 4300
Chicago, Illinois 60601

Please take notice that, on Wednesday, January 28, 2015, at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned attorneys for Defendant shall appear before the Honorable Judge Der-Yeghiayan, or any judge sitting in his stead, in the courtroom usually occupied by him at the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and then and there present Defendant's MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND FOR IMPROPER VENUE, a copy of which is hereby served upon you.

This motion is based on this notice of motion, the accompanying Memorandum of Law and Declarations of Amy Shi and Carolyn Shields and attached exhibits, the documents on file in this case, and such other matters as may be presented to the Court.

The grounds of this motion are:

1. This Court lacks personal jurisdiction over the Defendant. The Defendant is incorporated under the laws of the state of New York and has its principal place of business in the city and state of New York. It does not have continuous and systematic contacts with the state of Illinois sufficient to create general personal jurisdiction and has not engaged in such activities in Illinois as would subject it to specific personal jurisdiction and out of which plaintiffs' alleged injury arose; and

2. Venue in this Court is improper. Defendant does not reside in this district; a substantial part of the events or omissions giving rise to plaintiffs' claim did not occur in this district; and Defendant is not subject to personal jurisdiction in this district.

The relief requested by defendant's motion is an order dismissing this case for lack of personal jurisdiction and/or improper venue, or, in the alternative, transferring this case to the United States District Court for the Southern District of New York, or such other and further relief as the Court may deem just and proper.

Respectfully submitted,

Dated: January 23, 2015

*/s/ Carolyn Shields*
Carolyn Shields; Ying Liu
LIU & SHIELDS LLP
41-60 Main Street, Suite 208A
Flushing, NY 11355
shieldscj524@gmail.com

Attorneys for Defendant
DI DA IMPORT AND EXPORT INC.
d/b/a DI DA NEW YORK

Local Counsel:
Brian J. Lum, Esq.
ICE MILLER LLP
200 West Madison Street, Suite 3500
Chicago, IL 60606
312-726-8129
brian.lum@icemiller.com