IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COACH, INC. and COACH SERVICES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> DI DA IMPORT AND EXPORT INC. d/b/a DI DA NEW YORK, <br><br> Defendant. | Civil Action No.: 1:13-cv-7165 <br><br><br><br> NOTICE OF APPEAL <br> BY DEFENDANT |

**NOTICE OF APPEAL**

Notice is hereby given that DI DA IMPORT AND EXPORT INC. d/b/a DI DA NEW YORK, Defendant in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from an Order Granting Plaintiffs' Motion for a Temporary Restraining Order entered in this action on the 25th day of February, 2015, docket number 44, and from an Order Denying Defendant's Motion To Dismiss for Lack of Personal Jurisdiction entered in this action on the 4th day of February, 2015, docket number 42.

Dated: March 5, 2015

Respectfully submitted,

*/s/ Carolyn Shields*
Carolyn Shields
LIU & SHIELDS LLP
41-60 Main Street, Suite 208A
Flushing, NY 11355
Tel:   718-463-1868
shieldscj524@gmail.com
Attorneys for Defendant
DI DA IMPORT AND EXPORT INC.
d/b/a DI DA NEW YORK