IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COACH, INC. and COACH SERVICES, INC., | Civil Action No.: 1:13-cv-7165 |
| Plaintiffs, | DEFENDANT'S DOCKETING STATEMENT |
| v. | |
| DI DA IMPORT AND EXPORT INC. d/b/a DI DA NEW YORK, HONG ZHU, LONG ZHU, AMY SHI, SAM ZHU, | |
| Defendants. | |

**DEFENDANT'S DOCKETING STATEMENT**

Defendant DI DA IMPORT AND EXPORT INC. d/b/a DI DA NEW YORK, files this Docketing Statement in accordance with Seventh Circuit Rule 3(c)(1). Defendant DI DA Import and Export Inc. d/b/a DI DA New York appeals from an Order Granting Plaintiffs' Motion for a Temporary Restraining Order entered in this action on the 25th day of February, 2015, docket number 44, and from an Order Denying Defendant's Motion To Dismiss for Lack of Personal Jurisdiction entered in this action on the 4th day of February, 2015, docket number 42.

**1. The district court's jurisdiction**

The district court had original jurisdiction over the underlying proceeding pursuant to 15 U.S.C § 1121 (actions arising under the Lanham Act), 28 U.S.C. § 1331 (federal question), 28 U.S.C. § 1338(a) (actions arising under any Act of Congress relating to trademarks), and 28 U.S.C. § 1367(a)(supplemental jurisdiction). The complaint also alleges jurisdiction pursuant to 28 U.S.C. § 1332(a) (diversity of citizenship) but diversity jurisdiction is lacking because plaintiff Coach, Inc. and defendant DI DA Import and Export Inc. d/b/a/ DI DA New York are

both citizens of New York, the former having its principal place of business in New York, New York, and the latter being incorporated under the laws of the state of New York and with its principal place of business in New York, New York.

The original complaint alleged causes of action for Trademark Counterfeiting, Trademark Infringement, False Designation of Origin and False Advertising, Common Law Trademark Infringement, Unfair Competition, Illinois Consumer Fraud and Deceptive Business Practices Act, Common Law Unfair Competition, and Unjust Enrichment.

Plaintiffs filed a First Amended Complaint on February 26, 2015, adding the four individual defendants Hong Zhu, Long Zhu, Amy Shi, and Sam Zhu and alleging a new cause of action for Piercing the Corporate Veil. The Summons and First Amended Complaint have not been served on the added four individual defendants.

All claims against all of the defendants remain for disposition in the district court. Discovery has closed.

**2. Appellate jurisdiction**

The Seventh Circuit Court of Appeals has jurisdiction over the appeal from the Order Granting Plaintiffs' Motion for a Temporary Restraining Order entered in this action on the 25th day of February, 2015 pursuant to 28 U.S.C. § 1292(a)(1) as an "[i]nterlocutory order[ ] of the district courts of the United States . . . or of the judges thereof, granting . . . injunctions."

The Seventh Circuit Court of Appeals has jurisdiction over the appeal from the Order Denying Defendant's Motion To Dismiss for Lack of Personal Jurisdiction entered in this action on the 4th day of February, 2015 pursuant to the doctrine of pendent appellate jurisdiction. Lack of personal jurisdiction, the basis of defendant DI DA's motion to dismiss for lack of personal jurisdiction, was one of the grounds on which DI DA opposed plaintiffs' Motion for a

Temporary Restraining Order; personal jurisdiction was an express basis of the district court's grant of plaintiffs' Motion for a Temporary Restraining Order; it bears on the validity of the TRO; the personal jurisdiction order presents the same question as one of the questions presented by the appeal from the temporary restraining order; it is inextricably intertwined with the appealable temporary restraining order; and review of it is necessary for a meaningful review of the temporary restraining order.

      The defendant DI DA Import and Export Inc. d/b/a DI DA New York filed its Notice of Appeal contemporaneously with this Docketing Statement on March 5, 2015.

Dated:  March 5, 2015    Respectfully submitted,

*/s/ Carolyn Shields*
Carolyn Shields
LIU & SHIELDS LLP
41-60 Main Street, Suite 208A
Flushing, NY 11355
Tel:    718-463-1868
Email:  shieldscj524@gmail.com
Attorneys for Defendant-Appellant
DI DA IMPORT AND EXPORT INC.
d/b/a DI DA NEW YORK

CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing DOCKETING STATEMENT has been served this 5th day of March, 2015 via the Court's ECF filing system on the following counsel:

Mr. Steven Patrick McKey, Esq.
Bryan Cave LLP
161 North Clark Street
Suite 4300
Chicago, IL 60601
(312) 602-5000
Email: patrick.mckey@bryancave.com

Mr. Donald Alexander Cole, Esq.
Bryan Cave LLP
161 North Clark Street
Suite 4300
Chicago, IL 60601
(312) 602-5000
Fax: (312) 698-7428
Email: donald.cole@bryancave.com

Ms. Lauren Jennifer Caisman, Esq.
Bryan Cave LLP
161 N. Clark Street
Suite 4300
Chicago, IL 60601
(312) 602-5000
Email: lauren.caisman@bryancave.com

      I declare under penalty of perjury that the foregoing is true and correct. Executed on March 5, 2015.

                                                  */s/ Carolyn Shields*
                                                  Carolyn Shields

                                                  LIU & SHIELDS LLP
                                                  41-60 Main Street, Suite 208A
                                                  Flushing, NY 11355
                                                  Tel:    718-463-1868
                                                  Fax:    718-463-2883
                                                  Email:  shieldscj524@gmail.com
                                                  Attorneys for Defendant-Appellant
                                                  DI DA IMPORT AND EXPORT INC.
                                                  d/b/a DI DA NEW YORK