# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

March 6, 2015

**To:**   Thomas G. Bruton
         Clerk of Court

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 15-1480
>
> Caption:
> COACH, INC., et al.,
> Plaintiffs - Appellees
>
> v.
>
> DI DA IMPORT AND EXPORT, INC., doing business as DI DA IMPORT AND EXPORT INC.,
> Defendant - Appellant

> District Court No: 1:13-cv-07165
> District Judge Samuel Der-Yeghiayan
> Clerk/Agency Rep Thomas G. Bruton
>
> Date NOA filed in District Court: 03/05/2015

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**(form ID: **188**)