```
 1                    IN THE UNITED STATES DISTRICT COURT
                         NORTHERN DISTRICT OF ILLINOIS
 2                             EASTERN DIVISION

 3   COACH, INC., et al.,              ) Docket No. 13 CV 7165
                                       )
 4           Plaintiffs,               )
                                       ) Chicago, Illinois
 5              vs.                    ) January 6, 2015
                                       ) 9:00 o'clock a.m.
 6   DI DA IMPORT AND EXPORT, INC.,    )
     doing business as Di Da New       )
 7   York,                             )
                                       )
 8           Defendants.               )

 9              TRANSCRIPT OF PROCEEDINGS - Motion
            BEFORE THE HONORABLE SAMUEL DER-YEGHIAYAN
10

11   APPEARANCES:
     For the Plaintiffs:     BRYAN CAVE LLP
12                           BY:  MR. DONALD ALEXANDER COLE
                                  MS. LAUREN JENNIFER CAISMAN
13                           161 North Clark Street
                             Suite 4300
14                           Chicago, Illinois  60601

15
     For the Defendants:     ICE MILLER
16                           BY:  MR. BRIAN J. LUM
                             200 West Madison Street
17                           Suite 3500
                             Chicago, Illinois  60606
18

19

20

21
                       Laura LaCien, CSR, RMR, CRR
22                        Official Court Reporter
                  219 South Dearborn Street, Suite 1902
23                      Chicago, Illinois  60604
                             (312) 408-5032
24

25
```

1      (The following proceedings were had in open court:)
2           COURTROOM DEPUTY:  13 C 7165, Coach versus Di Da
3  Import and Export.
4           MR. LUM:  Good morning, your Honor.  Brian Lum for
5  defendant Di Da.
6           THE COURT:  Good morning.
7           MR. COLE:  Good morning, your Honor.  Donald Cole
8  for plaintiffs Coach, Inc., Coach Services, Inc.
9           THE COURT:  Good morning.
10          MS. CAISMAN:  Lauren Caisman for Coach, Inc., and
11 Coach Services, Inc.
12          THE COURT:  Good morning.
13          Okay.  What do we have today?
14          MR. COLE:  Your Honor, you have plaintiff's --
15 before you, you have plaintiff's motion for temporary
16 restraining order seeking to freeze -- temporarily freeze the
17 assets or certain assets of the defendant in light of
18 deposition testimony and certain actions that have occurred
19 since we were last before your Honor.
20          And we received yesterday the defendant's response;
21 and based off the response, the plaintiffs would like an
22 opportunity to file a short reply, perhaps 14 days -- or
23 actually, your Honor, we already have before you as well our
24 motion for leave to file an amended complaint.
25          THE COURT:  Yeah.  That's supposed to have been

```
 1   filed December 19th, right?
 2           MR. COLE:  Correct, your Honor; and we did file
 3   that.
 4           THE COURT:  You did file that.  But their answer is
 5   January 20 for that.
 6           MR. COLE:  Yes, your Honor.  So perhaps we could
 7   have until January 20th to file our reply.
 8           THE COURT:  So they answered your motion to freeze
 9   the assets?
10           MR. COLE:  Yes.
11           MR. LUM:  An opposition was filed yesterday and a
12   courtesy copy --
13           THE COURT:  You did yesterday, okay.  I have not
14   seen that, okay.  And so you'd like to file your reply by
15   January 20?
16           MR. COLE:  Yes, your Honor.
17           THE COURT:  Okay.  I'll grant that.  And we have a
18   January 27th status date anyhow.
19           MR. COLE:  Yes.  Your Honor, based off of their
20   response today, it sort of gave a preview, I suppose, as to
21   what's to come.
22           THE COURT:  Of the upcoming events?
23           MR. COLE:  So perhaps based on that, we would like
24   to have time to file a reply to their response in opposition
25   to our motion for leave so maybe we could get, you know, a
```

```
 1  short reply seven to 14 days.  14 days would be preferable.
 2          MR. LUM:  Your Honor, I would ask that defendant be
 3  allowed to file an opposition before plaintiff asks for leave
 4  to a reply.
 5          THE COURT:  I'm not sure what you're saying.
 6          MR. LUM:  Well, the plaintiff is anticipating what
 7  defendant's opposition to their motion to amend the complaint
 8  is going to be and is asking for leave to file a reply to an
 9  opposition that hasn't even seen yet.
10          THE COURT:  Normally any time there's a motion, I
11  give an answer and reply date.
12          MR. LUM:  Okay.
13          THE COURT:  Sometimes people don't file a reply,
14  then they don't so we're just going to lose about seven days
15  or 14 days.  It's no big deal, so.
16          MR. LUM:  I understand, your Honor.
17          THE COURT:  Let's just give the opportunity.
18          MR. COLE:  Thank you, your Honor.
19          THE COURT:  So after 1-20, when would you like to
20  have the reply, if any?
21          MR. COLE:  14 days.  February 3rd, 4th?
22          THE COURT:  February 4th, okay.  February 4th.
23          Was there a TRO in this case?
24          MR. COLE:  No, your Honor.  There was not.
25          THE COURT:  There wasn't.  So this is not a TRO
```

1  issue.  Okay.
2        Other than Di Da Import and Exports, is there any
3  other defendants?
4        MR. COLE:  We are seeking leave to add four
5  additional defendants.
6        THE COURT:  Okay.  And you're not going to, counsel
7  for Di Da Import, represent those people?
8        MR. LUM:  I believe we're going to oppose their
9  motion to add the four individual defendants.
10       THE COURT:  But if they are added, granted, do you
11 know if you might be coming in as counsel for them?
12       MR. LUM:  I assume that we would, although I am not
13 lead counsel --
14       THE COURT:  You don't know yet, okay.
15       MR. LUM:  But I assume that that would be the
16 case.
17       THE COURT:  I just sometimes want to have an idea.
18 Sometimes people know if they're going to come in or not.
19 Okay.
20       Anything else today?  So after February 4th, I need
21 to set a new status hearing.  We'll strike the January 27th
22 and we'll set it for February 26th.
23       MR. COLE:  Great, your Honor.  Thank you very
24 much.
25       THE COURT:  Okay.

```
1            MR. COLE:  Happy new year.
2            THE COURT:  Happy new year to you all.
3            MR. LUM:  Thank you, your Honor.
4            THE COURT:  Take care.
5       (Which concluded the proceedings in the above-entitled
6   matter.)
7                         C E R T I F I C A T E
8            I hereby certify that the foregoing is a transcript
9   of proceedings before the Honorable Samuel Der-Yeghiayan on
10  January 6, 2015.
11
12  /s/Laura LaCien
    _____              March 9, 2015
13  Laura LaCien                                Date
    Official Court Reporter
14
```