```
 1                     IN THE UNITED STATES DISTRICT COURT
                          NORTHERN DISTRICT OF ILLINOIS
 2                             EASTERN DIVISION

 3   COACH, INC., et al.,              ) Docket No. 13 CV 7165
                                       )
 4           Plaintiffs,               )
                                       ) Chicago, Illinois
 5               vs.                   ) February 4, 2015
                                       ) 9:00 o'clock a.m.
 6   DI DA IMPORT AND EXPORT, INC.,    )
     doing business as Di Da New       )
 7   York,                             )
                                       )
 8           Defendants.               )

 9              TRANSCRIPT OF PROCEEDINGS - Motion
           BEFORE THE HONORABLE SAMUEL DER-YEGHIAYAN
10

11   APPEARANCES:
     For the Plaintiffs:     BRYAN CAVE LLP
12                           BY:  MR. DONALD ALEXANDER COLE
                             161 North Clark Street
13                           Suite 4300
                             Chicago, Illinois   60601
14

15   For the Defendants:     ICE MILLER
                             BY:  MR. BRIAN J. LUM
16                           200 West Madison Street
                             Suite 3500
17                           Chicago, Illinois   60606

18

19

20

21             Laura LaCien, CSR, RMR, CRR
                   Official Court Reporter
22          219 South Dearborn Street, Suite 1902
                  Chicago, Illinois   60604
23                     (312) 408-5032

24

25
```

```
 1            (The following proceedings were had in open court:)
 2              COURTROOM DEPUTY:  13 C 7165, Coach versus Di Da
 3   Import and Export.
 4              MR. LUM:  Good morning, your Honor.  Brian Lum on
 5   behalf of defendant.
 6              THE COURT:  Good morning.
 7              MR. COLE:  Good morning, your Honor.  Donald Cole on
 8   behalf of the plaintiffs.
 9              THE COURT:  Good morning.  Have there been any --
10   like last time there was fail to appear on a notice and --
11              MR. LUM:  I apologize, your Honor.
12              THE COURT:  -- now it's re-noticed.  What's your
13   position?
14              MR. COLE:  Well, your Honor, as you know, today we
15   will have a fully set -- or a fully briefed -- fully briefed
16   motion or, excuse me, the briefs will be fully briefed on our
17   motion for leave to file our first amended complaint and we
18   already have before you, your Honor, a fully briefed motion
19   for a temporary restraining order.
20              We believe that aside from the possibility that the
21   defendants have waived the argument of personal jursidiction,
22   the fact that this came on the heels of your Honor's setting
23   the schedule for a motion for summary judgment to be done and
24   for them to wait until after we've already expended this time
25   and expense to file these motions, we think that their motion
```

1 is now belated.
2  MR. LUM: Well, I think that mischaracterizes the
3 circumstances, your Honor. The defendant has raised personal
4 jurisdiction defense and its opposition to both the TRO and
5 the motion to amend the complaint. Those two motions are the
6 first substantive motions that plaintiff has filed in this
7 case. Before that, there's just been a motion for extension
8 of discovery and a motion to compel which was not opposed.
9  THE COURT: Yeah, but we had already set in this
10 case, after there was no answer, various dates for --
11 including dispositive motions, right?
12  MR. LUM: Yes.
13  MR. COLE: Yes, your Honor. We did.
14  MR. LUM: So --
15  THE COURT: Yeah. I mean, it's kind of like way
16 past due. On the type of motion that you're filing right
17 now, you may have waived that.
18  MR. LUM: I'm sorry to interrupt you, your Honor.
19  THE COURT: Not that -- on the merits, it might not
20 be denied. I'm just saying that the timing of it.
21  MR. LUM: Well, from defendant's point of view, it
22 was hoping to settle this case. It had gone through
23 discovery and it tried to be forthcoming discovery. It made
24 its settlement offer. No response was received. And then at
25 the first opportunity, it filed its motion to dismiss on the

```
 1  basis of personal jurisdiction.  I believe it timely filed it
 2  when the dispositive motion date was up.
 3          THE COURT:  Well, dispositive motion is not the same
 4  as motion to dismiss.
 5          MR. LUM:  I understand, your Honor.
 6          THE COURT:  That's motion on the pleading as opposed
 7  to after all the discovery.  This case commenced in 2013.
 8  That motion is opposed by plaintiffs.  It will be prejudicial
 9  to the plaintiffs at this point to allow that motion to
10  proceed, so motion to dismiss at this stage of the proceeding
11  is denied.
12          MR. COLE:  Thank you, your Honor.
13          THE COURT:  Okay.  As to your filings, there was
14  one -- let's see.  We had answer and reply already.  Reply
15  was due today.
16          MR. COLE:  The reply is due today, your Honor, and
17  it will be filed today.
18          THE COURT:  You'll be filing today, the reply?
19          MR. COLE:  Yes, your Honor.
20          THE COURT:  And then there was also, on the motion
21  to amend briefing, reply due sometime today?
22          MR. COLE:  Sorry, your Honor.  The motion for TRO,
23  the briefing on that is complete.  But the motion for leave
24  to amend, that reply will be filed today.
25          THE COURT:  Also, okay.
```

5

```
 1              MR. COLE:  Yes.
 2              THE COURT:  Do we have any other dates set?  I think
 3  we set something for February 26th, right?
 4              MR. LUM:  A status, I believe.
 5              MR. COLE:  Yes.
 6              THE COURT:  Okay.  I'll review all the filings and
 7  then I'll try to see if I can issue a decision before that
 8  date.  If not, I'll let you know what's happening on that
 9  date.
10              MR. COLE:  Sounds good.
11              THE COURT:  Anything else today?
12              MR. COLE:  No, your Honor.
13              THE COURT:  Counsel?
14              MR. LUM:  No, your Honor.
15              THE COURT:  Thank you.
16              MR. COLE:  Thank you.
17              MR. LUM:  Thank you, your Honor.
18       (Which concluded the proceedings in the above-entitled
19  matter.)
20
21
22
23
24
25
```

```
 1                      C E R T I F I C A T E

 2          I hereby certify that the foregoing is a transcript

 3   of proceedings before the Honorable Samuel Der-Yeghiayan on

 4   February 4, 2015.

 5


 6   /s/Laura LaCien
     _____              March 9, 2015
 7   Laura LaCien                              Date
     Official Court Reporter
 8
```