UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
Eastern Division

Coach, Inc., et al.
                              Plaintiff,

v.                                          Case No.: 1:13−cv−07165
                                            Honorable Samuel Der−Yeghiayan

Di Da Import and Export Inc., et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 28, 2015:

  MINUTE entry before the Honorable Samuel Der−Yeghiayan: Status hearing held and continued to 06/17/15 at 9:00 a.m. Defendant DiDa to answer or otherwise plead to the amended complaint within 7 days. Plaintiffs are warned that failure to serve summons and amended complaint on all Defendants may result in a dismissal of that Defendant who has not waived service or were not properly served pursuant to FRCP 4.Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.