## *AFFIDAVIT OF SPECIAL PROCESS SERVER*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

CASE NO.: <u>13-CV-7165</u>

_Dominic Jesus Ponce_ (handwritten), being first duly sworn on oath deposes and states that he/she is not a party to and has no interest in this matter and that he/she attempted service of the following: **Summons and Complaint** to **Long Zhu** at **Di Da Import and Export Inc., 7416 Grand Avenue, Second Floor, Elmhurst, NY 11373** resulting in:

_____ Personal service on the defendant/respondent/witness on

the _____ day of _____, 2015 at _____ __.M.

__X__ Service to an individual of the company willing and able to accept on

behalf of the subject/respondent/witness on

the _6TH_ day of _MAY_, 2015 at _2:30_ _P_.M.

Name: _LISA LING_  Title: _OFFICE MANAGER_

_____ Non-Service for the following reasons with the DATE and TIME of each attempt listed:

_____

_____

_____

A description of the person with whom the documents were left is as follows:

| | | | |
|---|---|---|---|
| Sex: | _FEMALE_ | Hair Color/Style: | _Black_ |
| Race: | _Asian_ | Height (approx.): | _5'4"_ |
| Age (approx.) | _45_ | Weight (approx.): | _135_ |

Notable Features/Notes: _____

Signed and Sworn to before me
This _8_ day of _May_, 2015.

_signature_
Notary Public

Served By:

_signature_

_Process Server_
Title

EVAN COHAN
NOTARY PUBLIC & ATTORNEY AT LAW
15-05515 NO. 02CO4998577
QUALIFIED IN ROCKLAND COUNTY
CERTIFICATE FILED IN NEW YORK COUNTY
COMMISSION EXPIRES JUNE 29, 2018

Service was completed by an independent contractor retained by It's Your Serve, Inc.

## *AFFIDAVIT OF SPECIAL PROCESS SERVER*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

CASE NO.: <u>13-CV-7165</u>

___*[signature]*___, being first duly sworn on oath deposes and states that he/she is not a party to and has no interest in this matter and that he/she attempted service of the following: **Summons and Complaint** to **Long Zhu** at **Di Da Import and Export Inc., 7416 Grand Avenue, Second Floor, Elmhurst, NY 11373** resulting in:

__X__ After service I mailed a copy of the listed documents, via first class mail to the subject on the __7th__ day of __May__, 2015

Signed and Sworn to before me
This __7th__ day of __May__, 2015.

___*[signature]*___
Notary Public

Mailed By:

___*[signature]*___

15-05514

```
OFFICIAL SEAL
WALTER SINDELAR
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:08/08/17
```

Service was completed by an independent contractor retained by It's Your Serve, Inc.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Coach, Inc. and Coach Services, Inc.

CASE NUMBER: 13-cv-7165

V.

ASSIGNED JUDGE: Samuel Der-Yeghiayan

Di Da Import and Export Inc. d/b/a Di Da New York, et al.

DESIGNATED MAGISTRATE JUDGE: Daniel G. Martin

TO: (Name and address of Defendant)

Long Zhu
3341 Utopia Parkway
Flushing, NY 11358

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Lauren J. Caisman
Bryan Cave LLP
161 N. Clark Street, Suite 4300
Chicago, IL 60601

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

/s/ signature

(By) DEPUTY CLERK



February 27, 2015

DATE

# AFFIDAVIT OF SPECIAL PROCESS SERVER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

CASE NO.: <u>13-CV-7165</u>

_____, being first duly sworn on oath deposes and states that he/she is not a party to and has no interest in this matter and that he/she attempted service of the following: **Summons and Complaint** to **Sam Zhu** at **Di Da Import and Export Inc., 7416 Grand Avenue, Second Floor, Elmhurst, NY 11373** resulting in:

_____ Personal service on the defendant/respondent/witness on

the _____ day of _____, 2015 at _____.M.

_X_ Service to an individual of the company willing and able to accept on

behalf of the subject/respondent/witness on

the _6TH_ day of _May_, 2015 at _2:15_ _P_.M.

Name: _Lisa Liao_     Title: _Gen. Manager_

_____ Non-Service for the following reasons with the DATE and TIME of each attempt listed:

_____

_____

_____

A description of the person with whom the documents were left is as follows:

Sex: _Female_            Hair Color/Style: _Black_
Race: _Asian_            Height (approx.): _5'4"_
Age (approx.) _40_        Weight (approx.): _130_
Notable Features/Notes: _____

Signed and Sworn to before me
This _8_ day of _May_, 2015.

_____
Notary Public

EVAN COHAN
NOTARY PUBLIC & ATTORNEY AT LAW
NO. 02CO4998577
QUALIFIED IN ROCKLAND COUNTY
CERTIFICATE FILED IN NEW YORK COUNTY
COMMISSION EXPIRES JUNE 29, 2018

15-0554

Served By:

_____

_____
Title

Service was completed by an independent contractor retained by It's Your Serve, Inc.

# *AFFIDAVIT OF SPECIAL PROCESS SERVER*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

CASE NO.: <u>13-CV-7165</u>

_____, being first duly sworn on oath deposes and states that he/she is not a party to and has no interest in this matter and that he/she attempted service of the following: **Summons and Complaint** to **Sam Zhu** at **Di Da Import and Export Inc., 7416 Grand Avenue, Second Floor, Elmhurst, NY 11373** resulting in:

**X** After service I mailed a copy of the listed documents, via first class mail to the subject on the ___ day of ___ May ___, 2015

Signed and Sworn to before me
This ___ day of ___ May ___, 2015.

_____
Notary Public

Mailed By:

_____

15-05514

OFFICIAL SEAL
WALTER SINDELAR
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:08/08/17

Service was completed by an independent contractor retained by It's Your Serve, Inc.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Coach, Inc. and Coach Services, Inc.

CASE NUMBER: 13-cv-7165

V.

ASSIGNED JUDGE: Samuel Der-Yeghiayan

Di Da Import and Export Inc. d/b/a Di Da New York, et al.

DESIGNATED MAGISTRATE JUDGE: Daniel G. Martin

TO: (Name and address of Defendant)

Sam Zhu
7416 Grand Avenue, Second Floor
Elmhurst, NY 11373

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Lauren J. Caisman
Bryan Cave LLP
161 N. Clark Street, Suite 4300
Chicago, IL 60601

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

(By) DEPUTY CLERK



February 27, 2015

DATE

## *AFFIDAVIT OF SPECIAL PROCESS SERVER*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

CASE NO.: <u>13-CV-7165</u>

__Dominic Douglas__, being first duly sworn on oath deposes and states that he/she is not a party to and has no interest in this matter and that he/she attempted service of the following: **Summons and Complaint** to **Amy Shi** at **Di Da Import and Export Inc., 7416 Grand Avenue, Second Floor, Elmhurst, NY 11373** resulting in:

_____ Personal service on the defendant/respondent/witness on

the _____ day of _____, 2015 at _____ ___.M.

__X__ Service to an individual of the company willing and able to accept on

behalf of the subject/respondent/witness on

the __6TH__ day of __May__, 2015 at __3:15__ P.M.

Name: __Lisa Liu__   Title: __Office Manager__

_____ Non-Service for the following reasons with the *DATE* and *TIME* of each attempt listed:

_____

_____

_____

A description of the person with whom the documents were left is as follows:

Sex: __Female__          Hair Color/Style: __Black__
Race: __Asian__          Height (approx.): __5'4"__
Age (approx.) __45__     Weight (approx.): __135__

Notable Features/Notes: _____

Signed and Sworn to before me
This __8__ day of __May__, 2015.

_____
Notary Public

Served By:

_____
_____
Title

EVAN COHAN
NOTARY PUBLIC & ATTORNEY AT LAW
15-05514       NO. 02CO4998577
QUALIFIED IN ROCKLAND COUNTY
CERTIFICATE FILED IN NEW YORK COUNTY
COMMISSION EXPIRES JUNE 29, 2018

Service was completed by an independent contractor retained by It's Your Serve, Inc.

## *AFFIDAVIT OF SPECIAL PROCESS SERVER*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

CASE NO.: 13-CV-7165

_[signature]_, being first duly sworn on oath deposes and states that he/she is not a party to and has no interest in this matter and that he/she attempted service of the following: **Summons and Complaint** to **Amy Shi** at **Di Da Import and Export Inc., 7416 Grand Avenue, Second Floor, Elmhurst, NY 11373** resulting in:

X\_\_\_\_ After service I mailed a copy of the listed documents, via first class mail to the subject on the 7th day of May, 2015

Signed and Sworn to before me
This 7th day of May, 2015.

_[signature]_
Notary Public

Mailed By:

_[signature]_

15-05514

```
OFFICIAL SEAL
WALTER SINDELAR
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:08/08/17
```

Service was completed by an independent contractor retained by It's Your Serve, Inc.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Coach, Inc. and Coach Services, Inc.

CASE NUMBER: 13-cv-7165

V.

ASSIGNED JUDGE: Samuel Der-Yeghiayan

Di Da Import and Export Inc. d/b/a Di Da New York, et al.

DESIGNATED MAGISTRATE JUDGE: Daniel G. Martin

TO: (Name and address of Defendant)

Amy Shi
3341 Utopia Parkway
Flushing, NY 11358

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Lauren J. Caisman
Bryan Cave LLP
161 N. Clark Street, Suite 4300
Chicago, IL 60601

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK



February 27, 2015

(By) DEPUTY CLERK

DATE

# AFFIDAVIT OF SPECIAL PROCESS SERVER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

CASE NO.: 13-CV-7165

_____, being first duly sworn on oath deposes and states that he/she is not a party to and has no interest in this matter and that he/she attempted service of the following: **Summons and Complaint** to **Hong Zhu** at **Di Da Import and Export Inc., 7416 Grand Avenue, Second Floor, Elmhurst, NY 11373** resulting in:

_____ Personal service on the defendant/respondent/witness on

  the _____ day of _____, 2015 at _____ .M.

__X__ Service to an individual of the company willing and able to accept on

  behalf of the subject/respondent/witness on

  the 6th day of May, 2015 at 3:30 P.M.

  Name: Lisa Liu    Title: Office Manager

_____ Non-Service for the following reasons with the DATE and TIME of each attempt listed:

_____

_____

_____

A description of the person with whom the documents were left is as follows:

Sex: Female           Hair Color/Style: Black

Race: Asian           Height (approx.): 5'4"

Age (approx.) 45      Weight (approx.): 135

Notable Features/Notes: _____

Signed and Sworn to before me         Served By:
This 8 day of May, 2015.

_____                _____
Notary Public                          

EVAN COHAN
NOTARY PUBLIC & ATTORNEY AT LAW
15-05515   NO. 02CO4998577
QUALIFIED IN ROCKLAND COUNTY
CERTIFICATE FILED IN NEW YORK COUNTY
COMMISSION EXPIRES JUNE 29, 2018

_____
Title

Service was completed by an independent contractor retained by It's Your Serve, Inc.

## *AFFIDAVIT OF SPECIAL PROCESS SERVER*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CASE NO.: 13-CV-7165

_[signature]_, being first duly sworn on oath deposes and states that he/she is not a party to and has no interest in this matter and that he/she attempted service of the following: **Summons and Complaint** to **Hong Zhu** at **Di Da Import and Export Inc., 7416 Grand Avenue, Second Floor, Elmhurst, NY 11373** resulting in:

__X__ After service I mailed a copy of the listed documents, via first class mail to the subject on the ___ day of _May_, 2015

Signed and Sworn to before me
This ___ day of _May_, 2015.

_Walter Sindelar_
Notary Public

Mailed By:
_[signature]_

15-05514

```
OFFICIAL SEAL
WALTER SINDELAR
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:08/08/17
```

Service was completed by an independent contractor retained by It's Your Serve, Inc.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Coach, Inc. and Coach Services, Inc.

CASE NUMBER: 13-cv-7165

V.

ASSIGNED JUDGE: Samuel Der-Yeghiayan

Di Da Import and Export Inc. d/b/a Di Da New York, et al.

DESIGNATED MAGISTRATE JUDGE: Daniel G. Martin

TO: (Name and address of Defendant)

Hong Zhu
3341 Utopia Parkway
Flushing, NY 11358

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Lauren J. Caisman
Bryan Cave LLP
161 N. Clark Street, Suite 4300
Chicago, IL 60601

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

(By) DEPUTY CLERK



February 27, 2015

DATE