IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COACH, INC. and COACH SERVICES, INC., | ) ) ) |
| Plaintiff, | ) Civil Action No.: 13-cv-7165 ) ) Judge Der-Yeghiayan ) Magistrate Judge Martin |
| v. | ) ) |
| DI DA IMPORT AND EXPORT INC. d/b/a DI DA NEW YORK, | ) ) ) |
| Defendant. | ) ) |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR**
**DEFENDANT, DI DA IMPORT AND EXPORT INC.**

The undersigned counsel, Brian Lum of the law firm Ice Miller, LLP, hereby moves this Court for leave to withdraw his appearance as counsel of record for Defendant Di Da Import And Export Inc. ("Di Da"). In support of this motion, counsel states:

1. On November 22, 2013, Mr. Lum filed an appearance in the present case as local counsel on behalf of Defendant Di Da (Doc. 9).

2. Appearances pro hac vice on behalf of Di Da were also granted on January 16 and November 4, 2014, for Ying Liu (Doc. 16) and Carolyn Shields (Doc. 27) of Liu & Shields LLP as principal counsel for Di Da.

3. Mr. Lum now seeks leave of Court to withdraw as counsel for Di Da, pursuant to Local Rule 83.17.

4. This motion for leave to withdraw is by mutual agreement of Mr. Lum and of Liu & Shields LLP on behalf of Di Da.

5. Mr. Lum's withdrawal from this action will not prejudice or otherwise have a material adverse effect on the interests of Di Da, as Di Da will continue to be

represented by their principal counsel Liu & Shields LLP, who are proceeding to identify alternate local counsel.

  WHEREFORE, the Brian Lum of Ice Miller, LLP hereby requests that this Court enter an Order granting leave to withdraw as counsel for Di Da.

Respectfully submitted,

Dated: May 27, 2015    By:  /s/ Brian J. Lum
             Brian J. Lum (ARDC No. 6256315)
             ICE MILLER LLP
             200 West Madison Street, Suite 3500
             Chicago, Illinois 60606
             Telephone: 312-726-1567
             Facsimile: 312-726-7102