# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| COACH, INC. and COACH SERVICES, INC., | ) )   Civil Action No.: 13-cv-7165 |
|   Plaintiff, | ) )   Judge Der-Yeghiayan )   Magistrate Judge Martin |
| v. | ) ) |
| DI DA IMPORT AND EXPORT INC. d/b/a DI DA NEW YORK, | ) ) ) |
|   Defendant. | ) |

## NOTICE OF MOTION

To: S. Patrick McKey
Donald A. Cole
BRYAN CAVE LLP
161 North Clark Street, Suite 4300
Chicago, Illinois 60601

PLEASE TAKE NOTICE that, on Tuesday, June 2, 2015 at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge Der-Yeghiayan, or any judge sitting in his stead in the courtroom usually occupied by him at the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANT, DI DA IMPORT AND EXPORT INC., a copy of which is hereby served upon you.

                                    Respectfully submitted,

Dated:  May 27, 2015          By:  /s/ Brian J. Lum
                                    Brian J. Lum (ARDC No. 6256315)
                                    ICE MILLER LLP
                                    200 West Madison Street, Suite 3500
                                    Chicago, Illinois 60606
                                    Telephone:  312-726-1567
                                    Facsimile:  312-726-7102

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that true and correct copies of the foregoing NOTICE OF MOTION and MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANT, DI DA IMPORT AND EXPORT INC. were served on attorneys for Plaintiffs, on May 27, 2015, by first-class mail, and was electronically filed with the Court via the CM/ECF system which sent notification of such filing to all Counsel of Record.

S. Patrick McKey
Donald A. Cole
BRYAN CAVE LLP
161 North Clark Street, Suite 4300
Chicago, Illinois 60601


  /s/ Brian J. Lum
Brian J. Lum