**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| COACH, INC. and COACH SERVICES, INC., | ) Civil Action No.: 1:13-cv-7165 |
| | ) |
| | ) Judge Der-Yeghiayan |
| Plaintiffs, | ) Magistrate Judge Martin |
| | ) |
| v. | ) **NOTICE OF** |
| | ) **MOTION TO DISMISS** |
| DI DA IMPORT AND EXPORT INC. d/b/a | ) **OF SAM ZHU, LONG ZHU,** |
| DI DA NEW YORK, HONG ZHU, | ) **HONG ZHU, AND AMY SHI** |
| LONG ZHU, AMY SHI, AND SAM ZHU, | ) |
| | ) Date: June 2, 2015 |
| Defendants. | ) Time: 9:00 a.m. |
| | ) Place: Courtroom 1903 |

**NOTICE OF MOTION**

To:   S. Patrick McKey
      Donald A. Cole
      Lauren Caisman
      BRYAN CAVE LLP
      161 North Clark Street, Suite 4300
      Chicago, Illinois 60601

Please take notice that, on Tuesday, June 2, 2015, at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned attorneys for Defendants Sam Zhu, Long Zhu, Hong Zhu, and Amy Shi shall appear before the Honorable Judge Der-Yeghiayan, or any judge sitting in his stead, in the courtroom usually occupied by him at the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and then and there present Defendant Sam Zhu's MOTION TO DISMISS FOR INSUFFICIENCY OF SERVICE UNDER RULE 12(b)(5) AND LACK OF PERSONAL JURISDICTION UNDER RULE 12(b)(2) and Defendants Long Zhu, Hong Zhu, and Amy Shi's MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION UNDER RULE 12(b)(2), a copy of which is hereby served upon you.

This motion is based on this notice of motion, the summons and first amended complaint, the proof of service of the summons and first amended complaint, the accompanying Memorandum of Law and the Declarations of Sam Zhu, Long Zhu, Hong Zhu, Amy Shi and Carolyn Shields, the documents on file in this case, and such other matters as may be presented to the Court.

The grounds of this motion are:

1. Service of process upon Sam Zhu is improper because service was attempted pursuant to Rule 4(e)(1), service under state law, namely, New York Civil Practice Rule 308(2) by delivering the summons and amended complaint to a person at the place of business of DI DA IMPORT AND EXPORT INC., which is not Sam Zhu's actual place of business.

2. This Court lacks personal jurisdiction over Sam Zhu because there is neither general nor specific personal jurisdiction over him.

3. This Court lacks personal jurisdiction over Long Zhu, Hong Zhu, and Amy Shi because there is neither general nor specific personal jurisdiction over them.

The relief requested by defendants' motion is an order dismissing this case against defendant Sam Zhu for insufficiency of service of process and for lack of personal jurisdiction, and an order dismissing this case against defendants Long Zhu, Hong Zhu, and Amy Shi for lack of personal jurisdiction, or such other and further relief as the Court may deem just and proper.

                Respectfully submitted,

Dated: May 28, 2015                  */s/ Carolyn Shields*
                                             Carolyn Shields; Ying Liu
                                             LIU & SHIELDS LLP
                                             41-60 Main Street, Suite 208A
                                             Flushing, NY 11355
                                             shieldscj524@gmail.com

                                             Attorneys for Defendants
                                             SAM ZHU, LONG ZHU, HONG ZHU,
                                             AND AMY SHI