**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| COACH, INC. and COACH SERVICES, INC., | ) ) | Civil Action No.: 1:13-cv-7165 |
| | ) | |
| Plaintiffs, | ) ) | Judge Der-Yeghiayan Magistrate Judge Martin |
| | ) | |
| v. | ) ) | **DECLARATIONS OF SAM ZHU, LONG ZHU,** |
| DI DA IMPORT AND EXPORT INC. d/b/a DI DA NEW YORK, HONG ZHU, LONG ZHU, AMY SHI, AND SAM ZHU, | ) ) ) ) | **HONG ZHU, AMY SHI, AND CAROLYN SHIELDS IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS** |
| | ) | |
| Defendants. | ) ) | |
| | ) | Date: June 2, 2015 |
| | ) | Time: 9:00 a.m. |
| | ) | Place: Courtroom 1903 |

## DECLARATION OF SAM ZHU

I, Sam Zhu, declare:

1.      I am the sole shareholder and the president of DI DA Import and Export Inc. ("DI DA"), the defendant in this action.  I have personal knowledge of the facts set forth herein and if called as a witness could and would competently testify thereto.

2.      I am a citizen of the United States of America but from January of 2013 to the present date I have resided full time in Guangzhou, Guangdong Province, in the People's Republic of China.  Between January of 2013 to the present date I visited the United States on one occasion, in November of 2014, for the purpose of being deposed in this case as a designee of DI DA.  On that occasion, I stayed with my family in Flushing, New York, in the United States.

3.      I have never been present in the state of Illinois:  I have never visited, stopped in, or passed through the state of Illinois.

4.      I have never had any contacts with the state of Illinois, purposeful or otherwise.  I have never had any continuous or systematic contacts with the state of Illinois.  I have never had any mail or wire communications with the state of Illinois.

5.      I have never conducted any business in or directed at the state of Illinois.

6.      I have never engaged in any transaction in the state of Illinois.

7.      I have never engaged in any conduct directed at Illinois.

8.      I have never availed myself of the privilege of conducting business in Illinois.

9.      I have never entered into any contracts in the state of Illinois.

10.      I have never taken any action expressly aimed at the state of Illinois.

11.      I am aware that the plaintiffs in this action claim that DI DA sold or offered to sell goods in the state of Illinois.  However, my work for DI DA never had anything to do with sales.

12.     I understand that plaintiffs allege that they were injured by intentional conduct. But records of the United States Patent and Trademark Office ("USPTO"), produced in discovery, show that of the three trademarks at issue in this case, one trademark was never used by DI DA and the USPTO's notice to DI DA of the filing of an opposition by Coach to two of DI DA's applications was returned to the USPTO as undeliverable.

13.     This declaration has been translated for me into Mandarin Chinese.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed at Guangzhou, People's Republic of China, on January 20, 2015.

SAM ZHU

DECLARATION OF LONG ZHU

I, Long Zhu, declare:

1.      I am a vice president of DI DA Import and Export Inc. ("DI DA"), the defendant in this action.  I am in charge of relations with the factories which manufacture DI DA's goods in the People's Republic of China and with the export company which ships the finished goods to the United States.  I have personal knowledge of the facts set forth herein and if called as a witness could and would competently testify thereto.

2.      I am a permanent resident alien of the United States of America.  I reside part-time in Guangzhou, Guangdong Province, in the People's Republic of China and part-time with my family in Flushing, New York, in the United States.

3.      I have never been present in the state of Illinois:  I have never visited, stopped in, or passed through the state of Illinois.

4.      I have never had any contacts with the state of Illinois, purposeful or otherwise.  I have never had any continuous or systematic contacts with the state of Illinois.  I have never had any mail or wire communications with the state of Illinois.

5.      I have never conducted any business in or directed at the state of Illinois.

6.      I have never engaged in any transaction in the state of Illinois.

7.      I have never engaged in any conduct directed at Illinois.

8.      I have never availed myself of the privilege of conducting business in Illinois.

9.      I have never entered into any contracts in the state of Illinois.

10.     I have never taken any action expressly aimed at the state of Illinois.

11.     I am aware that the plaintiffs in this action claim that DI DA sold or offered to sell goods in the state of Illinois.  However, my work for DI DA did not involve sales.

12.     This declaration has been translated for me into Mandarin Chinese.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed at Guangzhou, People's Republic of China, on January 20, 2015.

LONG ZHU

DECLARATION OF HONG ZHU

I, Hong Zhu, declare:

1.      I am the treasurer of DI DA Import and Export Inc. ("DI DA"), the defendant in this action.  I have personal knowledge of the facts set forth herein and if called as a witness could and would competently testify thereto.

2.      I am a permanent resident alien of the United States of America.  I am domiciled and reside in Flushing, New York, in the United States.

3.      I have never been present in the state of Illinois:  I have never visited, stopped in, or passed through the state of Illinois.

4.      I have never had any contacts with the state of Illinois, purposeful or otherwise.  I have never had any continuous or systematic contacts with the state of Illinois.  Although DI DA may have had communications with a few customers located in Illinois, I have never engaged in any mail or wire communications with Illinois.

5.      I have never conducted any business in or directed at the state of Illinois.

6.      I have never engaged in any transaction in the state of Illinois.

7.      I have never engaged in any conduct directed at Illinois.

8.      I have never availed myself of the privilege of conducting business in Illinois.

9.      I have never entered into any contracts in the state of Illinois.

10.     I have never taken any action expressly aimed at the state of Illinois.

11.     I am aware that the plaintiffs in this action claim that DI DA sold or offered to sell goods in the state of Illinois.  However, my work for DI DA never had anything to do with sales.

//

//

//

13.     This declaration has been translated for me into Mandarin Chinese.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on January 19, 2015.

_____
HONG ZHU

## DECLARATION OF AMY SHI

I, Amy Shi, declare:

1.      I am a vice president of DI DA Import and Export Inc. ("DI DA")  I have personal knowledge of the facts set forth herein and if called as a witness could and would competently testify thereto.

2.      I am a citizen of the United States of America.  I am domiciled and reside in Flushing, New York, in the United States.

3.      I have never been present in the state of Illinois.

4.      I have never had any contacts with the state of Illinois, purposeful or otherwise.  I have never had any continuous or systematic contacts with the state of Illinois.  In my capacity as the employee of DI DA in charge of sales, I had communications with approximately seven customers of DI DA located in Illinois, of which four customers placed a single order with DI DA at a trade show located in Las Vegas, Nevada or in Florida.

5.      I have never conducted any business in or directed at the state of Illinois.

6.      I have never engaged in any transaction in the state of Illinois.

7.      I have never engaged in any conduct directed at Illinois.

8.      I have never availed myself of the privilege of conducting business in Illinois.

9.      I have never entered into any contracts in the state of Illinois.

10.      I have never taken any action expressly aimed at the state of Illinois.

11.      DI DA is a family corporation operated by four family members:  my mother, Hong Zhu, her brother Long Zhu, his son Sam Zhu, the sole shareholder, and me.  Sam Zhu works for DI DA out of his home in China; DI DA's place of business at 7416 Grand Avenue, Elmhurst, New York, is not Sam Zhu's place of business.  Hong Zhu and I live together; Sam Zhu and Long Zhu live together when Long Zhu is in China.  Because we are family, we talk with each other frequently about DI DA's operations.

12.     At all times during its existence DI DA has maintained separate books and records and filed separate tax returns.  DI DA has an accountant who advises it and who prepares DI DA's tax returns and handles DI DA's quarterly payroll filings.  DI DA maintains bank accounts that are separate from any accounts of the four family members.  None of the assets of the four family members are commingled with DI DA's assets, nor are DI DA's assets applied to any purpose except the corporation's purposes.  DI DA complies with the laws of the state of its incorporation, New York, regarding corporate formalities.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on May 28, 2015.

AMY SHI

DECLARATION OF CAROLYN SHIELDS

I, Carolyn Shields, declare:

1.      I am one of the attorneys for the defendants in this action.  I have personal knowledge of the facts set forth herein and if called as a witness could and would competently testify thereto.

2.      Attached hereto as Exhibit A is a true and correct copy of the affidavit of service of process on defendants Sam Zhu, Long Zhu, Hong Zhu, and Amy Shi which was filed in the ECF docket for this case.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on May 28, 2015.


*/s/ Carolyn Shields*

# EXHIBIT A

## AFFIDAVIT OF SPECIAL PROCESS SERVER

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### CASE NO.: 13-CV-7165

_Domini Delia Porte_ , being first duly sworn on oath deposes and states that he/she is not a party to and has no interest in this matter and that he/she attempted service of the following: **Summons and Complaint** to **Long Zhu** at **Di Da Import and Export Inc., 7416 Grand Avenue, Second Floor, Elmhurst, NY 11373** resulting in:

_____ Personal service on the defendant/respondent/witness on

the _____ day of _____, 2015 at _____ ___.M.

___X___ Service to an individual of the company willing and able to accept on

behalf of the subject/respondent/witness on

the 6TH day of MAY , 2015 at 2:50 P.M.

Name: LISA LINE Title: OFFICE MANAGER

_____ Non-Service for the following reasons with the *DATE* and *TIME* of each attempt listed:

_____

_____

_____

A description of the person with whom the documents were left is as follows:

Sex: FEMALE          Hair Color/Style: BLACK

Race: ASIAN          Height (approx.): 5'4"

Age (approx.) 45          Weight (approx.): 135

Notable Features/Notes:_____

Signed and Sworn to before me
This 8 day of May , 2015.

_____
Notary Public

Served By:

_____

Process Server
Title

EVAN COHAN
NOTARY PUBLIC & ATTORNEY AT LAW
15-05515 NO. 02CO4998577
QUALIFIED IN ROCKLAND COUNTY
CERTIFICATE FILED IN NEW YORK COUNTY
COMMISSION EXPIRES JUNE 29, 2018

Service was completed by an independent contractor retained by It's Your Serve, Inc.

## *AFFIDAVIT OF SPECIAL PROCESS SERVER*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

CASE NO.: 13-CV-7165

_____, being first duly sworn on oath deposes and states that he/she is not a party to and has no interest in this matter and that he/she attempted service of the following: **Summons and Complaint** to **Long Zhu** at **Di Da Import and Export Inc., 7416 Grand Avenue, Second Floor, Elmhurst, NY 11373** resulting in:

X_____    After service I mailed a copy of the listed documents, via first class mail
to the subject on the ____ day of _____, 2015

Signed and Sworn to before me
This ____ day of _____, 2015.

_____
Notary Public

Mailed By:

_____

15-05514

```
OFFICIAL SEAL
WALTER SINDELAR
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:08/08/17
```

Service was completed by an independent contractor retained by It's Your Serve, Inc.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

Coach, Inc. and Coach Services, Inc.

CASE NUMBER: 13-cv-7165

V.

ASSIGNED JUDGE: Samuel Der-Yeghiayan

Di Da Import and Export Inc. d/b/a Di Da
New York, et al.

DESIGNATED
MAGISTRATE JUDGE: Daniel G. Martin

TO: (Name and address of Defendant)

Long Zhu
3341 Utopia Parkway
Flushing, NY 11358

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Lauren J. Caisman
Bryan Cave LLP
161 N. Clark Street, Suite 4300
Chicago, IL 60601

an answer to the complaint which is herewith served upon you, _____ 21 _____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable
period of time after service.

THOMAS G. BRUTON, CLERK



February 27, 2015

(By) DEPUTY CLERK

DATE

## AFFIDAVIT OF SPECIAL PROCESS SERVER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

CASE NO.: 13-CV-7165

_Jhynne Desultre_ , being first duly sworn on oath deposes and states that he/she is not a party to and has no interest in this matter and that he/she attempted service of the following: **Summons and Complaint** to **Sam Zhu** at **Di Da Import and Export Inc., 7416 Grand Avenue, Second Floor, Elmhurst, NY 11373** resulting in:

_____ Personal service on the defendant/respondent/witness on

the _____ day of _____, 2015 at _____ ___.M.

___X___ Service to an individual of the company willing and able to accept on

behalf of the subject/respondent/witness on

the _6th_ day of _July_, 2015 at _2:50_ _P_.M.

Name: _Lisa Liao_    Title: _General Manager_

_____ Non-Service for the following reasons with the _DATE_ and _TIME_ of each attempt listed:

_____

_____

_____

A description of the person with whom the documents were left is as follows:

| | | | |
|---|---|---|---|
| Sex: | _Female_ | Hair Color/Style: | _Black_ |
| Race: | _Asian_ | Height (approx.): | _5'4"_ |
| Age (approx.) | _4+_ | Weight (approx.): | _125_ |

Notable Features/Notes:_____

Signed and Sworn to before me
This _8_ day of _May_, 2015.

_signature_
Notary Public

Served By:

_signature_

_Process Server_
Title

EVAN COHAN
NOTARY PUBLIC & ATTORNEY AT LAW
NO. 02CO4998577
QUALIFIED IN ROCKLAND COUNTY
CERTIFICATE FILED IN NEW YORK COUNTY
COMMISSION EXPIRES JUNE 29, 2018

15-0551

Service was completed by an independent contractor retained by It's Your Serve, Inc.

## AFFIDAVIT OF SPECIAL PROCESS SERVER

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

CASE NO.: 13-CV-7165

_____, being first duly sworn on oath deposes and states that he/she is not a party to and has no interest in this matter and that he/she attempted service of the following: **Summons and Complaint** to **Sam Zhu** at **Di Da Import and Export Inc., 7416 Grand Avenue, Second Floor, Elmhurst, NY 11373** resulting in:

After service I mailed a copy of the listed documents, via first class mail to the subject on the _____ day of _____, 2015

Signed and Sworn to before me
This ___ day of _____, 2015.

_____
Notary Public

Mailed By:

_____

15-05514

```
OFFICIAL SEAL
WALTER SINDELAR
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:08/08/17
```

Service was completed by an independent contractor retained by It's Your Serve, Inc.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Coach, Inc. and Coach Services, Inc.

|  |  |
|---|---|
| CASE NUMBER: | 13-cv-7165 |
| V. | ASSIGNED JUDGE: Samuel Der-Yeghiayan |

Di Da Import and Export Inc. d/b/a Di Da
New York, et al.

DESIGNATED
MAGISTRATE JUDGE: Daniel G. Martin

TO: (Name and address of Defendant)

Sam Zhu
7416 Grand Avenue, Second Floor
Elmhurst, NY 11373

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

      Lauren J. Caisman
      Bryan Cave LLP
      161 N. Clark Street, Suite 4300
      Chicago, IL 60601

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable
period of time after service.

THOMAS G. BRUTON, CLERK



February 27, 2015

(By) DEPUTY CLERK

DATE

## AFFIDAVIT OF SPECIAL PROCESS SERVER

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### CASE NO.: 13-CV-7165

_Domunic Slaughers_, being first duly sworn on oath deposes and states that he/she is
not a party to and has no interest in this matter and that he/she attempted service of the
following: **Summons and Complaint** to **Amy Shi** at **Di Da Import and Export Inc., 7416
Grand Avenue, Second Floor, Elmhurst, NY 11373** resulting in:

_____ Personal service on the defendant/respondent/witness on

the _____ day of _____, 2015 at _____ ___.M.

__X___ Service to an individual of the company willing and able to accept on

behalf of the subject/respondent/witness on

the _6TH_ day of _May_, 2015 at _3:15_ _P_.M.

Name: _Lisa Liue_       Title: _Office Manager_

_____ Non-Service for the following reasons with the DATE and TIME of each attempt listed:

_____

_____

_____

A description of the person with whom the documents were left is as follows:

Sex: _Female_                    Hair Color/Style: _Black_

Race: _Asian_                    Height (approx.): _5'4"_

Age (approx.) _45_              Weight (approx.): _135_

Notable Features/Notes:_____

Signed and Sworn to before me
This _8_ day of _May_, 2015.

_____
Notary Public

Served By:

_____

_____
Title

EVAN COHAN
NOTARY PUBLIC & ATTORNEY AT LAW
15-05514      NO. 02CO4998577
QUALIFIED IN ROCKLAND COUNTY
CERTIFICATE FILED IN NEW YORK COUNTY
COMMISSION EXPIRES JUNE 29, 2018
Service was completed by an independent contractor retained by It's Your Serve, Inc.

## *AFFIDAVIT OF SPECIAL PROCESS SERVER*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

CASE NO.: 13-CV-7165

_____ , being first duly sworn on oath deposes and states that he/she is not a party to and has no interest in this matter and that he/she attempted service of the following: **Summons and Complaint** to **Amy Shi** at **Di Da Import and Export Inc., 7416 Grand Avenue, Second Floor, Elmhurst, NY 11373** resulting in:

X    After service I mailed a copy of the listed documents, via first class mail to the subject on the ___ day of ___ , 2015

Signed and Sworn to before me                Mailed By:
This ___ day of ___ , 2015.

_____                      _____
Notary Public

15-05514

```
OFFICIAL SEAL
WALTER SINDELAR
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:08/08/17
```

Service was completed by an independent contractor retained by It's Your Serve, Inc.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Coach, Inc. and Coach Services, Inc.

|  |  |
|---|---|
| | CASE NUMBER: 13-cv-7165 |
| V. | ASSIGNED JUDGE: Samuel Der-Yeghiayan |
| Di Da Import and Export Inc. d/b/a Di Da New York, et al. | DESIGNATED MAGISTRATE JUDGE: Daniel G. Martin |

TO: (Name and address of Defendant)

Amy Shi
3341 Utopia Parkway
Flushing, NY 11358

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Lauren J. Caisman
Bryan Cave LLP
161 N. Clark Street, Suite 4300
Chicago, IL 60601

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK



February 27, 2015

(By) DEPUTY CLERK

DATE

## *AFFIDAVIT OF SPECIAL PROCESS SERVER*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

CASE NO.: <u>13-CV-7165</u>

_J......._ , being first duly sworn on oath deposes and states that he/she is

not a party to and has no interest in this matter and that he/she attempted service of the

following: **Summons and Complaint** to **Hong Zhu** at **Di Da Import and Export Inc., 7416**

**Grand Avenue, Second Floor, Elmhurst, NY 11373** resulting in:

_____ Personal service on the defendant/respondent/witness on

the _____ day of _____, 2015 at _____ ___.M.

___X___ Service to an individual of the company willing and able to accept on

behalf of the subject/respondent/witness on

the 6th day of _May_ , 2015 at _1:50_ P .M.

Name: _Lisa Lin_ Title: _General Manager_

_____ Non-Service for the following reasons with the *DATE* and *TIME* of each attempt listed:

_____

_____

_____

A description of the person with whom the documents were left is as follows:

Sex: _Female_         Hair Color/Style: _Black_

Race: _Asian_         Height (approx.): _5'4"_

Age (approx.) _45_    Weight (approx.): _135_

Notable Features/Notes:_____

_____

Signed and Sworn to before me

This _8_ day of _May_ , 2015.

_____

Notary Public

Served By:

_____

Title

EVAN COHAN

NOTARY PUBLIC & ATTORNEY AT LAW

15-05515    NO. 02CO4998577

QUALIFIED IN ROCKLAND COUNTY

CERTIFICATE FILED IN NEW YORK COUNTY

COMMISSION EXPIRES JUNE 29, 2018

Service was completed by an independent contractor retained by It's Your Serve, Inc.

## AFFIDAVIT OF SPECIAL PROCESS SERVER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

CASE NO.: 13-CV-7165

_____, being first duly sworn on oath deposes and states that he/she is not a party to and has no interest in this matter and that he/she attempted service of the following: **Summons and Complaint** to **Hong Zhu** at **Di Da Import and Export Inc., 7416 Grand Avenue, Second Floor, Elmhurst, NY 11373** resulting in:

_____ After service I mailed a copy of the listed documents, via first class mail to the subject on the ___ day of _____, 2015.

Signed and Sworn to before me
This ___ day of _____, 2015.

_____
Notary Public

Mailed By:

_____

15-05514

```
OFFICIAL SEAL
WALTER SINDELAR
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:08/08/17
```

Service was completed by an independent contractor retained by It's Your Serve, Inc.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

Coach, Inc. and Coach Services, Inc.

|  |  |
|---|---|
| CASE NUMBER: | 13-cv-7165 |

V.

ASSIGNED JUDGE: Samuel Der-Yeghiayan

Di Da Import and Export Inc. d/b/a Di Da
New York, et al.

DESIGNATED
MAGISTRATE JUDGE: Daniel G. Martin

TO: (Name and address of Defendant)

Hong Zhu
3341 Utopia Parkway
Flushing, NY 11358

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Lauren J. Caisman
Bryan Cave LLP
161 N. Clark Street, Suite 4300
Chicago, IL 60601

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK



February 27, 2015

(By) DEPUTY CLERK

DATE