**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 13-cv-7165 |
|---|---|
| Coach, Inc. & Coach Services, Inc. v. Di Da Import and Export Inc., Hong Zhu, Long Zhu, Amy Shi, and Sam Zhu | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Di Da Import and Export Inc., Hong Zhu, Long Zhu, Amy Shi, and Sam Zhu

| NAME (Type or print) |
|---|
| Brian T. Noack |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Brian T. Noack |

| FIRM |
|---|
| Wolek & Noack |

| STREET ADDRESS |
|---|
| 70 East Lake St., Suite 1220 |

| CITY/STATE/ZIP |
|---|
| Chicago, Illinois 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6310587 | 239-671-1103 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ✔ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✔ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✔ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✔ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐