### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Coach, Inc., et al. )  | | |
|     Plaintiffs ) | | Case No: 13 C 7165 |
| ) | | |
| v. ) | | |
| ) | | Judge: Samuel Der-Yeghiayan |
| Di Da Import and Export Inc., et al. ) | | |
|     Defendants ) | | |
| ) | | |

### ORDER

Motion hearing held. Brian Lum's motion to withdraw as counsel for the Defendants and to substitute attorneys Adam Wolek and Brian Noack as counsel for Defendants is granted. Defendant's motion to dismiss [63] is entered and continued. As stated on the record, counsel for Plaintiffs is given until 08/17/15 to take limited discovery, including taking depositions, as it relates to Defendants' motion to dismiss. Status hearing reset to 08/19/15 at 9:00 a.m. Status hearing set for 06/17/15 is stricken.

(T:0:10)

Date: June 2, 2015

/s/ Samuel Der-Yeghiayan
Samuel Der-Yeghiayan
U.S. District Court Judge