IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COACH, INC. and COACH SERVICES, INC., | ) Civil Action No.: 1:13-cv-7165 <br> ) <br> ) Judge Der-Yeghiayan |
| Plaintiffs, | ) Magistrate Judge Martin <br> ) |
| v. | ) <br> ) <br> ) **AGREED MOTION FOR A** |
| DI DA IMPORT AND EXPORT INC. d/b/a DI DA NEW YORK, HONG ZHU, LONG ZHU, AMY SHI, AND SAM ZHU, | ) **TWO-WEEK EXTENSION OF** <br> ) **TIME TO COMPLETE** <br> ) **JURISDICTIONAL DISCOVERY** <br> ) <br> ) Date: August 27, 2015 |
| Defendants. | ) Time: 9:00 a.m. <br> ) Place: Courtroom 1903 |

**AGREED MOTION FOR A TWO-WEEK EXTENSION OF TIME TO COMPLETE JURISDICTIONAL DISCOVERY**

1. On July 23, 2015, in connection with the motion to dismiss for lack of personal jurisdiction of the defendants Hong Zhu, Long Zhu, Amy Shi, and Sam Zhu (hereinafter "Individual Defendants"), this Court ordered that the Individual Defendants supplement their responses to written discovery by August 6, 2015 and that depositions of the Individual Defendants be completed on or before August 28, 2015. The Court and the parties' counsel discussed on July 23, 2015 the possibility of accommodating Sam Zhu's residence in China by taking his deposition in China.

2. The parties have been working cooperatively to meet the August 28, 2015 deadline for the close of jurisdictional discovery:

    a. The responses of Individual Defendant Sam Zhu to plaintiffs' interrogatories and requests for production of documents were served early, on August 3, 2015, to aid the parties' settlement discussions on August 4, 2015.

    b. Amended responses to plaintiffs' interrogatories were served early, on August 3, 2015, by Individual Defendants Amy Shi, Long Zhu, and Hong Zhu.

    c. Amended responses to plaintiffs' requests for production of documents by Individual Defendants Amy Shi, Long Zhu, and Hong Zhu were served by the court-ordered deadline of August 6, 2015.

  3. Of the four Individual Defendants, the depositions of Amy Shi and Long Zhu were taken in Chicago on August 11 and 12, 2015.

  4. The deposition of Individual Defendant Hong Zhu is scheduled to be taken on August 31, 2015 in New York by video conference, one business day after the court-ordered deadline for the close of jurisdictional discovery, to accommodate her health problems and to allow plaintiffs to review additional documents produced by her.

  5. The primary reason for the request for a two-week extension of the deadline for the close of discovery is the need for additional time to organize the deposition of Individual Defendant Sam Zhu in China, where he lives.  Sam Zhu has agreed to travel from his residence in Guangdong Province, China, to Hong Kong, where plaintiffs' attorneys have an office with facilities for a deposition by video conference.  Additional time is needed because of scheduling conflicts with the U.S.

Consulate General's Office, whose participation is necessary to swear in the witness. These arrangements have been reached by the parties in accordance with the Court's instruction that Plaintiffs work with the Individual Defendants on a reasonable accommodation to avoid the need for Mr. Zhu to travel from China to Illinois for his deposition.

6. The undersigned counsel spoke by telephone today with Donald Cole, one of plaintiffs' attorneys of record, about the advisability of this motion. On behalf of plaintiffs he responded by email today that plaintiffs consent to this motion and agree that it can be presented as an agreed motion.

7. The Individual Defendants believe that the special circumstances of taking Sam Zhu's deposition in China, and the health problems of Hong Zhu, support a two-week extension of time, to September 11, 2015, to conclude jurisdictional discovery.

8. I declare under penalty of perjury that the facts set forth in this motion are true and correct.

Respectfully submitted,

*/s/ Carolyn Shields*
Carolyn Shields
Ying Liu
LIU & SHIELDS LLP
41-60 Main Street, Suite 208A
Flushing, NY 11355
Tel: 718-463-1868
shieldscj524@gmail.com
Attorneys for Defendants
SAM ZHU, LONG ZHU, HONG ZHU,
and AMY SHI

Local Counsel:
Adam Wolek
Brian T. Noack
Wolek & Noack
70 East Lake Street
Suite 1220
Chicago, IL 60601
Tel: 312-860-9006
adamw@wonoip.com
briann@wonoip.com