IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| COACH, INC. and COACH SERVICES, INC., | ) ) ) | Civil Action No.: 1:13-cv-7165 |
| Plaintiffs, | ) ) ) | Judge Der-Yeghiayan<br>Magistrate Judge Martin |
| v. | ) ) ) | **NOTICE OF AGREED MOTION FOR A TWO-WEEK EXTENSION OF TIME TO COMPLETE JURISDICTIONAL DISCOVERY** |
| DI DA IMPORT AND EXPORT INC. d/b/a DI DA NEW YORK, HONG ZHU, LONG ZHU, AMY SHI, AND SAM ZHU, | ) ) ) ) ) | |
| Defendants. | ) ) ) ) | Date: August 27, 2015<br>Time: 9:00 a.m.<br>Place: Courtroom 1903 |

NOTICE OF AGREED MOTION

To:  S. Patrick McKey
    Donald A. Cole
    Lauren Caisman
    BRYAN CAVE LLP
    161 North Clark Street, Suite 4300
    Chicago, Illinois 60601

Please take notice that on Thursday, August 27, 2015, at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned attorneys for Defendants Sam Zhu, Long Zhu, Hong Zhu, and Amy Shi ("Individual Defendants") appear before the Honorable Judge Der-Yeghiayan, or any judge sitting in his stead, in the courtroom usually occupied by him at the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and then and there present the Agreed Motion of the Individual Defendants

for a Two-Week Extension of Time To Complete Jurisdictional Discovery, a copy of which is hereby served upon you.

This motion is based on this notice of motion and the accompanying motion.

The grounds of the Defendants' motion are:

a. Written discovery was completed on August 6, 2015, the date ordered by the Court, with a significant part of the Individual Defendants' discovery responses served early, on August 3, 2015, to aid in settlement discussions held on August 4, 2015;

b. Of the four defendants whom plaintiffs seek to depose, the depositions of Amy Shi and Long Zhu were taken in Chicago on August 11 and 12, 2015;

c. The deposition of Hong Zhu is scheduled for August 31, 2015, one business day after the Court-ordered close of jurisdictional discovery, to allow time for additional documents to be reviewed by plaintiffs' attorneys and to accommodate Hong Zhu's health problems; and

d. The parties seek additional time to organize the deposition of defendant Sam Zhu in China, in particular, to secure a date and time on which a U.S. Consular official in Hong Kong can appear to swear in the defendant Sam Zhu for a deposition to be taken in Hong Kong at the Hong Kong offices of plaintiffs' counsel.

Dated: August 24, 2015     Respectfully submitted,

*/s/ Carolyn Shields* _____
Carolyn Shields
Ying Liu
LIU & SHIELDS LLP
41-60 Main Street, Suite 208A
Flushing, NY 11355
Tel: 718-463-1868
shieldscj524@gmail.com
Attorneys for Defendants
SAM ZHU, LONG ZHU, HONG ZHU,
and AMY SHI

Local Counsel:
Adam Wolek
Brian T. Noack
Wolek & Noack
70 East Lake Street
Suite 1220
Chicago, IL 60601
Tel: 312-860-9006
adamw@wonoip.com
briann@wonoip.com