# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
### Eastern Division

Coach, Inc., et al.

                                 Plaintiff,

v.                                                       Case No.: 1:13−cv−07165
                                                      Honorable Samuel Der−Yeghiayan

Di Da Import and Export Inc., et al.

                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 17, 2015:

      MINUTE entry before the Honorable Samuel Der−Yeghiayan: Status hearing held and continued to 12/15/15 at 9:00 a.m. As stated on the record, Defendants will produce the requested documents by 09/24/15. Plaintiffs' response to Defendants' motion to dismiss [63] shall be filed by 10/15/15 and Defendants' reply shall be filed by 11/05/15. Mailed notice (mw,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.