IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

---

| | |
|---|---|
| COACH, INC. and COACH SERVICES, INC., | |
| Plaintiffs, | |
| v. | Case No. 13-cv-7165 |
| DI DA IMPORT AND EXPORT INC. d/b/a DI DA NEW YORK, and HONG ZHU, LONG ZHU, AMY SHI, and SAM ZHU, | Honorable Samuel Der-Yeghiayan |
| Defendants. | |

## NOTICE OF MOTION

To: Attached Certificate of Service

PLEASE TAKE NOTICE that on **October 20, 2015, at 9:00 a.m.**, the undersigned shall appear before the Honorable Samuel Der-Yeghiayan, in courtroom 1903 in the United States Courthouse, 219 South Dearborn, Chicago, Illinois, and shall then and there present their *Unopposed Motion for Leave to File a Combined Response to the Individual Defendants' Motion to Dismiss in Excess of 15 Pages*, a copy of which is enclosed herewith and served upon you.

Dated: October 15, 2015

Respectfully submitted,

BRYAN CAVE LLP

By: /s/ Lauren J. Caisman
S. Patrick McKey, #6201588
Donald A. Cole, #6299318
Lauren J. Caisman, # 6312465
161 North Clark Street, Suite 4300
Chicago, Illinois 60601
Tel: (312) 602-5000

1

Fax: (312) 602-5050
patrick.mckey@bryancave.com
donald.cole@bryancave.com
lauren.caisman@bryancave.com
*Attorneys for Coach, Inc. and
 Coach Services, Inc.*

3

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 15th day of October 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Respectfully submitted,

   /s/ Lauren J. Caisman
Lauren J. Caisman