**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| COACH, INC. and COACH SERVICES, INC., | ) ) ) | Civil Action No.: 1:13-cv-7165 |
| | ) | Judge Der-Yeghiayan |
| Plaintiffs, | ) | Magistrate Judge Martin |
| | ) | |
| v. | ) ) | **DECLARATION OF CAROLYN SHIELDS IN** |
| DI DA IMPORT AND EXPORT INC. d/b/a DI DA NEW YORK, HONG ZHU, LONG ZHU, AMY SHI, AND SAM ZHU, | ) ) ) ) | **SUPPPORT OF THE INDIVIDUAL DEFENDANTS' REPLY TO PLAINTIFFS'** |
| | ) | **OPPOSITION TO THE** |
| Defendants. | ) ) | **INDIVIDUAL DEFENDANTS' MOTION TO DISMISS** |

DECLARATION OF CAROLYN SHIELDS

I, Carolyn Shields, declare:

1.     I am one of the defendants' attorneys of record.  I have personal knowledge of the facts set forth herein and if called as a witness could and would competently testify thereto.

2.     Attached as Exhibit A are true and correct copies of pages from the transcript of the deposition testimony of Sam Zhu, who was testifying on November 17, 2014 as one of DI DA's Rule 30(b)(6) designees. The selected pages, pages 6 to 7, show that Sam Zhu testified that "I live in China now" and that he provided his address in China to plaintiffs' attorney Donald Cole. This was more than five months before plaintiffs attempted to serve the first amended complaint on Sam Zhu on May 6, 2015.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 5, 2015.

_s/ Carolyn Shields_____

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT
EASTERN DIVISION

- - - - - - - - - - - - - - - - - - - x
                                      :
COACH, INC. and COACH SERVICES, INC., :
                                      : Case No.
                    Plaintiff,        : 13-cv-
          - vs -                      : 7165
                                      :
DI DA IMPORT and EXPORT, INC.,        :
                                      :
                    Defendant.        :
- - - - - - - - - - - - - - - - - - - x

DEPOSITION OF SAM ZHU

New York, New York

Monday, November 17, 2014

Reported by:

Joseph V. Connolly

Job No.  12923

Page 2

1

2

3

4

5

6

7

8                            November 17, 2014

9                            9:21 a.m.

10

11          DEPOSITION OF SAM ZHU, held at the Law

12          Offices of Bryan Cave, 1290 Avenue of

13          the Americas, New York, New York, before

14          Joseph V. Connolly, a Reporter and

15          Notary Public within and for the State

16          of New York.

17

18

19

20

21

22

23

24

25

1

2   A P P E A R A N C E S :

3

4

5   BRYAN CAVE, LLP.

6        Attorneys for Plaintiff

7            161 North Clark Street - Suite 4300

8            Chicago, Illinois  60601

9   BY:  DONALD A. COLE, ESQ.

10        Donald.cole@bryancave.com

11        312.602.5028

12

13

14   LIU & SHIELDS, LLP.

15        Attorneys for Defendant

16            41-60 Main Street - Suite 208A

17            Flushing, New York  11355

18   BY:  CAROLYN SHIELDS, ESQ.

19        Shieldscj524@gmail.com

20        718.463.1868

21

22

23   Also Present:  Amy Shi

24   VIDEOGRAPHER:    Rodolfo Duran

25   INTERPRETER:    Sophia Xie

```
 1                    S. ZHU

 2               (Time noted:  9:19 a.m.)

 3               VIDEOGRAPHER:  The time is 9:21

 4          a.m., on November 17, 2014.

 5               This begins Tape No. 1 of the

 6          continued (sic) videotape deposition of

 7          Mr. Sam Zhu.

 8               Will the Court Reporter please

 9          swear in the interpreter and the

10          witness?

11  S O P H I A   X I E,

12          was duly sworn by a Notary Public to

13          interpret English into Chinese and

14          Chinese into English on behalf of the

15          Witness.

16  S A M    Z H U,

17          a witness on behalf of the Defendant,

18          having been called as a Witness by the

19          Plaintiff, pursuant to Notice, was duly

20          sworn by a Notary Public and testified

21          under oath, through an Interpret, as

22          follows:

23  EXAMINATION

24  BY MR. COLE:

25          Q.    Good morning, Mr. Zhu.
```

```
 1                          S. ZHU
 2              My name is Donald Cole and I am
 3     the attorney for the Plaintiffs in this case,
 4     Coach, Inc., Coach Services, Inc.
 5              Can you please state and spell
 6     your name for the record?
 7         A.    Sam Zhu.
 8         Q.    And do you have a Chinese,
 9     Chinese name?
10         A.    Sam Boo Zhu (phonetic).
11         Q.    Oh, okay.
12              Mr. Zhu, where do you reside?
13         A.    I live in China now.
14         Q.    Okay.  And where in China?
15         A.    Boi Yan (phonetic), China.
16         Q.    Can you give the address?
17         A.    Yes.  505 No. 4 Building,
18              REPORTER:  Would you have the
19     witness spell the town or county?
20         A.    505, No. 4 building.
21              INTERPRETER:  In Chinese, the
22     Interpreter is going to translate it
23     into English, phonetically.
24              (Witness writes out same.)
25              INTERPRETER:  I told him to write
```

                            S. ZHU

1

2      the entire address.

3              MR. COLE:  Yes.

4              INTERPRETER:  So I can give the

5      complete address.

6              MR. COLE:  Yes.

7      A.      504 No. 4 Building,

8      B-O-L-I-B-O-I-H-A-I-E-N, B-O-I, again, Y-A-N,

9      second word, G-U-A-N-G-A-H-A-O City, China.

10     Q.      Mr. Zhu, have you ever been

11     deposed before?

12     A.      Never.

13     Q.      Okay.  So, let's just go over a

14     few ground rules.

15             Everything that's being said or

16     everything that we discuss today is being

17     recorded by the Court Reporter.

18     A.      (Indicating by a nodding of the

19     head).

20     Q.      Okay.  So, it's going to be very

21     important for to you give audible answers to

22     any questions that are asked of you.

23     A.      Yes.

24     Q.      So, we have to avoid head nods or

25     shaking of the head.

Page 254

1

2                    CERTIFICATE

3

4    STATE OF NEW YORK    )

5                         :  ss

6    COUNTY OF NEW YORK   )

7

8              I, JOSEPH V. CONNOLLY, a Reporter

9         and Notary Public for the State of New

10        Jersey, do hereby certify:

11             THAT SAM ZHU, the witness whose

12        deposition is herein before set forth,

13        was duly sworn by me and that such

14        deposition is a true record of the

15        testimony given by such witness.

16        I FURTHER CERTIFY that I am not

17        related to any of the parties to this

18        action by blood or marriage and that I am

19        in no way interested in the outcome of

20        this matter.

21             IN WITNESS WHEREOF, I have hereunto

22        set my hand this 28th day of November,

23        2014.

24

25                    JOSEPH V. CONNOLLY