

**Thomas G. Bruton**
CLERK

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

312-435-5670

Date: 11/23/2015

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois 60604

Re: Coach, Inc. et al v. Di Da Import and Export Inc.

U.S.D.C. Docket No.: 1:13cv7165
U.S.C.A. Docket No.: 15-1480

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

VOLUME(S) OF PLEADING(S):        6 volumes of pleadings

VOLUME(S) OF TRANSCRIPT(S):      1 volume of transcripts

VOLUME(S) OF DEPOSITION(S):

EXHIBITS:

VAULT ITEMS:

OTHER (SPECIFY):

SPECIAL NOTE:

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

Sincerely yours,

Thomas G. Bruton, Clerk

By: /s/Esperanza Arnold, Deputy Clerk

| United States of America | } |
| | } |
| Northern District of Illinois | } |
| Eastern Division | } |

I, Thomas G. Bruton, Clerk of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, that the documents submitted herewith and annexed hereto are the original papers filed and entered of record in my office, on the dates in the List of Documents, and together with a true copy of docket entries as they appear in the official dockets in this office, consisting of:

6 volumes of pleadings
1 volume of transcripts

**In the cause entitled: Coach, Inc. et al v. Di Da Import and Export Inc.**

USDC NO.: 1:13cv07165
USCA NO.: 15-1480

IN TESTIMONY WHEREOF, I hereunto subscribed my name and affixed the seal of the aforesaid Court at Chicago, Illinois, this 23rd day of January, 2015.

THOMAS G. BRUTON, CLERK

By: /s/Esperanza Arnold, Deputy Clerk

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
-
By: s/ ESPERANZA ARNOLD
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
-
November 23, 2015

AO279,APPEAL,MARTIN

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 6,1 (Chicago)
## CIVIL DOCKET FOR CASE #: 1:13-cv-07165
## Internal Use Only

Coach, Inc. et al v. Di Da Import and Export Inc.
Assigned to: Honorable Samuel Der-Yeghiayan
Demand: $9,999,000

Case in other court: 15-01480

Cause: 15:1125 Trademark Infringement (Lanham Act)

Date Filed: 10/06/2013
Jury Demand: Both
Nature of Suit: 840 Trademark
Jurisdiction: Federal Question

**Plaintiff**

**Coach, Inc.** represented by **Steven Patrick McKey**
Bryan Cave LLP
161 North Clark Street
Suite 4300
Chicago, IL 60601
(312) 602-5000
Email: patrick.mckey@bryancave.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Donald Alexander Cole**
Bryan Cave LLP
161 North Clark Street
Suite 4300
Chicago, IL 60601
(312) 602-5000
Fax: (312) 698-7428
Email: donald.cole@bryancave.com
*ATTORNEY TO BE NOTICED*

**Lauren Jennifer Caisman**
Bryan Cave Llp
161 N. Clark Street
Suite 4300

Chicago, IL 60601
(312) 602-5000
Email: lauren.caisman@bryancave.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Coach Services, Inc.** represented by **Steven Patrick McKey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Donald Alexander Cole**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lauren Jennifer Caisman**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Di Da Import and Export Inc.** represented by **Adam Wolek**
*doing business as* Wolek & Noack
Di Da New York 70 East Lake Street
Chicago, IL 60601
312 860 9006
Email: adamw@wonoip.com
*ATTORNEY TO BE NOTICED*

**Brian J. Lum**
ICE MILLER
200 W. Madison Street
Suite 3500
Chicago, IL 60606
(312)726-8129
Email: brian.lum@icemiller.com
*ATTORNEY TO BE NOTICED*

**Brian T Noack**

2

        Wolek & Noack
70 East Lake Street
Suite 1220
Chicago, IL 60601
(239) 671-1103
Fax: (708) 843-0509
Email: briann@wonoip.com
*ATTORNEY TO BE NOTICED*

**Carolyn Shields**
Liu & Shields Llp
41-60 Main St, Ste 208a
Flushing, NY 11355
(718) 463-1868
Email: shieldscj524@gmail.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ying Liu**
Liu & Shields Llp
41-60 Main Street
Suite 208a
Flushing, NY
(718) 463-1868
Email: whinnyliu@gmail.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Hong Zhu**    represented by **Carolyn Shields**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam Wolek**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Brian T Noack**
(See above for address)
*ATTORNEY TO BE NOTICED*

3

**Defendant**

**Long Zhu** represented by **Carolyn Shields**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam Wolek**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Brian T Noack**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Amy Shi** represented by **Carolyn Shields**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam Wolek**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Brian T Noack**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sam Zhu** represented by **Carolyn Shields**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam Wolek**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Brian T Noack**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/06/2013 | 1 | COMPLAINT filed by Coach, Inc., Coach Services, Inc. ; Jury Demand. Filing fee $ 400, receipt number 0752-8800593. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(McKey, Steven) (Entered: 10/06/2013) |
| 10/06/2013 | 2 | CIVIL Cover Sheet (McKey, Steven) (Entered: 10/06/2013) |
| 10/06/2013 | 3 | ATTORNEY Appearance for Plaintiffs Coach Services, Inc., Coach, Inc. by Steven Patrick McKey (McKey, Steven) (Entered: 10/06/2013) |
| 10/06/2013 | 4 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Coach Services, Inc., Coach, Inc. (McKey, Steven) (Entered: 10/06/2013) |
| 10/06/2013 | 5 | ATTORNEY Appearance for Plaintiffs Coach Services, Inc., Coach, Inc. by Donald Alexander Cole (Cole, Donald) (Entered: 10/06/2013) |
| 10/06/2013 | | CASE ASSIGNED to the Honorable Samuel Der-Yeghiayan. Designated as Magistrate Judge the Honorable Daniel G. Martin. (nsf, ) (Entered: 10/07/2013) |
| 10/07/2013 | | SUMMONS Issued as to Defendant Di Da Import and Export Inc. (pg, ) (Entered: 10/07/2013) |
| 10/10/2013 | 6 | MAILED Trademark report to Patent Trademark Office, Alexandria VA (mgh, ) (Entered: 10/10/2013) |
| 10/24/2013 | 7 | SUMMONS Returned Executed by Coach, Inc., Coach Services, Inc. as to Di Da Import and Export Inc. on 10/11/2013, answer due 11/1/2013. (Cole, Donald) (Entered: 10/24/2013) |
| 11/01/2013 | 8 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-8890760. *(Ying Liu)* (Shields, Carolyn) (Entered: 11/01/2013) |
| 11/22/2013 | 9 | ATTORNEY Appearance for Defendant Di Da Import and Export Inc. by Brian J. Lum (Lum, Brian) (Entered: 11/22/2013) |
| 11/22/2013 | 10 | ANSWER to Complaint with Jury Demand *and Notification of No Affiliates* by Di Da Import and Export Inc.(Liu, Ying) (Entered: 11/22/2013) |
| 11/22/2013 | 11 | MOTION by Defendant Di Da Import and Export Inc. for extension of time to file answer (Liu, Ying) (Entered: 11/22/2013) |
| 11/22/2013 | 12 | NOTICE of Motion by Ying Liu for presentment of motion for extension of time to file answer 11 before Honorable Samuel Der-Yeghiayan on 12/3/2013 at 09:00 AM. (Liu, Ying) (Entered: 11/22/2013) |
| 12/03/2013 | 13 | MINUTE entry before the Honorable Samuel Der-Yeghiayan: Motion hearing held. Motion for extension of time to answer 11 is entered and continued to 12/12/2013 at 09:00 AM. (lcw, ) (Entered: 12/03/2013) |

5

| | | |
|---|---|---|
| 12/03/2013 | | (Court only) ***Deadlines and hearings Terminated. (lcw, ) (Entered: 12/03/2013) |
| 12/10/2013 | 14 | ATTORNEY Appearance for Plaintiffs Coach Services, Inc., Coach, Inc. by Lauren Jennifer Caisman (Caisman, Lauren) (Entered: 12/10/2013) |
| 12/12/2013 | 15 | MINUTE entry before the Honorable Samuel Der-Yeghiayan: Motion hearing held. The defendant's agreed motion for an extension of time for defendant to respond to complaint 11 is granted. In the event, the defendant chooses to file a motion to strike, the anticipated motion shall be noticed up for presentment on December 17, 2014 at 9:00 a.m. All fact discovery to be completed by May 30, 2014. All expert discovery to be completed by August 1, 2014. Any dispositive motion(s) shall be filed by September 12, 2014; response(s) shall be filed by October 3, 2014; replies, if any, shall be filed by October 17, 2014. A further status hearing is set for August 12, 2014 at 9:00 a.m. Mailed notice (cdh, ) (Entered: 12/12/2013) |
| 01/16/2014 | 16 | ORDER Signed by the Honorable Samuel Der-Yeghiayan on 1/16/2014: Ying Liu's motion for leave to appear pro hac vice for Defendant 8 is granted. Mailed notice (mgh, ) (Entered: 01/17/2014) |
| 05/09/2014 | 17 | MOTION by Plaintiffs Coach Services, Inc., Coach, Inc. for extension of time to complete discovery *Joint* (Caisman, Lauren) (Entered: 05/09/2014) |
| 05/09/2014 | 18 | NOTICE of Motion by Lauren Jennifer Caisman for presentment of motion for extension of time to complete discovery 17 before Honorable Samuel Der-Yeghiayan on 5/14/2014 at 09:00 AM. (Caisman, Lauren) (Entered: 05/09/2014) |
| 05/13/2014 | 19 | MINUTE entry before the Honorable Samuel Der-Yeghiayan: Joint motion for extension of time to complete discovery 17 is granted as follows: All fact discovery to be completed by 07/31/14. All expert discovery to be completed by 10/01/14. Any dispositive motion(s) shall be filed by 11/14/14 response(s) shall be filed by 12/05/14; replies, if any, shall be filed by 12/19/14. Status hearing reset to 10/01/14 at 9:00 a.m. Noticed motion date of 05/14/14 and status hearing date of 08/12/14 are stricken. Mailed notice (mw, ) (Entered: 05/13/2014) |
| 07/15/2014 | 20 | MOTION by Plaintiffs Coach Services, Inc., Coach, Inc. for extension of time to complete discovery *Joint* (Caisman, Lauren) (Entered: 07/15/2014) |
| 07/15/2014 | 21 | NOTICE of Motion by Lauren Jennifer Caisman for presentment of motion for extension of time to complete discovery 20 before Honorable Samuel Der-Yeghiayan on 7/22/2014 at 09:00 AM. (Caisman, Lauren) (Entered: 07/15/2014) |
| 07/21/2014 | 22 | MINUTE entry before the Honorable Samuel Der-Yeghiayan: Second joint motion for extension of time to extend discovery 20 is granted as follows: All fact discovery to be completed by 10/01/14. All expert discovery to be completed by 12/05/14. Any dispositive motion(s) shall be filed by 01/23/15 |

| | | |
|---|---|---|
| | | response(s) shall be filed by 02/13/15; replies, if any, shall be filed by 02/27/15. Status hearing reset to 12/09/14 at 9:00 a.m. Noticed motion date of 07/22/14 and status hearing date of 10/01/14 are stricken. Mailed notice (mw, ) (Entered: 07/21/2014) |
| 09/24/2014 | 23 | MOTION by Plaintiffs Coach Services, Inc., Coach, Inc. to compel *Production of Rule 30(b)(6) Witnesses* (Attachments: # 1 Exhibit A - 30(b)(6) Notice, # 2 Exhibit B - Deposition Excerpts, # 3 Exhibit C - August 25 Correspondence, # 4 Exhibit D - August 26 Correspondence, # 5 Exhibit E - August 28 Correspondence)(McKey, Steven) (Entered: 09/24/2014) |
| 09/24/2014 | 24 | ~~NOTICE of Motion by Steven Patrick McKey for presentment of motion to compel, 23 before Honorable Samuel Der-Yeghiayan on 9/30/2014 at 09:00 AM. (McKey, Steven) (Entered: 09/24/2014)~~ |
| 09/30/2014 | 25 | MINUTE entry before the Honorable Samuel Der-Yeghiayan: Motion hearing held. As stated on the record, Plaintiffs' motion to compel production of witness 23 is granted. Plaintiffs' request for fees and costs is denied without prejudice to request it at a later date. Fact discovery is extended to and including 11/03/14. All other dates previously set on 07/21/14 are to stand. Mailed notice (mw, ) (Entered: 09/30/2014) |
| 10/31/2014 | 26 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-10015111. *Motion of Carolyn Shields* (Liu, Ying) (Entered: 10/31/2014) |
| 11/04/2014 | 27 | ORDER Signed by the Honorable Samuel Der-Yeghiayan on 11/4/2014: Carolyn Shields's motion for leave to appear pro hac vice for Defendant 26 is granted. Mailed notice (mgh, ) (Entered: 11/05/2014) |
| 12/09/2014 | 28 | MINUTE entry before the Honorable Samuel Der-Yeghiayan: Status hearing held and continued to 01/27/15 at 9:00 a.m. As stated on the record, Plaintiffs to file their motion for leave to file an amended complaint by 12/19/14 and Defendant to file its response by 01/20/15. Mailed notice (mw,) (Entered: 12/09/2014) |
| 12/19/2014 | 29 | MOTION by Plaintiffs Coach Services, Inc., Coach, Inc. for leave to file *First Amended Complaint and Memorandum in Support* (Attachments: # 1 Exhibit A- Proposed First Amended Complaint, # 2 Exhibit B- Redline, # 3 Exhibit C- Long Zhu Deposition Testimony, # 4 Exhibit D- Amy Shi Deposition Testimony, # 5 Exhibit E- Hong Zhu Deposition Testimony, # 6 Exhibit F- Sam Zhu Deposition Testimony)(McKey, Steven) (Entered: 12/19/2014) |
| 12/19/2014 | 30 | MOTION by Plaintiffs Coach Services, Inc., Coach, Inc. for temporary restraining order *and Memorandum in Support* (Attachments: # 1 Exhibit 1- USPTO Documents, # 2 Exhibit 2- Cease and Desist Letter, # 3 Exhibit 3- Catalogue, # 4 Exhibit 4- Email Correspondence, # 5 Exhibit 5- Amy Shi Deposition Testimony, # 6 Exhibit 6- Hong Zhu Deposition Testimony, # 7 |

| | | |
|---|---|---|
| | | Exhibit 7- Sam Zhu Deposition Testimony)(McKey, Steven) (Entered: 12/19/2014) |
| 12/19/2014 | 31 | ~~NOTICE of Motion by Steven Patrick McKey for presentment of motion for temporary restraining order, 30 before Honorable Samuel Der-Yeghiayan on 1/6/2015 at 09:00 AM. (McKey, Steven) (Entered: 12/19/2014)~~ |
| 01/05/2015 | 32 | MEMORANDUM by Di Da Import and Export Inc. in Opposition to motion for temporary restraining order, 30 *and Declarations in Support* (Shields, Carolyn) (Entered: 01/05/2015) |
| 01/06/2015 | 33 | MINUTE entry before the Honorable Samuel Der-Yeghiayan: Motion hearing held. Plaintiffs' motion for leave to file first amended complaint 29 is entered and continued. Defendant's response to be filed by 01/20/15 and Plaintiffs' reply to be filed by 02/04/15. Plaintiffs' motion for TRO 30 is entered and continued. Plaintiffs' oral request for leave to file a written reply brief to its motion for TRO by 01/20/15 is granted. Status hearing reset to 02/26/15 at 9:00 a.m. Status hearing set for 01/27/15 is stricken. Mailed notice (mw, ) (Entered: 01/06/2015) |
| 01/20/2015 | 34 | REPLY by Plaintiffs Coach Services, Inc., Coach, Inc. to motion for temporary restraining order, 30 (Attachments: # 1 Exhibit 1 - Hong Zhu Deposition Testimony, # 2 Exhibit 2 - Sam Zhu Deposition Testimony, # 3 Exhibit 3 - Amy Shi Deposition Testimony, # 4 Exhibit 4 - Long Zhu Deposition Testimony)(Caisman, Lauren) (Entered: 01/20/2015) |
| 01/20/2015 | 35 | MEMORANDUM by Di Da Import and Export Inc. in Opposition to motion for leave to file, 29 *first amended complaint* (Shields, Carolyn) (Entered: 01/20/2015) |
| 01/20/2015 | 36 | AFFIDAVIT by Defendant Di Da Import and Export Inc. in Opposition to MOTION by Plaintiffs Coach Services, Inc., Coach, Inc. for leave to file *First Amended Complaint and Memorandum in Support* 29 *(Declarations of Sam Zhu, Long Zhu, Hong Zhu, Ami Shi, and Carolyn Shields)* (Shields, Carolyn) (Entered: 01/20/2015) |
| 01/23/2015 | 37 | MOTION by Defendant Di Da Import and Export Inc. to dismiss (Attachments: # 1 Declaration of Amy Shi and Carolyn Shields in Support)(Shields, Carolyn) (Entered: 01/23/2015) |
| 01/23/2015 | 38 | ~~NOTICE of Motion by Carolyn Shields for presentment of motion to dismiss 37 before Honorable Samuel Der-Yeghiayan on 1/28/2015 at 09:00 AM. (Shields, Carolyn) (Entered: 01/23/2015)~~ |
| 01/28/2015 | 39 | MINUTE entry before the Honorable Samuel Der-Yeghiayan: Motion hearing called. No one appeared on behalf of the Defendant on Defendant's noticed motion. Therefore, Defendant's motion to dismiss 37 is denied without prejudice. Mailed notice (mw, ) (Entered: 01/28/2015) |
| 01/28/2015 | 40 | MOTION by Defendant Di Da Import and Export Inc. to dismiss for lack of |

| | | |
|---|---|---|
| | | jurisdiction (Attachments: # 1 Declaration Declarations of Amy Shi and Carolyn Shields)(Lum, Brian) (Entered: 01/28/2015) |
| 01/28/2015 | 41 | NOTICE of Motion by Brian J. Lum for presentment of motion to dismiss/lack of jurisdiction 40 before Honorable Samuel Der-Yeghiayan on 2/4/2015 at 09:00 AM. (Lum, Brian) (Entered: 01/28/2015) |
| 02/04/2015 | 42 | MINUTE entry before the Honorable Samuel Der-Yeghiayan: Motion hearing held. Defendant's motion to dismiss for lack of jurisdiction 40 is denied. Mailed notice (mw,) (Entered: 02/04/2015) |
| 02/04/2015 | 43 | REPLY by Coach Services, Inc., Coach, Inc. to memorandum in opposition to motion 35 , MOTION by Plaintiffs Coach Services, Inc., Coach, Inc. for leave to file *First Amended Complaint and Memorandum in Support* 29 (McKey, Steven) (Entered: 02/04/2015) |
| 02/25/2015 | 44 | MEMORANDUM OPINION signed by the Honorable Samuel Der-Yeghiayan on 02/25/15: Granting Plaintiffs' motion for TRO 30 . Mailed notice (mw, ) (Entered: 02/25/2015) |
| 02/25/2015 | 45 | MINUTE entry before the Honorable Samuel Der-Yeghiayan: Plaintiffs' motion for leave to file an amended complaint 29 is granted. Mailed notice (for further details see order) (mw, ) (Entered: 02/25/2015) |
| 02/26/2015 | 46 | MINUTE entry before the Honorable Samuel Der-Yeghiayan: Status hearing held and continued to 04/28/15 at 9:00 a.m. Mailed notice (mw, ) (Entered: 02/26/2015) |
| 02/26/2015 | 47 | *First* AMENDED complaint by Coach, Inc., Coach Services, Inc. against Di Da Import and Export Inc. *and Hong Zhu, Long Zhu, Amy Shi, and Sam Zhu* (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Caisman, Lauren) (Entered: 02/26/2015) |
| 02/27/2015 | | SUMMONS Issued as to Defendants Hong Zhu, Long Zhu, Amy Shi (pg, ) (Entered: 02/27/2015) |
| 02/27/2015 | | SUMMONS Issued as to Defendant Sam Zhu (pg, ) (Entered: 02/27/2015) |
| 03/05/2015 | 48 | NOTICE of appeal by Di Da Import and Export Inc. regarding orders 44 , 42 Filing fee $ 505, receipt number 0752-10413722. (Shields, Carolyn) (Entered: 03/05/2015) |
| 03/05/2015 | 49 | DOCKETING Statement by Di Da Import and Export Inc. regarding notice of appeal 48 (Shields, Carolyn) (Entered: 03/05/2015) |
| 03/06/2015 | 50 | NOTICE of Appeal Due letter sent to counsel of record regarding notice of appeal 48 . (smm) (Entered: 03/06/2015) |
| 03/06/2015 | 51 | TRANSMITTED to the 7th Circuit the short record on notice of appeal 48 . Notified counsel (smm) (Entered: 03/06/2015) |
| 03/09/2015 | 52 | ACKNOWLEDGMENT of receipt of short record on appeal regarding notice of appeal 48 ; USCA Case No. 15-1480 (sj, ) (Entered: 03/09/2015) |

| Date | # | Description |
|---|---|---|
| 03/11/2015 Flash Drive | 53 | TRANSCRIPT OF PROCEEDINGS held on January 6, 2015, before the Honorable Samuel Der-Yeghiayan. Court Reporter Contact Information: Laura LaCien, 312-408-5032, laura_lacien@ilnd.uscourts.gov. IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings. Redaction Request due 4/1/2015. Redacted Transcript Deadline set for 4/13/2015. Release of Transcript Restriction set for 6/9/2015. (Lacien, Laura) (Entered: 03/11/2015) |
| 03/11/2015 Flash Drive | 54 | TRANSCRIPT OF PROCEEDINGS held on February 4, 2015, before the Honorable Samuel Der-Yeghiayan. Court Reporter Contact Information: Laura LaCien, 312-408-5032, laura_lacien@ilnd.uscourts.gov. IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings. Redaction Request due 4/1/2015. Redacted Transcript Deadline set for 4/13/2015. Release of Transcript Restriction set for 6/9/2015. (Lacien, Laura) (Entered: 03/11/2015) |
| 03/20/2015 | 55 | ~~SEVENTH CIRCUIT transcript information sheet by Di Da Import and Export Inc. (Shields, Carolyn) (Entered: 03/20/2015)~~ |
| 03/20/2015 | 56 | ~~NOTICE of Correction 54 (tg, ) (Entered: 03/20/2015)~~ |
| 04/28/2015 | 57 | MINUTE entry before the Honorable Samuel Der-Yeghiayan: Status hearing held and continued to 06/17/15 at 9:00 a.m. Defendant DiDa to answer or otherwise plead to the amended complaint within 7 days. Plaintiffs are warned that failure to serve summons and amended complaint on all Defendants may result in a dismissal of that Defendant who has not waived service or were not properly served pursuant to FRCP 4.Mailed notice (mw, ) (Entered: 04/28/2015) |
| 05/05/2015 | 58 | ANSWER to amended complaint by Di Da Import and Export Inc.(Shields, Carolyn) (Entered: 05/05/2015) |
| 05/16/2015 | 59 | ~~SUMMONS Returned Executed by Coach, Inc., Coach Services, Inc. as to~~ |

10

| | | |
|---|---|---|
| | | Amy Shi on 5/7/2015, answer due 5/28/2015; Hong Zhu on 5/7/2015, answer due 5/28/2015; Long Zhu on 5/7/2015, answer due 5/28/2015; Sam Zhu on 5/7/2015, answer due 5/28/2015. (Caisman, Lauren) (Entered: 05/16/2015) |
| 05/27/2015 | 60 | MOTION by counsel for Defendant Di Da Import and Export Inc. to withdraw as attorney (Lum, Brian) (Entered: 05/27/2015) |
| 05/27/2015 | 61 | NOTICE of Motion by Brian J. Lum for presentment of motion to withdraw as attorney 60 before Honorable Samuel Der-Yeghiayan on 6/2/2015 at 09:00 AM. (Lum, Brian) (Entered: 05/27/2015) |
| 05/28/2015 | 62 | *Notice of Motion To Dismiss/* NOTICE of Motion by Carolyn Shields for presentment of before Honorable Samuel Der-Yeghiayan on 6/2/2015 at 09:00 AM. (Shields, Carolyn) (Entered: 05/28/2015) |
| 05/28/2015 | 63 | MOTION by Defendants Amy Shi, Sam Zhu, Hong Zhu, Long Zhu to dismiss for lack of jurisdiction *(personal) and for insufficiency of service of process* (Attachments: # 1 Declaration of Sam Zhu, Long Zhu, Hong Zhu, Amy Shi, and Carolyn Shields)(Shields, Carolyn) (Entered: 05/28/2015) |
| 05/28/2015 | 64 | NOTICE of Motion by Carolyn Shields for presentment of motion to dismiss/lack of jurisdiction, 63 before Honorable Samuel Der-Yeghiayan on 6/2/2015 at 09:00 AM. (Shields, Carolyn) (Entered: 05/28/2015) |
| 05/29/2015 | 65 | ATTORNEY Appearance for Defendants Amy Shi, Hong Zhu, Long Zhu, Sam Zhu by Carolyn Shields (Shields, Carolyn) (Entered: 05/29/2015) |
| 06/02/2015 | 66 | ATTORNEY Appearance for Defendants Di Da Import and Export Inc., Amy Shi, Hong Zhu, Long Zhu, Sam Zhu by Adam Wolek (Wolek, Adam) (Entered: 06/02/2015) |
| 06/02/2015 | 67 | ATTORNEY Appearance for Defendants Di Da Import and Export Inc., Amy Shi, Hong Zhu, Long Zhu, Sam Zhu by Brian T Noack (Noack, Brian) (Entered: 06/02/2015) |
| 06/02/2015 | 68 | ORDER: Motion hearing held. Brian Lum's motion to withdraw as counsel for the Defendants and to substitute attorneys Adam Wolek and Brian Noack as counsel for Defendants is granted. Defendant's motion to dismiss 63 is entered and continued. As stated on the record, counsel for Plaintiffs is given until 08/17/15 to take limited discovery, including taking depositions, as it relates to Defendants' motion to dismiss. Status hearing reset to 08/19/15 at 9:00 a.m. Status hearing set for 06/17/15 is stricken. Signed by the Honorable Samuel Der-Yeghiayan on 6/2/2015. (rm, ) (Entered: 06/03/2015) |
| 07/13/2015 | 69 | MOTION by Defendants Amy Shi, Hong Zhu, Long Zhu, Sam Zhu for protective order (Attachments: # 1 Declaration of Carolyn Shields, Hong Zhu, and Amy Shi in Support)(Shields, Carolyn) (Entered: 07/13/2015) |
| 07/13/2015 | 70 | NOTICE of Motion by Carolyn Shields for presentment of motion for protective order 69 before Honorable Samuel Der-Yeghiayan on 7/23/2015 |

| | | |
|---|---|---|
| | | at 09:00 AM. (Shields, Carolyn) (Entered: 07/13/2015) |
| 07/13/2015 | 71 | MOTION by Defendants Amy Shi, Hong Zhu, Long Zhu, Sam Zhu for protective order *(Amended Motion)* (Attachments: # 1 Declaration Amended Declaration of Carolyn Shields and Declarations of Hong Zhu and Amy Shi in Support)(Shields, Carolyn) (Entered: 07/13/2015) |
| 07/13/2015 | 72 | *AMENDED* NOTICE of Motion by Carolyn Shields for presentment of motion for protective order 71 before Honorable Samuel Der-Yeghiayan on 7/23/2015 at 09:00 AM. (Shields, Carolyn) (Entered: 07/13/2015) |
| 07/21/2015 | 73 | RESPONSE by Coach Services, Inc., Coach, Inc.in Opposition to MOTION by Defendants Amy Shi, Hong Zhu, Long Zhu, Sam Zhu for protective order *(Amended Motion)* 71 (Attachments: # 1 Exhibit A - Correspondence from C. Shields, # 2 Exhibit B - Response to Order to Show Cause, # 3 Exhibit C - Deposition Testimony of Hong Zhu, # 4 Exhibit D - Deposition Testimony of Sam Zhu, # 5 Exhibit E - Deposition Testimony of Amy Shi, # 6 Exhibit F - Correspondence from P. McKey, # 7 Exhibit G - Transcript of Proceedings, # 8 Exhibit H - Deposition Notices, # 9 Exhibit I - Correspondence from P. McKey, # 10 Exhibit J - Correspondence from P. McKey, # 11 Exhibit K- Deposition Transcript, # 12 Exhibit L - Discovery Responses)(Caisman, Lauren) (Entered: 07/21/2015) |
| 07/23/2015 | 74 | MINUTE entry before the Honorable Samuel Der-Yeghiayan: Motion hearing held. Defendants' motions for protective orders 69 , 71 are denied. As stated on the record, Defendants are to be deposed in Illinois no later than 08/28/15. Plaintiffs given leave to serve each Defendant with 30 interrogatories. Defendants are given until 08/06/15 to supplement their discovery responses. Status hearing reset to 09/02/15 at 9:00 a.m. Status hearing set for 08/19/15 is stricken. Mailed notice (mw, ) (Entered: 07/23/2015) |
| 08/07/2015 | | (Court only) ***Motions terminated: MOTION by counsel for Defendant Di Da Import and Export Inc. to withdraw as attorney 60 was granted on 6/2/15 68 . (mw, ) (Entered: 08/07/2015) |
| 08/24/2015 | 75 | MOTION by Defendants Amy Shi, Hong Zhu, Long Zhu, Sam Zhu for extension of time to complete discovery *(AGREED MOTION)* (Shields, Carolyn) (Entered: 08/24/2015) |
| 08/24/2015 | 76 | *AGREED* NOTICE of Motion by Carolyn Shields for presentment of motion for extension of time to complete discovery 75 before Honorable Samuel Der-Yeghiayan on 8/27/2015 at 09:00 AM. (Shields, Carolyn) (Entered: 08/24/2015) |
| 08/27/2015 | 77 | MINUTE entry before the Honorable Samuel Der-Yeghiayan: Motion hearing held. Defendant's agreed motion for extension of time to complete jurisdictional discovery 75 is granted to and including 09/11/15. Status hearing reset to 09/17/15 at 9:00 a.m. Status hearing set for 09/02/15 is |

| | | |
|---|---|---|
| | | stricken. Mailed notice (mw, ) (Entered: 08/27/2015) |
| 09/17/2015 | 78 | MINUTE entry before the Honorable Samuel Der-Yeghiayan: Status hearing held and continued to 12/15/15 at 9:00 a.m. As stated on the record, Defendants will produce the requested documents by 09/24/15. Plaintiffs' response to Defendants' motion to dismiss 63 shall be filed by 10/15/15 and Defendants' reply shall be filed by 11/05/15. Mailed notice (mw,) (Entered: 09/17/2015) |
| 10/01/2015 Flash Drive | 79 | TRANSCRIPT OF PROCEEDINGS held on July 23, 2015, before the Honorable Samuel Der-Yeghiayan. Court Reporter Contact Information: Laura LaCien, 312-408-5032, laura_lacien@ilnd.uscourts.gov. IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings. Redaction Request due 10/22/2015. Redacted Transcript Deadline set for 11/2/2015. Release of Transcript Restriction set for 12/30/2015. (Lacien, Laura) (Entered: 10/01/2015) |
| 10/15/2015 | 80 | MOTION by Plaintiffs Coach Services, Inc., Coach, Inc. for leave to file excess pages *for Combined Response to Motion to Dismiss* (Attachments: # 1 Combined Response Brief, # 2 Index of Exhibits, # 3 Exhibit A- Sam Zhu Deposition Testimony I, # 4 Exhibit B- Sam Zhu Deposition Testimony II, # 5 Exhibit C- NYS Department of State Business Entity Information, # 6 Exhibit D- Long Zhu Deposition Testimony II, # 7 Exhibit E- Amy Shi Deposition Testimony II, # 8 Exhibit F- Hong Zhu Deposition Testimony, # 9 Exhibit G- Amy Shi Deposition Testimony I, # 10 Exhibit H- Hong Zhu Deposition Testimony II, # 11 Exhibit I- Long Zhu Deposition Testimony I)(Caisman, Lauren) (Entered: 10/15/2015) |
| 10/15/2015 | 81 | ~~NOTICE of Motion by Lauren Jennifer Caisman for presentment of motion for leave to file excess pages,, 80 before Honorable Samuel Der-Yeghiayan on 10/20/2015 at 09:00 AM. (Caisman, Lauren) (Entered: 10/15/2015)~~ |
| 10/20/2015 | 82 | MINUTE entry before the Honorable Samuel Der-Yeghiayan: Plaintiffs' motion for leave to file excess pages for Combined Response to Motion to Dismiss 80 is granted equally to Defendant's reply. All dates previously set remain unchanged. Mailed notice (mw,) (Entered: 10/20/2015) |
| 10/20/2015 | 83 | RESPONSE by Coach Services, Inc., Coach, Inc.in Opposition to MOTION by Defendants Amy Shi, Sam Zhu, Hong Zhu, Long Zhu to dismiss for lack of jurisdiction *(personal) and for insufficiency of service of process* 63 |

| | | |
|---|---|---|
| | | (Attachments: # 1 Index of Exhibits, # 2 Exhibit A- Sam Zhu Deposition Testimony I, # 3 Exhibit B- Sam Zhu Deposition Testimony II, # 4 Exhibit C- NYS Department of State Business Entity Information, # 5 Exhibit D- Long Zhu Deposition Testimony II, # 6 Exhibit E- Amy Shi Deposition Testimony II, # 7 Exhibit F- Hong Zhu Deposition Testimony I, # 8 Exhibit G- Amy Shi Deposition Testimony I, # 9 Exhibit H- Hong Zhu Deposition Testimony II, # 10 Exhibit I- Long Zhu Deposition Testimony I)(Caisman, Lauren) (Entered: 10/20/2015) |
| 11/05/2015 | 84 | REPLY by Amy Shi, Hong Zhu, Long Zhu, Sam Zhu to MOTION by Defendants Amy Shi, Sam Zhu, Hong Zhu, Long Zhu to dismiss for lack of jurisdiction *(personal) and for insufficiency of service of process* 63 (Attachments: # 1 Exhibit Declaration of Carolyn Shields)(Shields, Carolyn) (Entered: 11/05/2015) |
| 11/20/2015 | 85 | ~~NOTICE to Transmit Record on Appeal regarding notice of appeal 48 ; USCA Case No. 15-1480. (lk, ) (Entered: 11/23/2015)~~ |

**KEY**

**A majority of all items are included in this record.**
**All crossed out items are not included in the record.**
**S/C: These item are sent under a separate certificate.**
**N/A: These items are not available.**

14