

**Thomas G. Bruton**
CLERK

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604



312-435-5670

Date: 11/23/2015

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois 60604

Re: Coach, Inc. et al v. Di Da Import and Export Inc.

U.S.D.C. Docket No.: 1:13cv7165
U.S.C.A. Docket No.: 15-1480

U.S.C.A. — 7th Circuit
R E C E I V E D

NOV 23 2015   EF

GINO J. AGNELLO
CLERK

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

VOLUME(S) OF PLEADING(S):        6 volumes of pleadings

VOLUME(S) OF TRANSCRIPT(S):      1 volume of transcripts

VOLUME(S) OF DEPOSITION(S):

EXHIBITS:

VAULT ITEMS:

OTHER (SPECIFY):

SPECIAL NOTE:

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

Sincerely yours,

Thomas G. Bruton, Clerk

By: /s/Esperanza Arnold, Deputy Clerk