**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
COACH, INC. and COACH SERVICES, INC.,

                Plaintiffs,

      v.

DI DA IMPORT AND EXPORT INC. d/b/a DI DA
NEW YORK, LONG ZHU, and SAM ZHU,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Case No. 13-cv-7165**

**Honorable Samuel Der-Yeghiayan**

## NOTICE OF MOTION

To:    Attached Certificate of Service

PLEASE TAKE NOTICE that on **Thursday, February 11, 2016, at 9:00 a.m.**, the undersigned shall appear before the Honorable Samuel Der-Yeghiayan, in courtroom 1903 in the United States Courthouse, 219 South Dearborn, Chicago, Illinois, and shall then and there present their ***Motion to Compel Compliance with Temporary Restraining Order***, a copy of which is enclosed herewith and served upon you.

Dated: February 8, 2016                        Respectfully submitted,

                                                     BRYAN CAVE LLP

                                                     By:   /s/ Donald A. Cole
                                                        S. Patrick McKey, #6201588
                                                        Donald A. Cole, #6299318
                                                        Lauren J. Caisman, # 6312465
                                                        161 North Clark Street, Suite 4300
                                                        Chicago, Illinois 60601
                                                        Tel: (312) 602-5000
                                                        Fax: (312) 602-5050
                                                        patrick.mckey@bryancave.com

donald.cole@bryancave.com
lauren.caisman@bryancave.com
*Attorneys for Coach, Inc. and
Coach Services, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 8th day of February 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                            Respectfully submitted,

                                               /s/ Donald A. Cole
                                                Donald A. Cole