IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COACH, INC. and COACH SERVICES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> DI DA IMPORT AND EXPORT INC. d/b/a DI DA NEW YORK, LONG ZHU, AND SAM ZHU, <br><br> Defendants. | Civil Action No.: 1:13-cv-7165 <br><br> Judge Der-Yeghiayan <br> Magistrate Judge Martin <br><br> **AMENDED DECLARATION OF SAM ZHU IN RESPONSE TO THE COURT'S TEMPORARY RESTRAINING ORDER** |

The amended declaration of defendant Sam Zhu in response to the Court's January 20, 2016 temporary restraining order is attached.

Dated: February 11, 2016.

Respectfully submitted,

*s/ Carolyn Shields*

Carolyn Shields
Ying Liu
Liu & Shields LLP
41-60 Main Street, Suite 208A
Flushing, NY 11355
718-463-1868
shieldscj524@gmail.com

Attorneys for DI DA Import and Export Inc., Sam Zhu, and Long Zhu, Defendants

`

## AMENDED DECLARATION OF SAM ZHU

I, Sam Zhu, declare:

1. I am one of the defendants in Coach, Inc. et al. v. DI DA Import and Export Inc. and make this amended declaration in response to the court's temporary restraining order. I have personal knowledge of the facts set forth herein

2. My assets, and the location and identity thereof, are as follows:

   a. Funds on deposit with China Construction Bank. Account name: Sam Zhu. Account number: 6217000010031343869. Account balance as of February 3, 2016: 1743 yuan. Location: Beijing, China; MuDanYuan District, West Commercial Building, section 14.

   b. Funds on deposit with Chase Bank. Account name: Sam Zhu or Hong Zhu. Account number: 409172629. Account balance: US$146.80. Location: 39-01 Main Street, Flushing, New York 11354.

   c. Clothing. Location: Kaiping City, Tue Shan Town, Xiang He Road, Guangdong Province, China.

   d. 200 shares in DI DA Import & Export Inc., being all of the authorized stock of the corporation. I overlooked this asset in my original declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 11, 2016.

_____
Sam Zhu