UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Coach, Inc., et al.
                            Plaintiff,

v.                                        Case No.: 1:13−cv−07165
                                       Honorable Samuel Der−Yeghiayan

Di Da Import and Export Inc., et al.
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, February 11, 2016:

      MINUTE entry before the Honorable Samuel Der−Yeghiayan: Status hearing held and continued to 02/18/16 at 9:00 a.m. No one appeared on behalf of the Defendants on the Court's noticed hearing or on Plaintiffs' noticed motion. Counsel for Defendants is warned that failure to appear on a Court's noticed hearing may result in the entry of a default pursuant to Local Rule 41.1. Plaintiffs' motion to compel and for sanctions [121] is entered and continued to 02/18/16 at 9:00 a.m. Counsel for Defendants is reminded that they must designate local counsel pursuant to Local Rule 83.15(b). Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.