UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Coach, Inc., et al.
                                    Plaintiff,
v.                                  Case No.: 1:13−cv−07165
                                    Honorable Samuel Der−Yeghiayan
Di Da Import and Export Inc., et al.
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, April 29, 2016:

MINUTE entry before the Honorable Samuel Der−Yeghiayan: Final default judgment and permanent injunction having been entered, the instant action is hereby dismissed. All pending dates and motion, if any, are stricken as moot. Civil case terminated. Mailed notice (mw,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.